# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Carolyn Davis, et al.
              Plaintiffs

v.                                                                            CA No.1:07 CV 1302
                                                                 Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
              Defendants

## AFFIDAVIT OF SERVICE OF PROCESS

    I, Thomas Fortune Fay, 601 Pennsylvania Avenue, NW, #900 – South, Washington, DC 20004, swear and affirm the following:
    (1) That I am an adult 67 years of age, with a date of birth on April 16, 1940.
    (2) That I am counsel of record for the Plaintiffs in the above titled action.
    (3) That on the 31st day of July, 2007, I caused to be mailed to the Defendant, the Iranian Ministry of Information and Security, by delivery upon Gholam Hossein Mohseni-Ejeres, Minister of Information and Security, Pasdaran Avenue, Golestan Yekom, Tehran, Iran, the following papers: (A) Summons and Complaint with translation into Farsi; (B) Notice of Suit with translation into Farsi.
    (4)That I receiver the attached confirmation of service of the above documents on August 18, 2003 from DHL Worldwide Mail Service.

    Affiant declares in accordance with United States District Court For The District Of Columbia Local Civil Rule 11.2, under penalty of perjury, that he has read the above affidavit of service of process carefully and that the facts set forth therein are true and correct to the best on his knowledge, information and belief.
    Further Affiant sayeth not.

October 12, 2007

                                                              Thomas Fortune Fay

# DHL WORLDWIDE EXPRESS — Shipment Air Waybill (Non negotiable)

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

Waybill No: 860 7261 843

ORIGIN: [blank]
DESTINATION CODE: [blank]

## 1. Payer account number and shipment value protection details
Charge to: [X] Shipper   [ ] Receiver   [ ] 3rd Party
[ ] Cash   [ ] Check   [ ] Credit Card
Payer Account No.: [blank]
Shipment Value Protection (see reverse)
[ ] Yes Declared Value for Carriage (in US $): [blank]

## 2. From (Shipper)
Shipper's Account Number: 850 676 194
Contact Name: Thomas Fay
Shipper's Reference (up to 35 characters): Carolyn Davis et al
Company Name: Thomas F. Fay
Address: 700 5th St. NW #200
Washington DC 20001
Post/ZIP Code: 20001
Phone: 202-589-1300

## 3. To (Receiver)
Company Name: Minister of Information & Security
Contact Name: Gholam Hossein Mohseni-Ejeres
Delivery Address: Pasdaran Avenue
Golestan Yekom
Tehran, IRAN
Country: IRAN

## 4. Shipment Details
Total Number of Packages: 1
Total Weight: 1 lbs
Dimensions: [blank]

## 5. Full Description of Contents
Legal Material

## 6. Dutiable Shipments Only (Customs requirement)
[blank]

## 7. Shipper's Authorization
Signature: Thomas Fay
Date: 7/31/07

## 8. Products & Services
DOMESTIC EXPRESS: [ ] U.S. Express Envelope   [ ] USA Overnight   [ ] Other
WORLDWIDE EXPRESS: [ ] Int'l Express Envelope   [ ] Non-Dutiable   [X] WorldFreight   [ ] Dutiable   [ ] Other
GLOBAL MAIL: [ ] Priority   [ ] Standard   [ ] IPA   [ ] ISAL   [ ] DomFlats
Service Options: [ ] Saturday Delivery   [ ] Special Pickup   [ ] Hold For Pickup   [X] Delivery Notification   [ ] Other

DHL Worldwide Express, Inc. 50 California Street, Suite 500, San Francisco, CA 94111
Original (DHL Billing) Copy





FROM: Sara /Shipment Inquiry Customer Relations Center
Tempe, AZ

DATE: October 10, 2007

COMPANY: Thomas Fortune Fay Esq.

CONTACT: Ruth Ernst or Thomas Fay

DHL AIRWAYBILL #: 8607261843

DETAILS:

| Status | Orig | Dest | Date | Time | Pieces | Rtn | Fac | Comments/Signatory | Source | Route | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Delivered | DCA | THR | 08/14/2007 | 15:33 | 1 | | THR | SHOJAEE | G | THCC | 2007-08-14 15:33:00 |

*IF YOU HAVE ADDITIONAL QUESTIONS PLEASE CALL 800-225-5345*
*THANK YOU FOR SHIPPING WITH DHL WORLDWIDE EPXRESS!*