UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROLYN DAVIS, ET AL
      Plaintiff,

v.                                        Civil No. 07-01302 (RCL)

THE ISLAMIC REPUBLIC OF IRAN
      Defendants

## ORDER

The Court having considered the Motion For Leave To File Second Amended Complaint, and the Memorandum Of Defendants In Opposition, it is, by the Court this 26th day of March, 2008

**ORDERED,** that leave be and it is hereby granted to the Plaintiff to file the Amended Complaint filed with the Motion For Leave To File The Second Amended Complaint, and it is further

**ORDERED,** that the Amended Complaint is deemed filed as of the date of this Order Granting leave to file.

Royce C. Lamberth
United States District Judge