# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Carolyn Davis, et al.**
        **Plaintiffs**

      **v.**                        **CA No.1:07 CV 1302**
                                          **Judge Royce C. Lamberth**

**The Islamic Republic of Iran, et al.**
        **Defendants**

### ORDER

    Upon the Motion of the Plaintiffs, it is by the Court this \_\_\_\_\_ day of

_____, 2008,

    **ORDERED,** that pursuant to Local Civil Rule 83.4, certifying Joseph W. Fay be

and he is hereby certified for practice as a law student in this Court.

                                        _____
                                        **Royce C. Lamberth**
                                        **Chief Judge**
                                        **United States District Court**
                                        **For The District Of Columbia**

**Thomas Fortune Fay, Esq.**
**Caragh Glenn Fay, Esq.**
**700 Fifth Street, NW**
**Suite 200**
**Washington, D.C.  20001**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Carolyn Davis, et al.**
    **Plaintiffs**

   **v.**         CA No.1:07 CV 1302
              Judge Royce C. Lamberth

**The Islamic Republic of Iran, et al.**
    **Defendants**

**ORDER**

Upon the Motion of the Plaintiffs, it is by the Court this _____ day of

_____, 2008,

**ORDERED,** that pursuant to Local Civil Rule 83.4, certifying Joseph W. Fay be and he is hereby certified for practice as a law student in this Court.

              _____
              **Royce C. Lamberth**
              **Chief Judge**
              **United States District Court**
              **For The District Of Columbia**

**Thomas Fortune Fay, Esq.**
**Caragh Glenn Fay, Esq.**
**700 Fifth Street, NW**
**Suite 200**
**Washington, D.C.  20001**