UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Carolyn Davis, et al.
        Plaintiffs

v.                                   CA No.1:07 CV 1302
                                       Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

## MOTION PURSUANT TO LOCAL CIVIL RULE 83.4 FOR CERTIFICATION OF JOSEPH W. FAY AS A LAW STUDENT PERMITTED TO PRACTICE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Plaintiffs, Carolyn Davis, et al., by Counsel, together, herewith move the Court that the Court enter an Order pursuant to Local Civil Rule 83.4, certifying Joseph W. Fay for practice as a law student in this Court.

The following is stated in support of the Motion:

(1) Joseph W. Fay is a student in good standing who has successfully completed his 2nd year of studies at the David A. Clarke School of Law of the University of the District of Columbia which is a law school accredited by the American Bar Association.

(2) The clinical program at the David A. Clarke School of Law has been, and is to the date of this Motion, a clinical program certified by this Court pursuant to Local Civil Rule 83.4.

(3) That attached to this Motion is a certificate executed by Ann Bishop Richardson, Associate Dean for Academic Affairs of the David A. Clarke School of Law, that Joseph W. Fay is a person of good character, that he has exhibited sufficient legal

ability to appear in the clinical program in this Court and that he has been adequately trained to participate in the law student clinical program in this Court pursuant to Local Civil Rule 83.4.

(4) That the person under whose supervision Joseph W. Fay will practice, Colin Dunham, Unified Bar No. 414057, was admitted to the Bar of the United States District Court For The District Of Columbia in 1988, has been engaged in practice as a trial lawyer for 20 years, and has also been admitted to practice in the District of Columbia and the Supreme Court Of The United States. He has been certified by Katherine S. Broderick, Dean of the David A. Clarke School of Law, as a person of good character who is adequately trained to carry out the role of supervising attorney pursuant to Local Civil Rule 83.4.

(5) That inquiry has been made to those persons who appear as Plaintiffs in this action and no Plaintiff has any objection to this Motion.

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter an Order certifying Joseph W. Fay for practice as a law student in this Court.

## VERIFICATION

Joseph W. Fay declares in accordance with United States District Court For The District Of Columbia Local Civil Rule 11.2, under penalty of perjury, that he has read the above affidavit of service of process carefully and that the facts set forth therein are true and correct to the best on his knowledge, information and belief.
Further Affiant sayeth not.

_____
Joseph W. Fay

Colin Dunham declares in accordance with United States District Court For The District Of Columbia Local Civil Rule 11.2, under penalty of perjury, that he has read the above affidavit of service of process carefully and that the facts set forth therein are true and correct to the best on his knowledge, information and belief.

Further Affiant sayeth not.



_____
**Colin Dunham**

Date: June 26, 2008

Respectfully submitted,

FAY LAW, PA

*Thomas Fortune Fay*____
**THOMAS FORTUNE FAY**
**Unified Bar No. 23929**

*Caragh Glenn Fay*_____
**Caragh Glenn Fay**
U.S.D.D.C. Bar No. 16955
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, D.C. 20004
(202) 638-4534

**Attorneys for Plaintiffs**

University of the District of Columbia

**David A. Clarke School of Law**
*Office of the Associate Dean for Academic Affairs*

4200 Connecticut Avenue, N.W.
Washington, D.C.   20008

Telephone: (202) 274-7345
FAX : (202) 274-5583

June 5, 2008

Re:   Student Practice Certification for **Joseph Fay**

To Whom It May Concern:

    This is to certify that the Joseph Fay is currently a full-time student at the University of the District of Columbia David A. Clarke School of Law (UDC-DCSL).  Mr. Fay enrolled as a full-time student on August 07, 2006 to pursue the degree of Juris Doctor and is expected to graduate in May, 2009.

    Pursuant to Rule LCvR 83.4(b)(1), Mr. Fay

- is a law student in good standing, enrolled in and attending a law school approved by the American Bar Association;
- has completed four semesters of legal studies;
- has knowledge of the Federal Rules of Civil and Criminal Procedure, Evidence, and the Code of Professional Responsibility; and
- has been enrolled for credit in UDC-DCSL's (Juvenile & Special Education) law school clinical program.

    Mr. Fay is in good academic standing and possesses sufficient legal ability and training fulfill the responsibilities as a legal intern .  His record is clear of any Honor Code violations or disciplinary actions.

    If you have further questions, you may contact Barbara Green, Registrar on (202) 274-7348.

Sincerely,

*Ann Bishop Richardson /mz*
Ann Bishop Richardson
Associate Dean for Academic Affairs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Carolyn Davis, et al.**
        **Plaintiffs**

       **v.**                                 **CA No.1:07 CV 1302**
                                                       **Judge Royce C. Lamberth**

**The Islamic Republic of Iran, et al.**
        **Defendants**

### ORDER

Upon the Motion of the Plaintiffs, it is by the Court this _____ day of

_____, 2008,

**ORDERED,** that pursuant to Local Civil Rule 83.4, certifying Joseph W. Fay be and he is hereby certified for practice as a law student in this Court.

                                                      _____
                                                      **Royce C. Lamberth**
                                                      **Chief Judge**
                                                      **United States District Court**
                                                      **For The District Of Columbia**

**Thomas Fortune Fay, Esq.**
**Caragh Glenn Fay, Esq.**
**700 Fifth Street, NW**
**Suite 200**
**Washington, D.C.  20001**