# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Carolyn Davis, et al.**
        **Plaintiffs**

      v.                        CA No.1:07 CV 1302
                                      Judge Royce C. Lamberth

**The Islamic Republic of Iran, et al.**
        **Defendants**

### NOTICE AND REQUEST FOR
### RE-ISSUE OF SUMMONSES

      Plaintiffs, Carolyn Davis, et al., herewith note for the record that the Summonses indicated on the docket as issued on May 8, 2008, were never received by Counsel for Plaintiffs and the Clerk of the Court is requested to re-issue summonses to the Defendants, the Islamic Republic Of Iran and the Iranian Ministry Of Information And Security.

**Date: July 9, 2008**                            Respectfully submitted,

                                                            **FAY LAW, PA**

                                                             *Thomas Fortune Fay*
                                                              **THOMAS FORTUNE FAY**
                                                              **Unified Bar No. 23929**

                                                               *Caragh Glenn Fay*
                                                               **Caragh Glenn Fay**
                                                               **U.S.D.C.D.C. Bar No. 16955**
                                                               **601 Pennsylvania Avenue, NW**
                                                               **#900 - South Building**
                                                               **Washington, D.C.  20004**
                                                               **(202) 638-4534**

                                                               **Attorneys for Plaintiffs**