United States Department of State

*Washington, D.C. 20520*

November 23, 2009

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Davis, et al. v. Islamic Republic of Iran,**
**Case No 1:07CV01302** RCL

Dear Ms. Mayer-Whittington:

I am writing as a follow up to my correspondence of November 13, 2009. That letter contained an incorrect docket number. The correct number is reflected in the reference line above. I regret the error and hope that it has not created any difficulties.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Cc: Caragh Glenn Fay
601 Pennsylvania Ave. NW
#900 South Building
Washington, DC 20004

RECEIVED

NOV 2 5 2009

Clerk, U.S. District and
Bankruptcy Courts