UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN DAVIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  07-cv-1302 (RCL) |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER CONCERNING SUBMISSIONS
TO THE SPECIAL MASTER**

Default judgment in favor of plaintiffs in this action was entered on February 1, 2010, and the special masters in this case were appointed two months later, on April 9, 2010. As of today, over one year later, only 7 of the 66 special master reports necessary to complete this action have been submitted to the Court. In the exercise of the Court's case management function, it is hereby

ORDERED that no later than August 1, 2011, the parties shall submit a certification from the special master confirming, as to each plaintiff, that he has received all material necessary to make his recommendation; it is furthermore

ORDERED that the claims of any plaintiff for whom the special master cannot make such a certification shall be dismissed without prejudice at that time.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on April 12, 2011.