FILED
JUN 15 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAROLYN DAVIS, *et al.*,

    Plaintiffs,

v.                                         07-cv-1302 (RCL)

ISLAMIC REPUBLIC OF IRAN, *et al.*,

    Defendants.

## ORDER CONCERNING APPOINTMENT OF SUBSTITUTE COUNSEL

Upon consideration of counsel's Motion for Appointment of Substitute Counsel for Abigail Elizabeth Santos, Lilli Elizabeth Santos, Libbi Elizabeth Santos, Alexandra Elizabeth Santos, Cooper Jeffrey Santos (collectively, the "identified plaintiffs"), filed under seal with the Court on May 23, 2011, it is hereby

ORDERED that Fay Kaplan Law, P.A. is withdrawn as counsel for the identified plaintiffs; it is furthermore

ORDERED that David B. Ginsburg, Esq., of Wingfield & Ginsburg is appointed as counsel for the identified plaintiffs.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 14, 2011.