UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAROLYN DAVIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 07-cv-1302 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE TO COUNSEL CONCERNING
SUBMISSIONS TO THE SPECIAL MASTER**

Pursuant to the Court's Order Concerning Submissions to the Special Master, Apr. 12, 2011 [45], the special master is required to submit a certification that the has received, by August 1, 2011, all material necessary to make his recommendations as to each plaintiff, and that the claims of any plaintiff for whom the special master cannot make such a certification shall be dismissed without prejudice at that time.

At the time of the April 12, 2011 Order, the Court had received only 7 of the 66 special master reports related to plaintiff-groupings necessary to complete this action. Since April 12th, only five additional reports have been received.

Plaintiffs are advised that the Court does not anticipate any circumstances under which the August 1, 2011 deadline will be extended.

Signed by Royce C. Lamberth, Chief Judge, on July 12, 2011.