UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CAROLYN DAVIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Civil Action No.: 07-1302 (RCL) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |
| | ) |
| Defendants. | ) |

_____)

## CERTIFICATION OF SPECIAL MASTER

I, Alan Balaran, Special Master in this action, hereby certify, in accordance with the

Court's Orders dated April 12, 2011 and July 12, 2011, that I have received all material

necessary to file a recommendation with respect to each plaintiff in the case captioned *Davis v.*

*v. The Islamic Republic of Iran* (07-cv-1302), with the exception of the following claimants:

Marcy Elizabeth Duff

Jeremy Rivers

Paul Rivers, Jr.

Thomas Sharp

Davene Sharp

Dated:  August 1, 2011                         /s/Alan L. Balaran
                                                            Alan L. Balaran, Esq.
                                                            Special Master