UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
        Plaintiffs

      v.                            Civil No. 1:07-cv-01302
                                        Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

**REPORT OF SPECIAL MASTER
PURSUANT TO ORDER OF REFERENCE
CONCERNING COUNTS CXXI – CXXIV**

**Putnam, Ronald**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below. This is an action for emotional damage resulting from an act of state sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the Beirut, Lebanon United States Marine Barracks.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. Ronald Putnam was born April 11, 1962, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2. On October 23 1983, Ronald Putnam was a member of the United States Marine Corps, having enlisted on 06/25/1981, and was stationed in Beirut, Lebanon.

3. On October 23 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4. The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983. The emotional trauma sustained by Ronald Putnam is permanent and significant.

### **TESTIMONY OF RONALD PUTNAM**

Ronald grew up in a farming community in rural North Carolina. His father was a carpenter and his family also engaged in some farming. Ronald worked on the farm while he was in school. Ronald didn't take high school very seriously and was more interested in fishing and hunting. He did shoot on the school's rifle team. Ronald characterizes himself as normal and in good health growing up. After he graduated from high school, Ronald joined the Marine Corps. Ronald wasn't ready for college yet. He was interested in art, but didn't have the focus to study.

Ronald was skinny and small when he got out of high school and thought the Marine Corps would build him up. Ronald graduated from basic training at Parris Island and was sent to Camp Lejeune immediately. He was only there for two weeks when he was ordered to deploy to the Mediterranean.

Ronald was a truck driver in the Marine Corps. Ronald changed his MOS to military

police in 1987.  Ronald was proud to be a Marine and being a Marine was a good thing for Ronald.  He was promoted to Sergeant in 1988.

Ronald was surprised when he was deployed to Beirut because he was so young.  He found out most of the older guys from his unit had already been deployed and had been rotated back.

Ronald had only been married for two weeks when he deployed.  Although he was excited to go, his new wife wasn't.  Ronald's parents were concerned about his going to Beirut, but they didn't say much to him about it.  Ronald wrote to his family and got letters from them often.  His extended family and friends wrote to him as well.  Ronald wrote most to his wife and parents and tried to write to his wife every day.  He managed to write her a letter about once every three days.  He surprised himself that he was writing so much.  Ronald's letters were short and to the point.  He didn't have a very large vocabulary.  He never described anyone getting injured.  He talked mostly about the day-to-day routine and the food.

Ronald was scared and excited at the same time when he was in Beirut.  He was a country boy all the way around the world.  He kept thinking back to Sunday school.  He was thinking about the Holy Land and how close everything was to him.  Ronald had never been anywhere like it and was interested in their culture, but could also see the signs of trouble and war.  Every day was a mix of events.  When Ronald had seen what there was to see of Beirut, he was scared sometimes and bored at other times.

At first, there wasn't a lot of violence directed at the Marines.  Ronald thinks the Marines were lulled into a false sense of security.  The firefights increased over the summer.  Ronald and the other Marines could see into the city and could see the firefights at night.  The Marines were taking mostly collateral damage and were not the target of the attacks yet.

When the Israelis withdrew south, the fighting became more intense. The Marines' compound was stuck in the middle of a firefight shortly after. They began to take rockets and mortars as well.

Ronald had guard duty the night before the bombing. He came off the gate at 6:00 a.m. He put his gear in his tent and went to his neighbor's tent to make himself some hot chocolate. Ronald was stirring hot chocolate at around 6:20 a.m., when the blast tore the canvas off the tent and he heard the explosion. Debris fell for what seemed like 5 minutes.

The blast had woken everyone else up. Ronald heard people shouting commands. He and the other Marines went out of the tent. One of their NCO's told them to get over to the barracks and that there were a lot of casualties.

Ronald drove a truck to the barracks to pick up the wounded and began taking the wounded to a makeshift hospital. There were two dentists, a few dental techs, and handful of corpsmen, but no doctor as he had been killed in the barracks.

After a couple of trips, the Marines started recovering the dead. To Ronald, it felt as though the clock was spinning. Time was moving fast and before Ronald knew it, it was nighttime. The Marines set up floodlights. At the end of the first day, the Marines were corralled to call home and let their relatives know they were alive. Ronald remembers it as a short call.

Ronald remembers that, as the Marines were taking their dead to the morgue and organizing the bodies, he started to think about the dead, and that they would always be dead. It was as if his mind had started working again and he had to think about those things. Ronald was affected by what he saw in the morgue and thinks almost everyone who was there would have to be likewise affected.

Ronald estimates he worked for three days without sleep. He recalls the corpsmen handing out pills. Some of the Marines were saying they were speed; Ronald believes they were some kind of stimulant.

Around the third day, Ronald and the other Marines were starting to be relieved. They were told to go to sleep. Though the blast had knocked Ronald down, he had suffered no physical injuries at the time.

Years after the bombing, Ronald was diagnosed with Post Traumatic Stress Disorder. Looking back, Ronald thinks he was suffering from the disorder since the bombing, but it seemed to have gotten worse over time. His doctors pointed out symptoms after questioning him about his past. He credits his family's support with suppressing some of the symptoms. Ronald has struggled with survivor's guilt since the bombing. He remembers it being particularly strong when he visited the Beirut Memorial at Camp LeJeune one time by himself.

When the current conflicts with Afghanistan and Iraq began, Ronald's symptoms got worse. Ronald has had a lot of anger and no way to deal with it. He is sure his family and coworkers have suffered because of it. He knows the bombing has caused it and he knows the bombing has made him a different person. Ronald was nineteen years old when he got to Beirut and feels like he aged ten years in the three days after the bombing. Ronald doesn't think someone could live through a bombing like Beirut and not be prematurely aged.

Ronald doesn't think he will recover from what he experienced in Beirut, but he tries to manage. He feels lucky that he has a lot of support from his small, rural community in North Carolina. Ronald has thought about the men who came back and didn't have that support and what happened to them. He can't imagine being without the people who have helped him.

The bombing of the barracks was different from other conflicts for Ronald, because in

other conflicts, the Marines got to fight their adversary. In the Beirut bombing, the Marines didn't have this chance. Ronald would feel differently if the Marines who died in the barracks had died in combat, fighting their enemies. The way they died, in the bombing, is the hardest thing for him to take.

Ronald hopes people take notice that the war on terror began on October 23, 1983.

## CONCLUSIONS OF LAW

Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Ronald Putnam suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents. This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). The special master concludes that Ronald Putnam is entitled to **$1,500,000** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

**TOTAL DAMAGES: $1,500,000.00**

| | |
|---|---|
| 4 November 2011 | /s/ Paul G. Griffin |
| Date | Paul G. Griffin, Esq. |
| | Special Master |