**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
               Plaintiffs

         v.                                        Civil No. 1:07-cv-01302
                                                        Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
               Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNTS CXLIII - CXLVI**

**Shapuras, Steven**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional injury resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the Beirut, Lebanon United States Marine Barracks.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing documentary evidence and testimony.

1.  Steven Shapuras was born April 18, 1952 in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2.  On October 23, 1983, Steven Shapuras was a member of the United States Marine Corps, having enlisted on June 29, 1981, and was stationed in Beirut, Lebanon.

3. On October 23 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4. As a result of the explosion, Steven Shapuras suffered severe emotional injuries which have consequently affected his emotional well being to this day.

5. The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma he sustained by Steven Shapuras is permanent and significant.

## TESTIMONY OF STEVEN SHAPURAS

Steven was born in Danville, Illinois.  Money was tight when Steven was growing up, but he had a good childhood.  His family wasn't very close.  He played football and basketball in school.  Steven graduated from high school and then had three years of technical school, through an iron workers group in 1974.  Steven was fit and had no psychological problems prior to joining the Marine Corps.  He had to have a clear mind to be an iron worker, high off the ground.  Steven still didn't know what he wanted to do.  He entered the Marine Corps in 1980.  He had always wanted to see what the Marine Corps was like and he wanted to travel as well.

Steven was assigned to First Battalion, Eighth Marines ("One-Eight").  Steven was a wireman in the Marine Corps.  He was based out of Camp LeJeune.  The deployment to Beirut was Steven's second deployment to the Mediterranean, or Med Float, and he was excited.

Steven wrote to his family from Beirut and they wrote back, occasionally sending him care packages that he shared with the other Marines.  Steven couldn't write about what he was doing in Beirut and what was happening to the Marines there.  His family got their information

from the media.

In the time the Marines were in Beirut, the resistance they faced and the rate of small arms fire they received multiplied.

On October 22, 1983, the Marines were taking artillery rounds and small-arms fire. Steven and six other Marines had had no leave or rest since they got to the compound at the Battalion Landing Team Headquarters or BLT. Those seven Marines left the compound that night aboard Hueys and went out to the ship. They were brought back the next morning.

When Steven reached the barracks, he saw bodies everywhere. He could see bodies sticking out of the remains of the building that had gotten stuck in between the floors. He saw torsos, heads and body parts scattered around the site of the bombing. Steven knew the Marines who were trapped in the rubble would have gotten him out. He and the other Marines went to work, trying to free those who had been trapped in the rubble. Steven was working with a torch outfit. They were cutting through rebar so the heavy machinery could pull the larger pieces of concrete away. Because Steven knew the men in the building, when they found a body, Steven would have to try to identify it. Sometimes he could identify the body and sometimes he couldn't. Steven was asked to identify 108 bodies total. He remembers the last body he identified was Gunnery Sergeant ("Gunny") Williams, his company gunny, after he and another man had cut the rebar, freeing a large slab of concrete. Steven could see where the Gunny had bled to death and there were maggots on his face. He identified Gunny Williams by his gold front tooth.

The Red Crescent, a Lebanese group, was helping the Marines free their injured. Some other Lebanese, however, were stripping the bodies of valuables. Steven saw some of them shoving full 30 round M-16 magazines down their pants and ordered them to stop. He aimed his

weapon at them but was ordered to stop by a superior.  Other Marines grabbed the two men and took the magazines back.

Steven worked on recovering bodies from the BLT building until the 17th of November.

Steven called home after the barracks was bombed, but his family had already seen him on TV three or four days after the bombing.

Steven still thinks about identifying the bodies of the other Marines often.  One of the things he still thinks about was how the Kevlar in the flak jackets had melted to some of the bodies and how removing the flak jacket from a corpse would disembowel it.  He thinks about trying to identify body parts.  He had to move the body parts, roll the corpse over, and see if there were any identifying marks.

Steven feels like he never really came back from Beirut.  Out of 40 men in Steven's unit, 34 were killed in the bombing.  He thought of all of them like brothers.  They have always been on his mind.

Steven was very bitter when he came back to the U.S.  Steven didn't want to go back to One-Eight.  He left the Marine Corps in June, 1984.  One of the reasons he didn't re-enlist was because Lt. Col. Gerlach's replacement wanted Steven to return to Beirut to drive his car.  In the twenty-five years since the bombing, Steven feels like he has lost all of his friends.  He feels like the last friends he had died.  Steven feels abandoned, but he thinks he will see those Marines again.  Steven is closest to his wife.  He trusts that she will never leave him.

Steven is 30% disabled, as rated by the VA.  He thinks his rating would be higher if the VA knew more about how he was affected.  The VA has said he has Post-Traumatic Stress Disorder and survivor's guilt.  Some days when Steven goes to work, he sits in a daze, thinking about why things have happened the way they have.  His coworkers will usually come and talk to

him when they see him.  Sometimes, Steven will act unpredictably and his wife has to call the VA to help calm him down.  Since his last major outburst several years ago, Steven has been on medications prescribed by the VA.  He takes Zoloft daily.  He now pairs that with another medication to enhance the affect.  He has to take medication to sleep; otherwise he will wake up four or five times a night.  To this day, if he doesn't take his medication to sleep, he will have nightmares where he will see the bodies of the Marines in Beirut and wake up screaming.  He takes a pill to suppress his dreams.  He also has to take pills to stay up during the day.  All this is preferable to the symptoms Steven was experiencing five years earlier, with no medication.

Steven has been told that his VA disability rating would be increased to 50% if he attempted suicide.

Steven doesn't trust people the way he did before he went to Beirut.  He has to make his decisions for himself, without relying on other people's input.  Steven believes the effects of the bombing will be with him for the rest of his life.  He hopes his quality of life will improve, though.

Steven hopes that the Marines who were injured and their families get compensation from this lawsuit.  He thinks of people like Rick Crudale's widow.  She and Rick had only gotten married 18 days before the Marines left to go to Beirut.  Steven and the other Marines have tried to make the best of their situation, with their various disabilities, but sometimes those disabilities are overwhelming.  Steven found out shortly before the deposition that one of his friends, who he had lost touch with, had committed suicide.  Steven remembers him as being a good guy and a guy with good luck as well, the kind of guy who would find money lying on the ground.  Steven wants the terrorists to know that their day will come.  He wishes the Marines had gotten the chance to fight back in Beirut.  Steven wishes that the groups in the Middle East had fought each

other and left the Marines alone, or that the Israelis had been allowed to fight with no restrictions.

Steven is troubled by what he has seen in Iraq, both with the involvement of the U.S. in the region and the rules of engagement. He sees a quagmire similar to Vietnam.

Steven thinks the memories of the Marines who died in Beirut will always be with him.

## CONCLUSIONS OF LAW

1. Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Steven Shapuras suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents. This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). The special master concludes that Steven Shapuras is entitled to **$1,500,000.00** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

**TOTAL DAMAGES: $1,500,000.00**

| | |
|---|---|
| 4 November 2011 | /s/Paul G. Griffin |
| Date | Paul G. Griffin, Esq. |
| | Special Master |