Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
        Plaintiffs

      v.                                      Civil No. 1:07-cv-01302
                                                      Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS LIII - LVI

## Allison, Gary Wayne

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional and physical damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing documentary evidence and testimony.

1. Gary Wayne Allison was born August 27, 1964 in the United States of America and

ife a citizen of the United States of America.

2. On October 23, 1983, Gary Wayne Allison was a member of the United States Marines Corps having enlisted on June 25,1981, and was stationed in Beirut, Lebanon.

3. On October 23, 1983, the Marine Barracks building housing Gary Wayne Allison's Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4. As a result of the explosion, Gary Wayne Allison suffered severe injuries which have consequently affected his physical and emotional well being to this day.  Mr. Allison's injuries have also impeded his ability to work and have, therefore, resulted in a loss of wages estimated by Dr. Jerome Paige, who testified under oath, at **$1,661,410.00** discounted to the present value in accordance with *District of Columbia V. Barritaeu*, 399 A. 2d563 (D.C. App. 1979).

5. The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma and physical injury sustained by Gary Wayne Allison are permanent and significant.

## TESTIMONY OF GARY WAYNE ALLISON

Gary was born in Virginia in 1964.  Gary enjoyed hunting and fishing in his youth. He also enjoyed martial arts.  He grew up in the mountains of Virginia.  Gary had no unusual psychological strains in his youth and feels his childhood was fairly normal.  He

a technical certificate from a community college.

Gary enlisted in the Marine Corps in 1982, two months prior to graduating from high school. Gary had always wanted to join the Marine Corps because he believed they were the best and the roughest. His father had served in the Navy and other family members had served in other branches of the armed forces, but no one from his family had ever been a Marine. Gary arrived at basic training at Parris Island when he was still 17. He was a radio operator in the Marines. Gary's health was excellent when he entered the Marines.

After basic training, Gary was ordered to Camp Geiger at Camp LeJeune, NC. Gary's highest rank in the Marine Corps was E4. Gary was excited to go to Beirut and was looking forward to his deployment. Gary's parents were upset about his being deployed to Beirut and worried about his safety. Gary exchanged correspondence with his father and his girlfriend, whom he later married, about once a week while he was in Beirut. Gary did not tell his family things he didn't want them to know about, things he thought would upset them.

The first couple of months in Beirut, everything went alright. The Marines got shot at a little bit, but it seemed like a game to them. After the first few months, in August, the situation grew more serious. The Marines started taking shells and mortar rounds. Things got much worse when the Israeli military pulled out.

In Beirut, Gary and the other Marines did whatever they needed to. Their occupational specialties were secondary to the mission.

The night before the bombing, Gary and some of the other Marines had procured

drinking in the basement of the Battalion Landing Team (BLT) Headquarters. Morale had been shaky because of the shelling.

On the morning of the bombing, Gary was asleep in his cot, which was in a tent outside the BLT Headquarters. Gary was laying on his right side when the bomb went off in the BLT Headquarters. When he opened his eyes, everything was in the air. It seemed like everything was frozen. The Marines had been sleeping in their uniforms as a result of the bad conditions. When Gary landed, he couldn't see anything because of the dust. When he looked up, he saw a large smoke ring and heard people screaming. He knew whatever had hit the BLT Headquarters was big.

The Marines tried to organize. One of the Marines Gary ran into had been blown out of the third floor window and had landed with only minor injuries, still holding his rifle. That Marine was by the motor pool, screaming and extremely upset. At that point, a breeze blew the dust away from the area and the Marines could see that their headquarters was gone. The blast had shifted another building two feet off its foundation.

There were bodies everywhere and Marines screaming for their parents. Gary and the other Marines were tripping over severed limbs and torsos. The Marines established a landing zone that they hoped was out of reach of enemy fire. Their first objective was to extricate the wounded from the BLT Headquarters. They were trying to get their wounded out quickly and had taken to laying them in the beds of trucks to drive them to the landing zone. Evacuating the injured from the scene of the blast to an aircraft carrier took about two days. As the wounded were being evacuated, the Marines were also gathering their dead. They put the pieces of dismembered corpses in a pile because they

m.

Gary's family found out he was alive because, when he was on guard duty three days after the bombing, he was shown on the news. Those guards had been on duty for two days straight. Gary's family had thought he was dead until then. He didn't get to call home until almost two weeks after the bombing. His father nearly cried on the phone.

Gary's biggest problem with his experience in Beirut was that the Marines couldn't go kill the people who had bombed them. Gary believes the humanitarian mission ended when the truck bomb went off in the BLT Headquarters. From that point forward, he believes he and the other Marines should have been allowed to kill Hezbollah. Gary had planned on making the Marine Corps a career, but after the bombing, when the Marines were not allowed to fight back, he decided that a military career wasn't for him and left after his four-year enlistment ended.

Gary left the Marine Corps after his four-year enlistment and had trouble getting a job. Looking back, after discussions with his psychologist, he realizes that people were avoiding him and did not want to hire him because he was angry and verbally abusive.

