# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
          Plaintiffs

     v.                           Civil No. 1:07-cv-01302
                                     Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
          Defendants

### REPORT OF SPECIAL MASTER
### PURSUANT TO ORDER OF REFERENCE
### CONCERNING COUNTS XVII – XX

### Corcoran, Bert D. (Deceased)

In accordance with the Order of Reference entered pursuant to the provisions of Fed.R.Civ.P. 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for wrongful death resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the Beirut, Lebanon United States Marine Barracks.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1.   Bert D. Corcoran was born on November 18, 1963 in the United States of America and – was at birth – so remained until his death, a citizen of the United States of America.

2.   Kathleen Collins has been duly appointed the personal representatives of the estate

of Bert D. Corcoran, Decedent, for the purpose of this lawsuit.

3.   On October 23, 1983, the Decedent was a member of the United States Marines having enlisted on November 20, 1980 and was stationed in Beirut, Lebanon.

4.   On October 23, 1983, the Marine Barracks building housing the Decedent's Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel, including the Decedent.

5.   As a result of the explosion, Decedent, Bert D. Corcoran, suffered severe injuries which resulted in his death.

6.   The official service death certificate (report of casualty), admitted as an official record and marked as exhibit "2" at the depositions held herein indicated that the death of the Decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

7.   There is no evidence from which the Special Master can make a finding that the Decedent suffered bodily pain as a result of his injuries.

8.   As a result of the death of Bert D. Corcoran, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life.  The said losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given in this matter by videotape.  The report and the supporting calculations have been reduced by Dr. Paige to present value in accordance with *District of Columbia V. Barritaeu*, 399 A. 2d563(D.C. App. 1979).  Based upon the foregoing, the amount of loss to the estate is in the amount of **$808,281** as reduced to

present value.

9.   As a result of the death of Bert D. Corcoran, his family has suffered and will

continue to suffer severe mental anguish and the loss of society.  The testimony has

clearly established that they have never recovered from the shock of their loss.  The

emotional trauma they sustained is permanent and significant.


**Kathleen Collins**

Bert was born in Yonkers, New York.  Bert was nine years younger than Kathleen.

Bert never got in trouble as a kid.  He was outgoing and fun loving when he was growing

up.  Bert was the baby of the family.  He was the family jewel.  His death was devastating

to his parents.

Bert was especially close with his father.  Bert's father didn't always get along

with his other children, but he always got along with Bert.  Bert had said that when he got

out of the Marines, he would take care of his parents forever.  Bert's father died

November 30, 2000.

Bert had talked about being a fireman sometimes, but he always wanted to be a

Marine.  Something drove him from a young age.  No one in the family knew what it

was.  Bert got his high school degree in the Marines.  Bert loved serving his country.  He

loved being a Marine and being in shape.  He hated being in Beirut, though.  He felt the

Marines weren't doing anything to help the people there and that they had made

themselves defenseless.  He blamed President Reagan and believed he would die in

Beirut.  Kathleen believes Bert would have left the Marine Corps if he had survived his

tour in Beirut.

Kathleen was living in Glendale, Arizona on October 23, 1983.  That was also the day she got married.  She spent her honeymoon with her parents in New York, grieving over her brother's death.  Marines came to her parent's door in the nighttime within two or three days of the bombing and informed Kathleen's parents that Bert was dead. Kathleen had to leave before the funeral.  She could not miss any more work.

Kathleen has never gotten over the loss of her little brother.  She keeps a picture of him in her living room.  Bert was only twenty when he died and never got to have a family or experience adult life.  She thinks about Bert every day when she sees his pictures in her house.

Kathleen's father had a breakdown and could never work again after Bert's death. Her mother also had trouble dealing with Bert's death.  They moved to Arizona to be closer to Kathleen.  Kathleen's father could never talk about Bert's death.  Just trying would bring him to tears.  Kathleen's other siblings were also upset.

Kathleen and her family did not know about Beirut remembrance ceremonies or the lawsuits against Iran until 2007.

### Catherine Corcoran

Catherine is the mother of Decedent Bert Corcoran and the widow of Decedent's father Robert Alton Corcoran.

Bert was a miracle child.  He never cried or complained.  Elizabeth was his closest sibling.  Bert was his father's favorite.  He was a little spoiled by his father.

Bert played football and ran.  He had a room in his house set up with weights so

4

he could lift.  Bert loved football.  Bert wanted to be a Marine and a policeman when he was a little kid.  He used to make his mom get him Marine recruiting literature when he was 12.  He was always excited when recruiters came to his high school and enlisted when he was seventeen years old.  Bert was a good student but he wanted to leave high school as soon as he could because he didn't like the drug use in his school.  Bert wanted to make something of himself, so he dropped out of school when he was sixteen, joined the Marine Corps two days after his seventeenth birthday – the earliest age at which he could join – and got a GED while in the Marines.

