# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
       Plaintiffs

       v.                                             Civil No. 1:07-cv-01302
                                                               Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
       Defendants

## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS XXV – XXVIII

### Held, Douglas (Deceased)

In accordance with the Order of Reference entered pursuant to the provisions of Fed.R.Civ.P. 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for wrongful death resulting from an act of state sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. Douglas Held was born on March 29, 1962 in the United States of America and, as at birth, so remained until his death, a citizen of the United States of America.

2. Thomas Held has been duly appointed the personal representatives of the estate of

Douglas Held, Decedent, for the purpose of this lawsuit.

3. On October 23, 1983, the Decedent was a member of the United States Marines having enlisted on June 30, 1980 and was stationed in Beirut, Lebanon.

4. On October 23, 1983, the Marine Barracks building housing the Decedent's Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel, including the Decedent.

5. As a result of the explosion, Decedent, Douglas Held, suffered severe injuries which resulted in his death.

6. The official service death certificate (Report of Casualty), admitted as an official record and marked as Exhibit 2 at the depositions held herein indicated that the death of the Decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

7. There is no evidence from which the Special Master can make a finding that the Decedent suffered bodily pain or suffering as a result of his injuries.

8. As a result of the death of Douglas Held, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. The said losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given in this matter by videotape. The report and the supporting calculations have been reduced by Dr. Paige to present value in accordance with *District of Columbia V. Barritaeu*, 399 A.2d 563 (D.C. App. 1979).

Based upon the foregoing, the amount of loss to the estate is in the amount of

**$647,291.00** as reduced to present value.

9. As a result of the death of Douglas Held, his family has suffered and will continue to suffer severe mental anguish and the loss of society. The testimony has clearly established that they have never recovered from the shock of their loss. The emotional trauma they sustained is permanent and significant.

### TESTIMONY OF THOMAS HELD

Douglas was a normal kid. He enjoyed testing his boundaries. He went to a small country school and to high school, but dropped out and enlisted in the Marine Corps. The Marine Corps put pressure on him to get a GED, and he did. Douglas was influenced in his decision to join the Marine Corps by the service of his grandfather, who had made the Army a career, with 32 years in, and his uncle, who was wounded in Vietnam. Thomas also served in the Army. Thomas believes that Douglas was influenced by many things, from the prestige of serving to a sense of duty, that he should go serve his country.

Douglas grew up a lot in basic training. Douglas was a combat engineer. In training, another Marine died next to Douglas. That experience was traumatic. Douglas had two tours in Beirut. In the first, Douglas saw the impact that politics has on war. He saw the peacekeeping force forced to let members of the PLO go because of international political pressures. Douglas learned a lot about the reality of war.

Douglas had talked with his father about going to Officer Candidate School. He was looking into that as a career and was only twenty days away from leaving Beirut and wanted to be stationed at Quantico after he got back. Thomas isn't sure what Douglas

would have done with his life, but thinks there is a good chance he would have made the Marine Corps a career and Douglas certainly had the aptitude and the disposition for it.

Douglas also would not have had trouble with college. He was not a very good student before joining the Marine Corps, but when he was challenged he always gave his best. One time, in order to be a caddie for the summer, he had memorized the distances of the holes at a golf course in the evening and passed the test the next day.

Thomas and his wife Sondra were apprehensive about Douglas's going to Beirut. Sondra had been an Army brat and had seen her share of deployments. On his second tour, he left for Beirut on Mother's Day, which was difficult for his family.

In Beirut, most of Douglas's duties involved guard duty. The Marines were supposed to stabilize the area, but it was deteriorating every day. In his letters home, Douglas talked about how the Marines expected terrorist attacks on Sundays. The Marines were being managed by politicians and not by the men on the ground. This created problems for the Marines that led to the bombing. Particularly, the Marines were all gathered in and around the barracks, which had the flag on top of it.

Douglas wrote home about once a week. He also sent one tape home, which Thomas still has. Sondra used to send him back cakes. Douglas wrote different letters to his father and mother. He left out more details when he wrote to his mother.

