**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
    Plaintiffs

    v.        Civil No. 1:07-cv-01302
              Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
    Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNTS CIV – CVII**

**McCoskey, Timothy**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional damage resulting from an act of state sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the Beirut, Lebanon United States Marine Barracks.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear and convincing documentary evidence and testimony.

1.   Timothy ("Tim") McCoskey was born June 25, 1963 in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2.   On October 23, 1983, Tim McCoskey was a member of the United States Marines, having enlisted on June 25, 1981, and was stationed in Beirut, Lebanon.

1

3.   On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4.   The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma sustained by Tim McCoskey is permanent and significant.

## TESTIMONY OF TIM MCCOSKEY

Tim grew up in Indiana.  His parents had met while his father was in the Navy.  After his father left the Navy, he became an engineer and Tim's parents settled down and had a family.  Tim's childhood was fairly normal.  His parents were strict with him and his siblings.  Tim had played football and run cross country.  He enjoyed shooting pool and fishing as well.

Tim graduated from high school and attended one semester of college, but didn't pursue higher education beyond that.  He enlisted in the Marine Corps in September of 1981.  Tim had joined the Army reserve while he was still in high school and had completed some of his training prior to graduating.

Tim joined the Marine Corps with the intention of making it a career.  He loved the Marine Corps and military life.  Tim's MOS was truck driver, 3531.  He had considered trying to go to officer candidate school or warrant officer school at some point.

Tim felt good about going to Beirut.  He was serving his country.  Some of his friends had already been over there and had told him it was nice and he didn't have much to worry about.  Tim had already been to Germany to participate in an amphibious landing drill with German and Danish forces.  Tim's family didn't have any fears about his going to Beirut.  They

hadn't seen much on the news about Beirut.

When Tim arrived in Beirut, the Marines didn't face any hostility right away, but they could see the remnants of war, demolished buildings and blown-up cars.  They could tell that there had been fighting.  As the situation worsened in Beirut, the Marines would sit out and watch firefights in the mountains.  They could identify the different groups and watched for tracer rounds indicating the firing patterns.  That fighting wasn't close to him.  From May until August, the Marines were not in danger.

In August, the fighting was getting closer to the Marines.  Tim recalls one Marine being brought in with a bullet wound to his leg.  The fighting had come down out of the mountains and the Marines now had not just small arms fire to deal with, but artillery as well.

Tim wrote letters to his family.  He didn't get to call home until after the bombing.  Tim told his family he was fine and withheld any gory or upsetting details.  He didn't want his family to worry.

In Beirut, Tim patrolled with the infantry.  The drivers trained the infantry how to drive the trucks as well.  Tim questioned the wisdom of sending Marines to patrol through Lebanese villages.

On the morning of October 23, 1983, Tim had to take supplies out to the Marines on the line.  He woke up at 6:00 a.m. and began cooking c-rations with one of his friends.  As they were making their breakfast, they heard a tremendous "BANG!"  They all felt the concussion and thought an artillery round had landed right outside their tent.  Tim tried to unplug his ears and remembers pulling lots of wax out of them.  The next thing he knew, there were chunks of concrete coming through his tent.  Light was coming in through the holes in the tents and Marines were screaming "Get to the bunkers!"

Tim and the other Marines were in their bunkers for about thirty seconds when they saw a mushroom cloud forming in the sky.  He and a couple of other Marines crept to the side of the tent and peered out.  Their barracks building was gone.  Tim got an uneasy feeling in his body.  He and the other Marines ran towards the remnants of the barracks.

Marines were walking around covered in dust.  Tim saw severed limbs on the ground.  He saw limbs and parts of bodies protruding from the collapsed barracks.  Tim and the other Marines began pulling bodies out of the rubble.  Tim has a tough time placing things in chronological order after this point because the experience was so overwhelming.  One of the Corpsmen was screaming at the Marines not to waste time with the dead and to throw them onto jeeps for evacuation.  They followed this instruction.

Tim and the other Marines were digging out their casualties.  They could hear the chaplain screaming.  They dug until they could see his two fingers sticking out.  They freed him down to his foot, which was stuck.  Tim got down to free his foot and the concrete collapsed on him.  It took a half hour of digging to free Tim and the chaplain.  In that time, Tim was pinned on his side with his arms straight out, with little circulation in them.

