**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
        Plaintiffs

     v.                                Civil No. 1:07-cv-01302
                                                Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNT IX – XII**

**Douglass, Frederick (Deceased)**

       In accordance with the Order of Reference entered pursuant to the provisions of Fed.R.Civ.P. 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for wrongful death resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the United States Marine Barracks in Beirut, Lebanon.

       The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1.     Frederick Douglass was born September 28, 1936, in the United States of America and was at birth, and so remained until his death, a citizen of the United States of America.

2.     Shirley Douglass Miller has been duly appointed the personal representatives of the estate of Frederick Douglass, Decedent, for the purpose of this lawsuit.

3.     On October 23 1983, the Decedent was a member of the United States Marine Corps having enlisted on November 20, 1958, and was stationed in Beirut, Lebanon.

4.     On October 23 1983, the Marine Barracks building housing the Decedent's Marine battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel, including the Decedent.

5.     As a result of the explosion, Decedent, Frederick Douglass, suffered severe injuries which resulted in his death.

6.     The official service death certificate (report of casualty), admitted as an official record and marked as Exhibit "2" at the depositions held herein indicated that the death of the Decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

7.     There is no evidence from which the Special Master can make a finding that the Decedent suffered bodily pain or suffering as a result of his injuries.

8.     As a result of the death of Frederick Douglass, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life.  The said losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given in this matter by videotape.  The report and the supporting calculations have been reduced by Dr. Paige to present value in accordance with *District of Columbia V. Barritaeu*, 399 A. 2d563(D.C. App. 1979).  Based upon the foregoing, the amount of loss to the estate is in the amount of **$452,109.00** as reduced to present value.

9.     As a result of the death of Frederick Douglass, his widow, Shirley Douglass Miller, and other relatives have suffered and will continue to suffer severe mental anguish and the loss of

society.  Their testimony has clearly established that they have never recovered from the shock of their loss.  The emotional trauma they sustained is permanent and significant.

## SHIRLEY DOUGLASS MILLER

Frederick Douglass was a good student in high school.  He was interested in math and business.  He was on the track team and was a good athlete.  He could organize a party or a ceremony easily.  Frederick enlisted in the Marine Corps in 1953, right after he graduated from high school.  He and Shirley were married in 1956.  Frederick spent over 29 years in the Marine Corps.  Frederick loved being a Marine.  He was six months from retirement when he went to Beirut.  Shirley thinks he would have gone into law enforcement if he had come back and retired.

Frederick went to Beirut as a Sergeant Major.  Shirley was not happy about Frederick's going to Beirut.  There had already been a bombing at the embassy and she was concerned for his safety, as were his daughters.  Frederick took it in stride and knew that deployments were part of his life.

Frederick wrote often and called occasionally from Beirut.  Frederick did not go into details about the dangers in Beirut.  Shirley watched the news, however, and knew that Frederick and the other Marines were in danger.

On the morning of October 23, 1983, Shirley turned on the TV to see that the building her husband was in had been reduced from a four story building to a pile of collapsed concrete.  Shirley got several calls from people in the military, but it was two days before she had any news about Frederick.  A chaplain came to her house to tell her that Frederick had been killed.

Shirley's life revolved around Frederick.  He was her best friend.  When Frederick died, Shirley felt like she stopped living.  She is still upset by his death.  Frederick's parents were also

upset by his death.  Shirley had to tell them that Frederick was dead, which was an additional burden on her.  Frederick's daughters Susan and Regina were 26 and 23 when he was killed.  They were both married at the time and living in other states.  Someone else called them and told them about their father's death.

Susan and Regina both went to their mother's home and stayed with her for several weeks.  They had to take care of her.  After they returned to their respective homes, they called their mother often.

Shirley has attended memorial services since the bombing.

Frederick's death has been a part of Susan and Regina's lives.  It will always be with them.  Shirley hopes that someone takes responsibility for the bombing as a result of this litigation.  She wants them to know that they have ruined a lot of lives with the bombing and that they attacked peacemakers.

Frederick was a loving, funny person and he and Shirley had a wonderful life together.

## **REGINA DOUGLASS PERREIRA**

Frederick was a Sergeant Major in the Marine Corps who enjoyed being a Marine.  Regina was always proud of her father.  She was too young to remember when her father deployed to Vietnam.  Frederick loved playing baseball and fishing.  He also liked to cook.  He was great at barbequing.

