**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
                    Plaintiffs


              v.                              Civil No. 1:07-cv-01302
                                              Judge Royce C. Lamberth


The Islamic Republic of Iran, et al.
                    Defendants


**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNT XLI – XLIV**

**Townsend, Henry (Deceased)**

        In accordance with the Order of Reference entered pursuant to the provisions of

Fed.R.Civ.P. 53, the Special Master has received evidence with regard to all issues of

compensatory damages from witnesses as set forth below.  This is an action for wrongful death

resulting from an act of state sponsored terrorism on the part of the Defendants and their agents

occurring on and prior to the 23rd day of October 1983 at the United States Marine Barracks in

Beirut, Lebanon.

        The following findings of fact are based upon the sworn testimony and documents

entered into evidence in accordance with the Federal Rules of Evidence and have been

established by clear and convincing documentary evidence and testimony.

1.      Henry Townsend was born January 10, 1962, in the United States of America and was at

birth, and so remained until his death, a citizen of the United States of America.

2.      Marcia Townsend-Tippett has been duly appointed the personal representatives of the

estate of Henry Townsend, Decedent, for the purpose of this lawsuit.

3.      On October 23, 1983, the Decedent was a member of the United States Marines having enlisted on June 27,1980 and was stationed in Beirut, Lebanon.

4.      On October 23, 1983, the Marine Barracks building housing the Decedent's Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel, including the Decedent.

5.      As a result of the explosion, Decedent, Henry Townsend, suffered severe injuries which resulted in his death.

6.      The official service death certificate (report of casualty), admitted as an official record and marked as exhibit "2" at the depositions held herein indicated that the death of the Decedent was due to a terrorist attack at Beirut, Lebanon on October 23 1983.

7.      As set forth below, the Special Master finds that Decedent suffered bodily pain and suffering as a result of his injuries.

8.      As a result of the death of Henry Townsend, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life.  The said losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given in this matter by videotape.  The report and the supporting calculations have been reduced by Dr. Paige to present value in accordance with *District of Columbia v. Barritaeu*, 399 A.2d 563 (D.C. App. 1979).  Based upon the foregoing, the amount of loss to the estate is in the amount of **$3,066,242.00** as reduced to present value.

9.      As a result of the death of Henry Townsend, his family has suffered and will continue to suffer severe mental anguish and the loss of society.  Their testimony has clearly established that

they have never recovered from the shock of their loss.  The emotional trauma they sustained is permanent and significant.

### MARCIA TOWNSEND-TIPPETT

Marcia Townsend-Tippett is the widow of Decedent Henry Townsend.

Marcia and Henry attended Jefferson Davis High School in Montgomery, Alabama together.  Henry had a job in high school and he liked to work on cars.  Henry graduated a year before Marcia and joined the Marine Corps.  Henry wanted a career in the military and he wanted to serve his country.  Henry viewed the Marine Corps as a challenge over the other branches.

Marcia and Henry were married April 23, 1983.

Marcia wasn't worried about Henry going to Beirut because he was going on a peacekeeping mission.  Henry and Marcia exchanged letters frequently while Henry was in Beirut.

On October 23, 1983, Marcia turned on the news while she was getting ready for church. When she saw the bombing on the news, she assumed Henry was fine.  In his letters, Henry indicated that he was on night patrols.  Marcia assumed that he had been out and not asleep in the building.

Marcia's pastor knew that Henry was in Beirut and he led the congregation in a prayer for the Marines.  When Marcia came home, she had not received word from the Marine Corps. Later that night, a sergeant came to her house and told her that Henry had been injured, but had been transferred to Rammstein Air Force Base in Germany and would be alright.

The Marines told Marcia that Henry would improve and would be sent to Bethesda Naval

Hospital.  Marcia flew to Germany and then back to Bethesda when Henry was transferred there.

When Marcia saw Henry, he had had a brain aneurysm.  He had a burn on his leg that was pretty

severe.  Henry was in a coma and would never regain consciousness.  Marcia would stay and talk

with Henry.