Gary has been married since November 16, 1985. He has two daughters, aged 12 and 16.

Gary sees a psychiatrist at the Veterans Administration Hospital in Salem, Virginia. He also sees two or three psychologists. He also goes to regular counseling with a social worker. Gary has anger issues as a result of the bombing. He is too violent and aggressive to work now. Gary found out he had problems when he went to Iraq. He

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

When the Twin Towers came down on 9/11, Gary grew furious and went to an Army recruiter's office, telling them that he wanted to kill people. He had to lose forty pounds to make the maximum weight requirement. Gary was assigned to a fueling unit and made thirty nine trips into Iraq. Gary loved the experience. He loved the violence and wanted revenge.

Gary was cited for misconduct stemming from his mistreatment of Iraqis. Gary was arrested and then place on guard duty. When Gary's superiors found out he had been killing dogs and other animals, they forced him to be evaluated. Gary had also developed a habit of putting cigarettes in dead people's mouths. He thought it was funny. As a result of that evaluation, Gary was sent back to the United States. By this time, the military was keeping a close eye on him. He was beginning psychological counseling.

Gary wanted to go back to Iraq. He threatened a captain and spoke aggressively to a colonel.

Gary would still like to go back to Iraq. He never wanted to come home. He feels comfortable in Iraq. The Department of Defense determined that Gary never should have been allowed back into the military, as a result of the emotional trauma he suffered in Beirut. Gary believes they are wrong and that the military needs people like him. Gary enjoyed inflicting pain when he was in Iraq and liked that it was part of his job. He enjoyed killing Iraqis while he was in Iraq (pejoratively referred to as "hajis").

One of Gary's psychologists described his unit's dynamic to him as everyone else being scared of him. They used Gary to get distasteful work done, but didn't want to associate with him. Gary believes he was especially useful around younger men who had

Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features

hat, without men like him around, they would not be aggressive enough to survive. Gary was eventually billeted in the commander's tent to keep him from fighting with the other men.

Gary was upset when he was discharged from the Army. He wanted to go back to Iraq again.

Gary Allison is unable to work. He is a disabled veteran and lives on social security and disability payments from the military. His last job was as a machinist at Amsco Products. Gary has been diagnosed with severe Post-Traumatic Stress Disorder (PTSD). He has severe flashbacks and has been described as homicidal. He has also been described as suicidal and took unnecessary risks in Iraq. He states that he was recommended for two bronze stars, but declined them. He took out a million-dollar life-insurance policy before he went to Iraq and didn't plan to come back. He intended to die there. Gary doesn't go out much and has a stressful relationship with his wife and children. He takes medication to calm him down and keep him mellow. At first he didn't like it, but now he sees the value of it and likes it. When he is on his meds, Gary can walk away from a conflict, rather than do something violent. Gary spends a lot of time in the mountains by himself. He has scored high on tests measuring depressive symptoms.

Gary does have some hearing loss from the bombing and possibly also from his experience in Iraq.

Gary doesn't go out much because he can't tolerate other people.

Gary doesn't think he ever would have gotten treatment for his emotional

7

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

His doctors have traced all of his problems to his experience in Beirut. His flashbacks mostly have to do with explosions and loud noises. He doesn't like hunting during hunting season.

Gary likes it in his house because he can control everything. He has built a fence and keeps dogs around to keep people out. Gary's family life has been challenging as a result of his emotional problems. His anger issues have been a problem. He has never hit his wife, but he has torn doors off their hinges. He can't discipline his children because he knows he would get carried away and might hurt them. Gary can't wrestle with people playfully. He takes it too seriously and can't control his mind seeing it as a survival issue. Gary had to quit training martial arts because he was hurting people, sometimes seriously.

Gary's psychologists have told him that their goal is to make him capable of working in society. They have told him that he will never be fixed or recovered from his emotional injuries.

Gary views this litigation as his only way to fight. Gary hopes any money he gets out of this case will provide for his children's future. Gary doesn't need a lot of money to support his lifestyle, really just a fishing pole and a can of snuff.

## CONCLUSIONS OF LAW

1. Lost Wages

As a result of Gary Wayne Allison's injuries, his ability to work and earn money has been severely affected. His economic losses are detailed in a report submitted to the court by Dr. Jerome Paige under oath and amount to **$1,661,410.00**, discounted to the present value in accordance with *District of Columbia V. Barritaeu*, 399 A. 2d563 (D.C. App. 1979).

2. Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Gary Wayne Allison suffered physical and emotional injury as a result of the actions of the Islamic Republic of Iran and its agents. He has suffered hearing loss from the bombing and has been diagnosed by the VA in records admitted herein and reviewed by the Special Master as "total[ly] and permanently disabled because of his severe PTSD."

This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). Given the guidelines provided by the Court and the evidence, the special master concludes that Gary Wayne Allison is entitled to **$5,000,000.00** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

**TOTAL DAMAGES: $6,661,410.00**

| | |
|---|---|
| 4 November 2011 | /s/Paul G. Griffin |
| Date | Paul G. Griffin, Esq. |
| | Special Master |