Catherine just wanted to make sure that Bert really wanted to join the Marines at such a young age.  Bert's second day of basic training, he won a three-mile race.  Bert said one time that he hoped that if he died, he hoped he would be a hero.

Catherine had a nightmare in the early morning hours of October 23, 1983, that Bert had died in Beirut.  In her dream, Bert was standing in his room, in his uniform, telling her he wouldn't be coming back.  When Catherine woke up in the morning, her husband, Robert, asked her if anything was different in the house.  She noticed that the radio wasn't on and asked why.  He told her that there had been a bombing in Beirut and that a lot of the Marines had been killed.

Robert began drinking after the bombing.  His health began failing and he had to go on disability.  He began yelling at his wife and children.  He started seeing a psychologist, but nothing fixed him.

Bert's death and Robert's reaction was hard on Catherine's other children.  They still got along with each other.  Bert's siblings were mad that he had died in Beirut.  They

didn't understand the conflict or why Bert had been sent there.

Bert is buried at Arlington Cemetery on Long Island.  Catherine remembers one of the Marines at Bert's funeral telling her about how brave he was and thinking that talk wouldn't bring him back.  Catherine just wished she had him back.  She keeps his picture on a desk in her bedroom.  Every day she talks to his picture and says that it wasn't fair. She never cries in front of the picture or any of her children.

## **Robert Brian Corcoran**

Bert was seventeen years old when he entered the Marine Corps.  He had wanted to be a Marine since he was a little kid.  He eventually wanted to be a policeman or work in a courthouse.  He wanted to be a career civil servant.  Bert also could have gone to college, if he had so desired.

Bert was excited when he left for Beirut.  He wanted to see the world.  Robert was already married at that time and didn't know Bert was going to Beirut until after he had left.  Robert knew the Middle East was not a very stable place and figured that the U.S. government would keep the Marines protected.  He thought protecting the Marines would be the priority.

Robert knew Bert was on a peacekeeping mission, but he saw on the news that the Marines were taking enemy fire.  Robert had heard that his brother was on a peacekeeping mission.  He didn't know until later that they weren't allowed to fire back and weren't even allowed to load their weapons.

Bert's letters to his mother were very disturbing to his family.  He warned his

family that he thought he and the other Marines were going to die in Beirut.  He implored his mother to write to her congressmen and ask that the Marines be evacuated.  Bert's letters grew more desperate as conditions in Beirut got worse.

On October 23, 1983, Robert was at home with his family when his cousin called him and told him about the bombing.  His cousin told Robert that Bert had been in the building and that he was missing in action.  He went to his mother's house.

Bert is buried on Long Island.  His funeral was a very sad time for his family.  There were lots of police there.  There was a color guard and salutes from older veterans.  There was a 21-gun salute at the burial.

Robert oftentimes wonders what his brother would have been doing if he had not been killed in Beirut.  He wonders what Bert's children would have been like and if Bert would have gone to college.  But Bert never got the chance to do those things.  Robert has kept the medals that Bert was awarded posthumously, including a Purple Heart.  Bert was a corporal at the time of his death.

Robert wants to see the people who killed his brother held responsible.  Compensation for his loss is secondary to knowing that they will be held to account for their actions.  He hears about Iran still helping Hezbollah and funneling money into Iraq and he wants it to stop.  He wants this litigation to send a message that the United States won't stand for this and won't let this happen again.

Robert wants this litigation to make a statement that our government should have protected the Marines and should not make the same mistake again.

## **Elizabeth Ann Corcoran Ortiz**

Elizabeth was the closest in age to Bert.  They grew up together until Elizabeth was thirteen-years old.  They had fun playing together when they were young.  Elizabeth thinks Bert was a good student and a good person who helped people.

Bert told Elizabeth that he was joining the Marine Corps when she was over at their parents' house one day.  He was joining for the benefits of being a Marine and wanted to make the Marine Corps a career.  Bert eventually wanted a home and a family.

When Bert was in the Marine Corps, Elizabeth got news about him from their mother.  Bert wrote to their mother frequently.  Their mother would tell Elizabeth what Bert had said.

Elizabeth understood that Bert was in Beirut on a peacekeeping mission.  She understood this to mean that Bert would have been protected and safe.

Elizabeth was in her apartment on October 23, 1983.  Her mother came to her door and told her about the bombing.  Bert was missing at that time.  She told Elizabeth that Bert might not come home.  Elizabeth was in shock.  Elizabeth turned on the TV and shortly after, her sister called.  On the TV, there was some news of the bombing.  Elizabeth's sister told her that Bert had been killed.  Elizabeth was very upset and started crying.

Elizabeth's mother was very upset about Bert's death.  In the aftermath, she kept Elizabeth away from the funeral and the memorials.  Elizabeth wanted to go, but knew it was probably best that she didn't because Elizabeth is developmentally disabled, and her doctors thought the stress from attending the funeral might drive her to a breakdown.