Thomas and Sondra watched CNN daily to get news about the Marines in Beirut and they were watching on October 23, 1983. They learned of the bombing that morning. Thomas remembers watching the names scroll down the TV. Thomas believes they were fortunate to learn of Douglas' death early, rather than waiting and not knowing what

happened to him. Douglas was killed, but his body was whole, not dismembered like some others. Thomas thinks the other Marines who had to dig through the rubble and find the dismembered bodies can't help but have problems. He thinks Douglas would have had problems if he had survived as a result of seeing the mutilated corpses.

After Douglas's death, his family changed. Thomas felt like he was trying to survive. He felt like he couldn't function and for months after the bombing he wasn't thinking coherently. His boss was insensitive to the situation and had even sent someone else to deliver condolences on his behalf instead of going himself.

Thomas and his family went to every funeral they could. They got involved with No Greater Love. Douglas felt they were invaluable. Thomas felt that all the families were equal in their loss.

Thomas felt guilty about feeling good anytime for a long time after Douglas's death. He recalls one day he was driving home from work and he thought that it was a great day to be alive and he didn't feel guilty anymore. Overcoming that persistent sense of guilt was a milestone for him in moving on from Douglas's death.

Thomas still thinks of the bombing when he thinks about the Iraq war. He thinks about how our policies in the Middle East make little sense. Also, he is mad that groups like Hamas have a place at the table, when they have killed Americans.

Sondra lost her health and eventually her life as a result of Douglas's death. She had been in a PhD program when Douglas had died, but ended her studies. She did start a Compassionate Friends chapter in Mechanicsville, VA. She became director of

bereavement at a funeral home. She benefitted others but couldn't move on from Douglas's death.

Sondra wrote a letter to Douglas two days after the bombing, on October 25, 1983. The family already knew he had been killed. She discussed her disbelief at being told he had been in the building at all. Douglas had recently been reassigned and wasn't supposed to be there. The day after Douglas died his family received a letter from him saying that he had been reassigned to the building once again as protection for the delegates in the upcoming peace talks.

Sondra was angry that Douglas was dead. She wanted to yell at the Corpsman who had delivered the bad news. Delivering the bad news to family members was very difficult, but the outpouring of support was overwhelming. She asked God why the bombing had happened. It was a senseless tragedy. She would have done anything to get Douglas back. She was proud of Douglas for serving his country, though, and noticed the positive changes in Douglas as a result of his training.

Sondra wrote that she would remember Mother's Day, the last day she saw Douglas, and October 23, the day he died. She had to believe that he went to sleep Saturday and woke up Sunday with God.

Sondra became ill after Douglas' death and spent six months in the hospital. She developed diabetes after his death and died her own slow death over seventeen years. Thomas feels that women can't move on from the tragedy of losing a child the way men can and that was certainly the case with Sondra.

Thomas thinks about this litigation as a long shot, but one that might benefit his son, Patrick.  He hopes that it will send a message to Iran that they should no longer pursue terrorism as a means of pursuing foreign policy.  It would be nice if they had to pay for what they have done.  Thomas believes that People in the Middle East think differently than Americans and Thomas doesn't know what he could say that would make sense to them or change their minds.

Thomas would like the court to take into account the information his family has provided to go along with this report.

### TESTIMONY OF PATRICK HELD

Patrick and Douglas Held were both born while their father was serving in the Army.  Douglas was four years older.  Douglas was a typical older brother.  He was a confidant and protector and got Patrick out of trouble.  In Patrick's work, as the dean of students at a middle school, he sees much of the same behavior.

Douglas was having a rough time towards the end of high school.  He joined the Marine Corps in an attempt to straighten out his life.  Douglas loved the Marine Corps and enjoyed the camaraderie.  Patrick enjoyed watching his older brother go from being a troubled teen to being a responsible adult so quickly.  Patrick felt Douglas was on the road to a good life.