Tim and the other Marines were working frantically, trying to find anyone they could and get them out of the building any way they could manage.  Tim picked up a slab of concrete and there was a Marine under the slab with his entire face cut off.  His brains and other portions of the inside of his head were visible.  Tim still remembers the tattoo that Marine had on his arm.  The Marines were enveloped in the smell of smoke and burning flesh.

Tim was reassigned to get trucks to take away the rubble.  Tim was relieved by an officer and told to get some rest.  He was in his rack for about ten seconds when something fell on his pant leg.  He thought the ghosts were with him.  Unable to sleep, Tim went back to the barracks

and continued to clear the debris.

The Marines were putting their dead in body bags and loading them onto a truck.  They were driving the bodies to a makeshift morgue.  On the ride between the barracks and the morgue, the Marines who loaded and unloaded the bodies had to ride in the truck, on top of the body bags.  There was nowhere else to ride.

The bodies were stacked in rows of ten.  There was one stack after another.  This duty continued for three or four days.

On the third or fourth day, Tim was ordered to call home.  He called and talked to his parents, told them he was alright, and then went back to work, digging out bodies.  Tim went to sleep around the fourth or fifth day.  He had already started getting nightmares and seeing dead Marines in his sleep.

Tim escaped from the ordeal with only minor scrapes, but his psychological injuries continue to this day.  In the field, Tim and the other Marines had to be tough and cap their emotions.  If they didn't, they wouldn't be able to do their jobs and dig out the wounded.  Tim kept this mindset for a long time after the bombing.  Consequently, it took him a while to realize that he had problems.

Tim returned to the United States on December 7, 1983.  He left the Marine Corps in May of 1985.  Tim got jobs as a carpenter and painter.  He has worked construction since.

Tim was diagnosed with Post-Traumatic Stress Disorder only within the last couple of years.  His physician has prescribed him drugs to help him cope with his problems.  He especially has problems sleeping.  He used to drink until he could fall asleep until he discovered Tylenol PM.  Tim is prescribed Cymbalta to treat anxiety.  If Tim doesn't take something every night, we will wake up during the night.

Sometimes Tim gets depressed.  He feels like he relives Beirut every day.  If someone is using a jackhammer and Tim smells concrete, it reminds him of the bombing.  Smells and airplanes flying over trigger his memories of Beirut.  He doesn't think about it as much if he's out with his friends having fun.  Tim wishes he could get it out of his head.  He knows he would be better off.  He doesn't think that will ever happen.

The bombing has changed Tim.  Tim's brother and sister have told him that he has changed.  His mother and sister told him that he never really came back.  Tim recognizes that they're right and he has changed.

Tim was married September 18, 2001.  Tim's wife has had issues with Tim's problems.  He can get mad at their kids over trivial things.  Sometimes he has to sleep on the couch because he has accidentally hit his wife in his sleep.  His son snuck up on him while he was sleeping and he almost swung at his son.

Sometimes Tim experiences survivor's guilt.  If he had been up earlier, his truck might have driven around the front of the barracks around the same time the bomber was coming in.  Tim would have taken the opportunity to run his truck into the truck bomb or shoot the driver.  Tim heard years later that the bombing could have been worse if it had happened outside the building.

Tim can be high strung.  He can get loud at work and thinks this has hurt his advancement.  He thinks people don't listen to him because he tends to exaggerate things and yell over relatively minor stuff.  He has been passed over in favor of people who know less but are more mellow.

Tim believes the people who planned and carried out the attack are going to hell without a doubt.  He hopes the people who planned the attack have to pay.  He hopes they suffer

mentally as well.

## CONCLUSIONS OF LAW

Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Timothy McCoskey suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents.  This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). The special master concludes that Tim McCoskey is entitled to **$1,500,000.00** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.


**TOTAL DAMAGES: $1,500,000.00**

4 November 2011                                              /s/Paul G. Griffin
Date                                                                Paul G. Griffin, Esq.
                                                                       Special Master