Regina was a little nervous when her father deployed to Beirut.  Frederick didn't give it much thought.  It was just part of his job.  Regina was living in California when her father went to Beirut.  She received two letters from him.

Regina was at home, in California, when she found out the Marine Barracks in Beirut had

been bombed.  She called her mother and began making arrangements to go to her mother's house.  She could not leave until two days later, so she arrived at her mother's house on October 25, 1983.  While her sister was picking her up from the airport, however, an officer and a chaplain had told Regina's mother that Frederick had been killed in the bombing.  Shirley was devastated by the news that her husband was dead and Regina was extremely angry.  The last time Regina had seen her father, they had gotten in an argument about her moving to California.  It still bothers her that that was the last conversation she had with him.  She never got to hug him goodbye.

Regina's family still talks about Frederick often.  Regina still keeps newspaper articles with stories about Frederick.

Regina couldn't wish what happened to her father on her worst enemies.

Regina still misses Frederick and wishes he could have met her children.

### SUSAN DOUGLASS BAKER

Frederick loved being a Marine.  It was his life.  As a Sergeant Major, he took care of his Marines and made sure they were doing the right things.  Frederick loved baseball and Susan remembers his sliding into second base in a game after her high-school graduation.  He also loved to fish.

While Frederick was in Beirut, he wrote to Susan but he never described how dangerous Beirut was.  She got two or three of the letters after he died.  Because of Frederick's rank, he was often around officers and Susan saw him on the news more than once.

Susan was in bed on October 23, 1983, when her oldest daughter, then five-years old, ran into her room to wake her up yelling something about Frederick.  Susan saw the news on TV about the bombing when she got up.  Susan was living in Ohio at the time and she left, along

with her husband and children, to go to her mother's house in Cape Cod.  Susan arrived the next day and picked up her sister at the airport on October 25.  While she was gone, an officer and a chaplain arrived at her mother's home with the news that Frederick had been killed in the bombing.

Shirley was angry and devastated.  The entire family was in disbelief.  Frederick had survived four tours in Vietnam.  Susan and her sister cried a lot.  Susan had a five-year old and a three-year old to take care of, though, so she had to continue to function.  Susan has never gotten over Frederick's violent death.  Regina had a baby at the time.  Her reaction was similar to Susan's.

Susan was conned in the aftermath of Frederick's death by a man claiming to be an artist who would paint a portrait of her father.  Susan did receive some death benefits from the Marine Corps.

Susan has been to remembrances and eventually lived in North Carolina, close enough to the memorial that she could visit.  She gets newsletters from the Beirut Veterans Association.  Susan has a busy career and would otherwise spend more time updating herself on the organization.

Susan would like to see someone pay for killing her father and destroying so many lives.  Beirut was the first of many terrorist acts against Americans.  If she gets money out of this lawsuit, she intends to spend it on her grandchildren.

Susan still wants to know what good the bombing did for the terrorists and how they were serving their God when they carried it out.

Susan and her family feel cheated that Frederick was taken from them.  Even her oldest daughter doesn't remember Frederick.  That is as hard for Susan as his death.

**CONCLUSIONS OF LAW**

1. Wrongful Death.

The Plaintiffs have provided comprehensive testimony from the expert, Dr. Jerome Paige, clearly detailing the loss of accretions to the estate of Frederick Douglass. These calculations are detailed and supported by the evidence set forth in the report whose summary page is annexed to this report and has been established pursuant to sound guidelines without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the estate of Frederick Douglass in the amount of **$452,109.00**.

2. Survival Action Pain and Suffering.

There is no evidence from which the Special Master can conclude that the Decedent endured bodily pain and suffering after the attack and prior to his death.

3. Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the Decedent by the actions of the Defendants and/or their agents. The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998) stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the Decedent's comfort, support and society. The unexpected type of death and its emotional impact may be taken into consideration in gauging the emotional impact to those left behind. In the present case, the impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). In accordance with that guidance the Special Master concludes as a matter of law that Defendants are jointly

and severally liable to Plaintiffs in the following amounts:

    Shirley Douglass Miller, widow of the Decedent, in the amount of **$8,000,000**;

    Regina Douglass Perreira, daughter of the Decedent, in the amount of **$5,000,000**;

    Susan Douglass Baker, daughter of the Decedent, in the amount of **$5,000,000**.

**TOTAL DAMAGES:**         **$18,452,109.00**

November 28, 2011                                       s/s Paul G. Griffin
Date                                                             Paul G. Griffin, Esq.
                                                    Special Master