The doctors assured Marcia that Henry was still improving.  She flew home to Alabama

for a few days, but got a call from the hospital saying that she needed to fly back to Bethesda

immediately.  Henry's mother was at the hospital.

When Marcia returned to Bethesda, the doctors explained to her that Henry's injuries

were severe.  Henry died shortly after that.  He is buried in Montgomery, Alabama.

Marcia thought that she would be with Henry forever.  She was young and had dated

Henry since high school.  Marcia had been in college when Henry was injured in the bombing.

She withdrew and took incompletes in her coursework.  She didn't go back for several years.

Marcia felt like her life stopped for several years.

Marcia still talks to Henry's parents and siblings.  She still feels a duty to them and still

sees herself as their daughter-in-law.  She tries to help Henry's family when she can.  Marcia and

Henry had talked about starting their own family before the bombing.

Marcia has been to the Beirut Memorial.

Marcia would like to see the people who planned the bombing held accountable.  Henry

joined the Marine Corps because he wanted to protect his family and serve his country.  He was

in Beirut to try to keep the peace there and not to fight a war.

Marcia hopes Iran will stop bombing Americans and realize that bombing people is

crazy.  Henry was a great person and would have been a great father.  Marcia hopes he is not

forgotten.

## VALERIE TATUM

Valerie Tatum was the sister of Decedent Henry Townsend.  She described her brother as a solid student in high school.  He played football and ran track.  He worked a part-time job. Henry was in good health and was always in excellent shape.

Henry went into the Marine Corps right after he graduated from high school.  Henry's friends went into the Army and the Air Force, but Henry wanted to be a Marine.  Henry was excited to join the Marine Corps and Valerie believes he would have made a career of it.  He loved the Marine Corps.

Henry married a friend of Valerie's sisters shortly before he went to Beirut.  Henry had a daughter named Kiwana.

Valerie though that Beirut would be a normal tour for Henry.  She didn't think he would be in any danger.  She didn't expect that he would be taking part in a war.

Henry wrote letters home from Beirut.  Henry described being shot at.  He was lonely in Beirut.

Valerie remembers learning of the bombing from her mother.  She was still at home at the time.  Her mother was watching the news and was very upset.  Valerie went to church.  She prayed for Henry.  She prayed for the safety of the other Marines as well.  Valerie was shocked. She never thought something like a bombing would affect her family.

A couple of days later, Valerie and her family learned that Henry had been badly injured and was in the hospital in Germany.  Valerie's mother went to Germany to be with Henry.  She was there for almost a month.  Henry was sent from Germany to Bethesda Naval Hospital.  To Valerie's knowledge Henry still had not regained consciousness after the bombing.  Henry was there for three weeks before he died.  Valerie and her sister stayed at home.  They never got to

see Henry before he died.

Henry's death was devastating for Valerie's family.  She credits their faith in God for getting them through.  Valerie's other brother died only a year-and-a-half later in a motorcycle accident.  Their deaths have made Valerie realize how short life is and that she must make the most of the time she has.

Valerie's family has healed with time.  She hopes her family and the other families get some compensation out of this case.  She hopes the terrorists will stop bombing Americans as well.

## HENRY TOWNSEND, SR.

Henry Townsend, Sr., is the father of Decedent. Henry Jr. told his parents that he wanted to be a Marine and that he had made his own decision about it.  Henry Jr. loved the Marine Corps and said that if he had it to do over again, he would still be a Marine.

Henry Sr. was not happy to see his son going off to Beirut, but respected his decision to join the Marine Corps and serve his country.  He prayed for the best.  Henry Jr. wrote from Beirut twice a month.

Henry Jr. was injured in the bombing and hospitalized.  Henry's mother went to be with him.  Three days after she left for her second visit to see Henry, she called Henry Sr. and told him that Henry Jr. had died.

Henry Sr. was very close to his son.  Henry Jr.'s death has had a lasting effect on him. Everyone in the family was close to Henry Jr. and his death affected all of them terribly.  Henry Sr. still thinks about Henry Jr. often and goes to the cemetery when he can.