Bert's death divided the family.  Elizabeth never felt close to anyone else in her family.  She felt even more isolated after Bert's death.

Elizabeth is aware that the Iranian government is responsible for her brother's death.  She doesn't know why they killed her brother.  She thinks people in the United States are different than people in Iran and thinks they must raise their children differently.

## **Keith Alton Corcoran**

Bert was seventeen when he entered the Marine Corps.  Keith isn't sure exactly why Bert joined the Marines, but knows it was something Bert had always wanted to do and felt an obligation to do.

After basic training, Bert was stationed in Camp LeJeune or overseas.  Keith didn't get the chance to talk to him.  Keith was already married and living on his own.  Keith did, however, read the letters Bert sent to their parents.  He followed his brother's life through these letters.

Keith got the feeling that Bert wanted to get out of the Marine Corps.  He wanted a girlfriend and a normal job.  He wanted to be a fireman or a policeman.  Bert was a good kid and Keith could see Bert being a police officer.  Bert was very opposed to drugs and would have had a great impact on his community.

Keith knew his brother Bert was going to Beirut, but he didn't really pay attention to the mission because he knew the United States was not at war with Lebanon.  When Keith did learn that Bert was on a peacekeeping mission, he figured that meant it was non-combat and that the Marines would be helping the locals and the government in

Lebanon.

Keith thinks his brother tried to hide the danger he was in when he was writing to his parents.  He was disappointed by the mission in Beirut.

Keith recalls talking to Bert once while Bert was in Beirut.  It was just a casual call and greetings were exchanged, but nothing of great consequence was discussed.  That was the last time Keith talked to Bert.

On October 23, 1983, Keith was at home.  He heard about the bombing on the news.  Keith called his mother but she had no news yet about Bert.  Later on, Keith's mother called him back and told him that Bert had been killed in the bombing.

Bert's funeral was a hard day for everyone.  Keith doesn't remember it.  He got very drunk the night before.  The funeral was very emotional for the family.  Keith recalls that being in one car with his entire family was very difficult.  He recalls Marines being at the funeral.  Keith felt very proud and very sad.  If there was any bright spot to the funeral, it was that the rest of Keith's family was brought together by it for a short time.  They had been scattered for some time.

After Bert's death, his parents, still very upset over Bert's death, moved to Arizona, where one of their daughters lived.  Keith believes their memories of Bert in familiar places drove them to move across the country.

Keith would like this litigation to bring greater recognition to the sacrifices made by members of the armed forces when they are deployed overseas.  He thinks civilians should see what they go through when they are protecting our liberties.

Keith would like to know why the Iranians thought they had to bomb a

peacekeeping mission.  The Iranians killed the Marines for no gain, and with no clear goal.

Keith was ten years older than Bert.  When Keith was a young man and recently married, his wife and brother in law also had a brother who was ten years younger.  Bert and his brother-in-law used to take their younger brothers fishing and to baseball games. Keith misses the opportunity to do things like that with Bert.  Keith doesn't know if his brother ever even had a girlfriend.  Bert missed out on all the best things in life because he was killed in the bombing.

**CONCLUSIONS OF LAW**

1.      Wrongful Death.

The Plaintiffs have provided comprehensive testimony from the expert, Dr. Jerome Paige, clearly detailing the loss of accretions to the estate of each person.  These calculations are detailed and supported by the evidence set forth in the report whose summary page is annexed to this report and have been established pursuant to sound guidelines without question.  The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the Estate of Bert D. Corcoran in the amount of **$808,281.00.**

2.      Survival Action Pain and Suffering.

There is no evidence from which the Special Master can make a finding that the

Decedent Bert D. Corcoran suffered bodily pain or suffering after the attack and prior to his death.

3.    Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the Defendants and/or their agents.  The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998) stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the decedent's comfort, support and society.  The unexpected quality of death and its emotional impact may be taken into consideration in gauging the emotional impact to those left behind.  In the present case, the impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.).   The Special Master concludes as a matter of law that the following amounts are appropriate compensation:

Kathleen Collins, sister of the Decedent, **$2,500,000.00**;

Estate of Robert Alton Corcoran, the father of the Decedent, **$5,000,000.00**;

Catherine Corcoran, the mother of the Decedent, **$5,000,000.00**;

Robert Brian Corcoran, brother of the Decedent, **$2,500,000.00**;

Elizabeth Ann Ortiz, sister of the Decedent, **$2,500,000.00**; and

Keith Alton Corcoran, brother of the Decedent, **$2,500,000.00**.

**TOTAL DAAMGES:  $20,808,281.00**

<u>4 November 2011</u>                                    <u>/s/Paul G. Griffin</u>
Date                                                    Paul G. Griffin, Esq.
                                                        Special Master