Douglas wrote letters to his family when he was in basic training.  His family wrote back and Patrick would tack messages onto the bottoms of the letters.  Douglas was a gung-ho Marine.  Patrick always enjoyed when Douglas came home from the Marine

Corps.  Sometimes, he brought his friends home with him.  At the time, Patrick saw his brother as infallible and never thought that anything would happen to Douglas.  Now that he is in his forties, Patrick sees people in their twenties doing risky things and realizes the potential danger in them.

Douglas had gotten married to a woman with a child while he was in the Marine Corps.  Patrick was amazed at how quickly his brother had gone from adolescent to being a married adult with a child to take care of.  Douglas' marriage didn't last, however.  Patrick felt that the Marine Corps was a safe haven for Douglas, a place for him mentally when his personal life was in turmoil.

Patrick is confident that his brother would have had no problems completing college or Officer Candidate School, had he chosen to do so.  Looking back, and having the benefit of working with children now, Patrick realizes that what his family thought were insurmountable problems for his brother in high school were really very common things in a boy's life and not that big a deal.  Patrick thinks, looking back, that his parents had expected that both he and his brother would be perfect children and that they were somewhat unprepared when Douglas was rebellious.

Patrick and his father drove Douglas back to Camp LeJeune after the last time he came home.  It was a Sunday, and their mother didn't go along.  That was the last time they saw Douglas alive.  After Douglas died, Patrick recalls his mother being depressed on Sundays and sometimes saying "It's a Sunday, the day your brother died."  She used to say "You never get through life without paying for something," and Patrick believes that his brother's death was that thing that his family was left paying for.

Patrick was seventeen at that time and was engrossed in school sports and extracurricular activities. He didn't think much about where his brother was going or about how dangerous his mission might be.

Douglas wrote from Beirut and sent tapes to his family. They received one of these tapes after Douglas died. Patrick never listened to the tape until after his mother died. When he did listen to it, he noticed that there was a certain amount of fear expressed on the tape. His brother knew he and the other Marines were in danger.

Patrick recalls waking up on the morning of the bombing to his mother's crying. She kept saying that something had happened. Friends of their family had been over that weekend and had left early. Patrick went to school the next day while his mother was still glued to the TV, watching CNN. He thought she was exaggerating and that nothing would happen to Douglas.

At school, people kept asking Patrick if his brother was ok and if he had heard anything. People kept telling him "No news is good news." It was the first time Patrick had heard that phrase and he still hates it to this day. One day during play practice, Patrick got the urge to call home. He called his parents from a payphone at school and his father answered, sobbing. His father said "Your brother is dead." Patrick started shaking and hung up the phone. He told his teacher what happened and insisted on driving himself home. He felt like his leg was spasming on the gas pedal. When Patrick got home, his mother was upstairs wailing and his father hugged him. This was very odd behavior for his father.

Patrick felt like a strange sort of celebrity after the bombing: he was the kid whose brother had blown up in Beirut.

That night, people brought food and stayed for a while. Patrick remembers one of his father's friends trying to console him. The night before the deposition, Patrick drove by one of the places he had spent time right after the bombing, and it brought back the same emotions. Getting ready for the deposition was awful for Patrick. It reminded him of packing up his brother's things after Douglas' death. Patrick is still bitter about his brother's death. His father has remarried and he is envious of his stepmother's children because they have a bond that he was robbed of when his brother was killed. Patrick felt like his brother's death stole part of his identity.

Patrick did not understand how his brother's death would affect him for the rest of his life when he was seventeen. Now he has the perspective to comment on the lasting effects. Holidays and birthdays have been rough since his brother's death, and of course October 23 is a particularly difficult day.

The bombing is the moment that destroyed Patrick's family. Patrick's normally stoic parents started behaving differently. His mother would lash out at people. He compares his mother's behavior after the bombing to Mary Tyler Moore's character in *Ordinary People*. For five or six years after the bombing, there wasn't a Sunday or a holiday where she didn't mention Douglas. She couldn't go to his senior play because she couldn't stand to see a character die on stage. Patrick's father became more withdrawn. Patrick's parents fought more. They went to their separate bedrooms and spent less time together. Patrick sometimes prayed that his parents would get divorced

because they were so unhappy.  Patrick dreaded October.  Both of his parents would become depressed, but his mother especially made other people experience it with her.  The family Patrick grew up with no longer existed.