## LILLIAN TOWNSEND

Lillian Townsend was the mother of Decedent Henry Townsend.  Henry was Lillian's oldest child.  Henry was a good student.  Lillian believes that Henry wanted to be a career Marine.  Henry liked being a Marine.

Lillian was not very concerned about Henry's going to Beirut.  Henry wrote home often. Lillian found out about the bombing of the Marine barracks on October 23, 1983, from a neighbor.  The neighbor called her on the phone and told her about the bombing.  Lillian got no official word about Henry's condition for two or three days, when she found out he had been injured.

Lillian flew to Germany, where Henry was in a hospital, to be with him.  Henry was in a coma and never regained consciousness.

Henry's death has had a great impact on Lillian.  She has trouble putting into words how much it has affected her and her family.  It even affected Henry's cousins.

Lillian hopes she and her family can get some compensation for Henry's death out of this case.

## CYNTHIA GREEN

Cynthia Green is the sister of Henry Townsend.  Cynthia's family was close growing up. Cynthia and Henry were close and had a normal brother/sister relationship.  Henry was an average student.  He never talked about what he wanted to do when he was growing up but decided he wanted to be a Marine towards the end of high school.  Some of Henry's friends joined the Air Force and the Army.

Henry liked being a Marine.  He liked training.  He also liked to travel and meet different people.  Cynthia thinks Henry would have made the Marine Corps a career.

The thought of Henry going to Beirut was scary.  Henry didn't seem to be scared, though, even when he was over there.  Henry wrote home often.  In Henry's last letter, which his family received after the bombing, Henry wrote how much he was looking forward to coming home.

Cynthia and her family did not know whether Henry was alive or dead for a couple of days after the bombing.  She doesn't remember much about waiting those two days.

Henry sustained a bad head injury in the bombing, and to Cynthia's knowledge he never woke up.  He also had burns on his body.  She believes Henry lived long enough that most of these burns healed.  Cynthia's mother told her that Henry opened his eyes a couple of times, but he never really regained his senses.  Henry was in a hospital in Germany and eventually sent to a hospital in Maryland, where he died in December.  Cynthia never saw him alive after the bombing.  He is buried near his family's home in Alabama.

Henry's brother took his death particularly hard.  He died about a year after Henry's death in an accident.

Cynthia had wanted to enlist in the Air Force and make it a career, but after Henry's death, she no longer wanted to do this.  Cynthia's sister could not continue on with college after Henry's death and had to take several years off before going back.

Cynthia is from a small family.  Most of her aunts and uncles do not have children, so the loss of Henry and her other brother affected them all more.

Cynthia has put together a book of clippings about Henry for her children.

Cynthia hopes this case brings attention to the bombing and to her brother's memory.  Cynthia doesn't expect much to happen but she hopes that some good will come from this litigation.

8

## KIWANA DUNCAN

Kiwana Duncan is Henry Townsend's daughter.  Kiwana was born February 15, 1981.  She has no memories of her father.  She knows he was born in Alabama and can recall the day he was born but not the year.

Kiwana grew up in Montgomery, Alabama.  She grew up with her mother, aunt, and cousins.  She visited Henry's parents every other weekend growing up.

Kiwana was only two-years old when her father died.  Growing up, Kiwana was always aware that her father had died from injuries suffered in a bombing.  Her family told her how her father died.  She still feels she doesn't have a complete understanding of what happened to the Marines and her father in Beirut.

Kiwana has looked up her father and the bombing for background information.

Kiwana wishes she had memories of her father.  She only has stories that other people have told her.  She wishes her father had been around when she was growing up. Kiwana has a difficult time estimating the real impact her father's death has had on her because he was never around and she has nothing to compare her life to.  She wishes she at least knew whether her father would approve of what she has done with her life.

Kiwana keeps pictures of her father around.  She thinks about him every day.  She can see a resemblance.  She is close to her father's family.  Her grandmother has shared pictures of her father and stories about him.  They still keep newspaper clippings from the bombing.  They always speak of Henry positively.