He spent more time away from his parents.  Although he went to college at Virginia Commonwealth University and lived at home the next year, he would take any opportunity to get out of the house.  Ultimately, Patrick began looking to an aunt to fill in where his parents were unable to provide support and guidance.

Patrick's mother spent most of his sophomore year in college in the hospital.  Her illness had begun with her spending more and more time on the couch and less time socializing.  She gained weight.  He remembers coming home one day and she was distended.  She went to the hospital and was diagnosed with pancreatitis and other problems.  Her health was failing like a house of cards falling down.

Patrick visited his mother in the hospital and sometimes brought his friends.  She had operations.  Her stomach had little holes in it for different tubes.  She never fully recovered from it.

Patrick's parents were getting along less and less at this time.

Patrick saved articles about the bombing and has shared them with some of his students.  While Patrick missed his brother, watching his parents suffer was worse for him than dealing with his brother's death.  Around Patrick's eighteenth birthday, he received a box full of bereavement cards from a school in New Jersey.  While he acknowledges that it was a nice gesture, he was enraged at receiving the cards.  He just wanted to be left alone.  When Patrick found out about 9/11, he thought of the families

**11**

immediately and he always identifies with the families because they are left behind, grieving.

When Patrick listened to a tape his brother had made twenty years after his death, it sounded like Patrick himself playing a character. Douglas also had a high voice. They would have sounded very much alike. Patrick cried listening to the tape, hearing his brother's voice for the first time in twenty years.

Patrick's family kept in touch with the families of the other Virginia Marines. He remembers his parents went to one memorial and his brother's name had been spelled wrong on the memorial. His mother was very angry and felt insulted. The day Patrick's mother died, the United States invaded Iraq. Patrick remembers talking to his aunt outside the church, saying that it felt like the same thing all over again.

Patrick makes a point of sharing his story with students of his who have lost someone close to them. He tries to give them realistic expectations.

Patrick joined in this litigation because his brother's life needs to be remembered. He has a tough time thinking of human lives in terms of money. He would like to see money out of it, but mostly he just wants to see recognition that he had a brother and that his family was changed forever by the bombing. Those Marines deserve recognition because they died on a peacekeeping mission and were not supposed to be involved in a hot war.

Patrick can't find the right words to describe what the terrorists have done to his life, but he would like them to know that they have certainly screwed up his life. Any terrorist act is cowardly. The people they kill aren't numbers, they are lives.

## **CONCLUSIONS OF LAW**

1. Wrongful Death.

The Plaintiffs have provided comprehensive testimony from the expert, Dr. Jerome Paige, clearly detailing the loss of accretions to the estate of each person. These calculations are detailed and supported by the evidence set forth in the report whose summary page is annexed to this report and have been established pursuant to sound guidelines without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the estate of Douglas Held in the amount of **$647,291.00**.

2. Survival Action-Pain and Suffering.

There is no evidence from which the Special Master can conclude that the Decedent endured bodily pain and suffering after the attack and prior to his death because medical records for Douglas Held detailing his injuries after the bombing could not be located. Thomas Held, Personal Representative of Douglas Held, indicated that she wished to go ahead and have judgment entered without an award for pain and suffering.

3. Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the Defendants and/or their agents. This Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998) stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the decedent's comfort,

support and society. The unexpected quality of death and its emotional impact may be taken into consideration in gauging the emotional impact to those left behind. In the present case, the impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). The Special Master concludes as a matter of law that the following amounts are appropriate compensation:

Thomas Held, the father of Douglas Held, **$5,000,000.00**;

Patrick Held, the brother of Douglas Held, **$2,500,000.00**;

The Estate of Sondra Lou Held, the mother of Douglas Held, **$5,000,000.00**.

**TOTAL DAMAGES: $13,147,291.00**

4 November 2011 /s/Paul G. Griffin
Date Paul G. Griffin, Esq.
Special Master