## CONCLUSIONS OF LAW

1.      Wrongful Death.

The Plaintiffs have provided comprehensive testimony from the expert, Dr. Jerome Paige,

clearly detailing the loss of accretions to the estate of each person.  These calculations are detailed and supported by the evidence set forth in the report whose summary page is annexed to this report and have been established pursuant to sound guidelines without question.  The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the estate of Henry Townsend in the amount of **$3,066,242.00**.


2.      Survival Action-Pain and Suffering.

        This Court in *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25 (D.D.C. 2007), granted a baseline award of $5 million to individuals suffering such physical injuries as compound fractures, severe flesh wounds, and wounds and scars from shrapnel.  The Court was and is willing to depart upward from this baseline to $7.5–$12 million in more severe instances of physical and psychological pain, such as where victims suffered relatively more numerous and severe injuries.  *Id.* at 54.  These awards were not available to service members who died instantly in the blast, or for those for whom there was no evidence that they had survived the initial blast only to die before rescue.

        Here, Decedent lived for several weeks following the blast, albeit in a coma for much of that time.  While there is no ***testimony*** from the Decedent himself or from witnesses that he endured bodily pain after the attack and prior to his death, the medical records are clear that he was alert and cooperative – and then complaining only of minor pain – after having received significant medical attention for a skull fracture, a lacerated liver, severe burns, an absence of movement of the left leg, multiple abrasions and contusions, and multiple fractures to the legs.

        Most significantly, Henry had suffered a severe thorax injury and severe inhalation burn injuries that would ultimately prove to be fatal.  Chest tubes were inserted directly into his thorax

in order to help him breathe during this period when he was still conscious, alert, and (most likely stoically and bravely) complaining of only minor pain.

After transfer to medical facilities in Landstuhl, Germany, Henry suffered respiratory and cardiac arrest as a direct result of his inhalation burns and eventually lapsed into a coma for an extended period of time – nearly seven weeks – before his unfortunate death.

Indeed, prior to that death the Marine Corps and the Department of the Navy recognized Henry's grave condition and felt it appropriate he be granted a medical retirement. Coincidentally, the paperwork for that medical retirement was completed – and his date of retirement was effectuated – on December 2, 1983, the very day of his death.

While we do not know what subjective level of pain he suffered, it is incomprehensible that Henry – who in addition to several other wounds had suffered a severe inhalation burn, a fractured and  "depressed" skull, and severe internal blast injuries – did not experience severe pain and suffering after the attack and before his death weeks later.  The fact that his family incorrectly believed that he was rendered unconscious in the blast and never regained consciousness is not relevant in light of the clear-and-convincing medical evidence to the contrary.

Simply put, Decedent was alive and alert for some time after the attack in which he received severe and ultimately fatal injuries.  In light of these circumstances the Special Master finds it appropriate to recommend an amount two times the Court's baseline award for those individuals suffering severe wounds.

In accordance with the above findings, the Special Master recommends an award of **$10,000,000.00** for the pain and suffering endured by Decedent Henry Townsend.

3.        Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the Decedent by the actions of the Defendants and/or their agents.  The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the Decedent's comfort, support and society.  The unexpected quality of death and its emotional impact may be taken into consideration in gauging the emotional impact to those left behind.  In the present case, the impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010).  In accordance with that guidance the Special Master concludes as a matter of law that the following amounts are appropriate compensation:

Marcia Townsend-Tippett, spouse of Decedent, **$8,000,000.00**;

Henry Townsend, Sr., father of Decedent, **$8,000,000.00**;

Lillian Townsend, mother of Decedent, **$8,000,000.00**;

Kiwana Duncan, daughter of Decedent **$5,000,000.00;**

Valerie Tatum, sister of Decedent **$2,500,000.00**; and

Cynthia Green, sister of Decedent, **$2,500,000.00**.

**TOTAL DAMAGES:**                              **$47,066,242.00**

November 28, 2011                                    s/s Paul G. Griffin
Date                                                          Paul G. Griffin, Esq.
                                                                 Special Master