UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
        Plaintiffs

      v.                                                          Civil No. 1:07-cv-01302
                                                                    Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS XIII - XVI

### Gay, David (Deceased)

In accordance with the Order of Reference entered pursuant to the provisions of Fed.R.Civ.P. 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below. This is an action for wrongful death resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. David Dale Gay was born on November 9, 1961 in the United States of America and, as at birth, and so remained until his death, a citizen of the United States of America.

2. Gail Black has been duly appointed the personal representatives of the estate of David Dale Gay, Decedent, for the purpose of this lawsuit.

1

3.  On October 23, 1983, the Decedent was a member of the United States Marines having enlisted on September 2, 1980 and was stationed in Beirut, Lebanon.

4.  On October 23, 1983, the Marine Barracks building housing the Decedent's Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel, including the Decedent.

5.  As a result of the explosion, Decedent, David Dale Gay, suffered severe injuries which resulted in his death.

6.  The official service death certificate (Report of Casualty), admitted as an official record and marked as exhibit "2" at the depositions held herein indicated that the death of the Decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

7.  There is no evidence from which the Special Master can make a finding that the Decedent suffered bodily pain or suffering as a result of his injuries.

8.  As a result of the death of David Dale Gay, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life.  The said losses are the subject of a report under oath from Dr. Jerome Paige and are supported by Dr. Paige's testimony given in this matter by videotape.  The report and the supporting calculations have been reduced by Dr. Paige to present value in accordance with *District of Columbia V. Barritaeu*, 399 A. 2d 563(D.C. App. 1979).  Based upon the foregoing, the amount of loss to the estate is in the amount of **$2,955,735.00** as reduced to present value.

9.  As a result of the death of David Dale Gay, his family has suffered and will continue to suffer severe mental anguish and the loss of society.  The testimony has clearly established that

they have never recovered from the shock of their loss.  The emotional trauma they sustained is permanent and significant.

## **GAIL BLACK**

Gail Black is the widow of Decedent, David Gay.

David Dale Gay was born and grew up in Illinois.  Gail met David at Marine Base Twenty-Nine Palms, California in 1980.  They were stationed together and both attending Communications School in the Marine Corps.  David enjoyed the challenges presented to him in the Marine Corps.  David carried the radio and liked his job and solving the problems inherent to it.  David wanted to be a recruiter and a Staff NCO at some point.  They both intended to stay in the Marines for a long time.  He and Gail had long-term plans to leave the Marine Corps and get a place in the mountains.  They wanted to open their own store.  David wanted to be in charge.  He was a very energetic, capable person.

Shortly after Gail and David got married in December of 1981, David left on a "float," or deployment, and Gail didn't think he was in much danger as these deployments were common and necessary for training.  David's family was used to his being deployed for a lengthy period and then being home for 30 days or so as well.

David wrote letters while he was deployed.  The letters arrived somewhat infrequently.  David did write back that the Marines weren't allowed to load and fire their weapons.  He didn't tell his family about any of the dangers in Beirut.  He wrote that he missed Gail.  They were looking forward to seeing each other again.  Gail recalls that she had a couple of short phone calls with David prior to the bombing.  After the bombing, she called that number back for hours on end, hoping to get someone.

On October 23, 1983, Gail didn't have to go into work until noon. She was on her way out to church when her team members asked her if she had seen the news that morning. Gail turned on the television and saw the news about the bombing. Gail got dressed and went to work. As a communications specialist, she worked in the place that would be getting news about David before anyone else.

Gail wasn't allowed to see any of the Top Secret dispatches. She stayed at work from Sunday morning until Monday night. A captain called her on the phone and told her that she had to report to him. She left and went to his office. Gail thought it was strange that someone wanted her to report to an office at almost midnight on a Monday. When she arrived, the captain told her that her husband was missing in action. Gail was ordered to go home and not report back to work until further notice.

A week later, that same officer arrived at Gail's door and told her that David had died and his body had been recovered. The officer explained to Gail how she was going to get David's body back and what she needed to do to arrange for his funeral.

Gail was stunned and in denial. Gail is a devout Christian and had put her faith in God that nothing would happen to David. She never believed that he would be hurt or killed on his deployment. David had been a wonderful influence in her life. He had helped her get back in shape after she had miscarried recently before he deployed. Gail believes that she didn't know God's plan. Regardless, in six months, Gail had gone from happily married and expecting a baby, to being a widow.

Gail took thirty days off for mourning. She buried David and spent time with her family. Gail felt that she was married for life and didn't have any other plan. After her leave was up, Gail went back to the Marine Corps and worked 12 hours a day, 7 days a week until her

4

enlistment in the Marine Corps was up.

In the first year after David's death, Gail would sit in a room and talk to David as if he was there. She went to the Beirut Memorial every day. Songs on the radio and objects in her house would make Gail think of David. Gail still has rings and a necklace that David bought her, as well as their wedding pictures. Gail's other pictures of David were destroyed by water damage at a previous residence.

In 1984, Gail went back to school after the Marine Corps and became a teacher, something she had always wanted to do. She still teaches in North Carolina. Gail credits her church with providing fantastic support.

Gail still lives close to Camp LeJeune. She is still around Marines all the time and it reminds her of her life with David. She is constantly reminded of how her life changes just because some people wanted to blow up the building David was in.

Gail thinks it is important that the United States send a message to people in other parts of the world that they can't murder other groups of people just because they disagree with other's views. Political beliefs shouldn't be grounds for murder. Gail sees this as a moral imperative.

David agreed to put his life on the line like other Marines. But Beirut wasn't supposed to be a war. It was supposed to be more like a training exercise. David shouldn't have died there.

## **TIMOTHY GAY**

Timothy Gay is the brother of Decedent David Gay.

David joined the Marine Corps right after he graduated from high school. David felt it was important to serve his country. He was in communications once he passed basic training. David was a tough but upbeat guy. He liked the training and the challenges the Marine Corps

provided.

David intended to leave the Marine Corps eventually and go into a field with electronics and go to college. David was an above-average student. He didn't play sports because he was helping his father on the farm after school. The family lived on a rented farm in southern Illinois, but David wanted an industrial career. David was an outdoorsman. He enjoyed hiking through the hills of southern Illinois.

David was married shortly before he went to Beirut. Nonetheless, he was excited to go to Beirut. He liked the idea of a peacekeeping mission and wanted to help the people there. He also wanted to use his skills during the deployment.

Timothy was apprehensive about David's going to Beirut because he understood it was dangerous. Timothy talked to David while David was in Beirut. David talked about coming home. He was supposed to come home a month after he was killed. David sent Timothy letters from Beirut.

On October 23, 1983, Timothy was a little confused when he heard about the bombing. He wasn't sure exactly what had happened. He doesn't remember exactly where he was when he heard, but he started paying close attention to the news coverage.

David was listed as missing in action for three weeks. As the days went by, Timothy lost hope that his brother had survived the bombing. Timothy remembers that a chaplain and a service officer did visit his family.

The impact on Timothy's family over the years has been profound. Timothy's parents never got over David's death, nor did his wife, Gail. Timothy, David, and their brother Ronald's birthdays are all close together and it has ruined that time of year. Their father stopped hunting and fishing after David's death. Within two days of their father's death, he talked about how

much he missed David.  David's mother developed health conditions in the wake of David's death.  His parents lost the ability to take care of their farm.

Timothy has become a more serious person as a result of David's death.  He has a tough time enjoying holidays and especially his own birthdays.  Timothy makes a point of telling his children and grandchildren about David's sacrifice.  Timothy has become more conscious of the cost of liberty and what troops go through when they are deployed abroad.

Timothy has been to memorial services with his wife and daughter.  He has invited Marines into his house.  Timothy learned how well his brother was known at a local service in Illinois, when hundreds of people turned out.

Timothy thinks about David weekly.  He thinks about David when he's doing something David would have enjoyed and, of course, on the holidays.  Timothy is still angry that David was taken from him.  He is a part of this case because he believes there needs to be a record of his brother's death and the people who cause it need to be held accountable.  Timothy wants to make the terrorists care about what they have done.

Timothy sees a lot of David in his own grandson.  Even at age three, his grandson is a serious, determined and outgoing person and that reminds Timothy of David.

## **RONALD GAY**

Ronald Gay is the brother of Decedent, David Gay.

David joined the Marine Corps right after high school, in the summer of 1981.  As a child, David had wanted to become a Marine.  David had planned on getting out of the Marine Corps and working in a civilian job and have a family with his wife, Gail.

Ronald had reservations about David's going to Beirut.  His family knew that Beirut

wasn't safe and they didn't know what was going to happen to David.

David called from his ship. Ronald recalls that there were a lot of things they couldn't ask him, such as what the weather was like or what ship he was on. Once David got to Beirut, he wrote his family often. David described Beirut as a volatile, war-torn place. It frustrated David that the Marines had to walk around but couldn't do anything to improve the situation in Beirut.

David was a radioman in Beirut.

On October 23, 1983, Ronald recalls his sister had seen news about the bombing and told Ronald and his parents. They turned on the television and saw the devastation. Ronald felt like his heart had stopped beating. The news was difficult to watch. They all sat there stunned and looked at the wreckage and saw the bodybags. They prayed that David was not in one of those bags. They prayed that he would call and say he was alright. Ronald couldn't shake the feeling that something was very wrong.

Ronald and his family learned of David's death on October 31, 1983. He got to the bottom of the stairs and stopped when he heard the phone ring. He knew that that was the call. He heard his mother scream. He had never heard that before. David's parents were sitting on the couch, extremely upset. They were all devastated by the news.

Holidays have been particularly difficult for Ronald and his family since David's death. Family gatherings have never been the same. The sense of loss they all have can never be fixed. Ronald's parents grieved until the day they died.

Ronald was very close to David. They fished, hunted, and skated together all the time growing up. They went to the same high school. David never met Ronald's wife or his children. Ronald feels like he lost a big part of himself when David died. Ronald thinks about David every day. David's death will stay with him until he dies.

Ronald hopes some justice and accountability comes out of this litigation.  He wants to see the people who killed his brother held responsible for what they've done.  He wants this for his entire family.

David loved life.  He was a unique person.  Ronald still misses and loves David.  He still wonders what David would be doing today and how many children he would have if he had not been killed in Beirut.

Ronald wants the terrorists to know that they hurt his family irreparably.  Ronald wants them to know that he is not intimidated by them and he thinks they are cowards.  They will not get away with it and they will be held accountable.

## **REBECCA CORDELL**

Rebecca Cordell is the sister of Decedent David Gay.

Rebecca used to babysit David when they were growing up.  David was a wrestler in high school.  His health was always good when he was growing up.

David entered the Marine Corps after his senior year of high school.  David had talked about his desire to be a Marine for several years leading up to that.  Rebecca doesn't think David would have made a career of the Marine Corps.  While David was in the Marine Corps, he met Gail, whom he later married.  They had plans to leave the Marine Corps and have a family together.

David enjoyed the Marine Corps.  He was a radioman in the Marines.

Rebecca and her parents did not like the idea of David's going to Beirut.  She had seen on the news that there was a civil war going on and knew that it was not a good place to be.  She

understood, however, that Marines have to go where they are ordered.  Her family supported David.

David wrote to his family and they were always excited to hear from him.  Rebecca also talked to David on the phone several times.  David described Beirut to her and said he was upset about the situation.  He said Beirut was not a good environment for anyone and felt sympathy for the Lebanese who were suffering through the civil war.

On October 23, 1983, Rebecca got up as usual and turned on the television.  There was a special report on and the news was showing a crater, saying that hole was where the Marines had been.  Rebecca hoped that there was more than one building and that her brother was safe.  Rebecca ran to her mother and father's house.  They had not heard the news yet.

Seeing the news gave Rebecca the most horrible feeling.  Her parents tried to call Gail, David's wife.  She had been working in the communications center, but could not get in touch with Gail because the lines were busy.  In the communications center, Gail and the other Marines working knew there was something wrong when they lost communication with the Marines in Beirut.

That was the worst day of Rebecca's life.  Her parents were stunned and horrified.  They were in disbelief that the bombing had happened.  They felt helpless.  They sat in Rebecca's parents' house and talked, hoping David had been on leave or otherwise absent from the building.  Rebecca's family members sat up, in shifts, twenty-four hours a day, hoping to catch a glimpse of David on the news.

Rebecca found out on October 31, 1983 that her brother had been killed.  She had taken the kids out trick-or-treating.  She was walking down the driveway when she heard her parents' phone ring and her mother's screaming.

David's death has had a devastating impact on Rebecca's family. Her parents never expected having to bury one of their own children. They couldn't handle the media and Rebecca had to take care of interviews. That was the hardest thing she has ever done in her life. Rebecca's father took David's death especially hard. She caught him walking around in the backyard, staring at his hands. David's father felt he could have prevented David's death and he felt responsible for David's death. Rebecca's mother was withdrawn after David's death.

Any time the family was together, there was an empty place where David should have been. They had wanted to see David have children and watch those children grow up. They still miss David very much. The pain of losing David has never gone away. Rebecca still thinks about David every day. Rebecca feels like there's a hole in her heart.

David's death has permeated every facet of Rebecca's life. She still thinks about when she used to babysit David as a child. She will never recover from David's death. Rebecca has trouble sitting through the evening news and seeing reports on terrorism.

Rebecca is still mad that the peacekeeping force that David was a part of in Beirut was bombed. The terrorist leaders in Iran should cease their activities. Rebecca thinks they are probably crazy. David believed in his mission in Beirut. The last time Rebecca talked to David, his main concern was for the children in Beirut who had no one to take care of them and were starving to death. David had been trying to sneak them some rations. He couldn't figure out what the adults in Lebanon were thinking.

## **CONCLUSIONS OF LAW**

1.   Wrongful Death.

The Plaintiffs have provided comprehensive testimony from the expert, Dr. Jerome Paige, clearly detailing the loss of accretions to the estate of each person. These calculations are

**11**

detailed and supported by the evidence set forth in the report whose summary page is annexed to this report and have been established pursuant to sound guidelines without question. The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the estate of David D. Gay in the amount of **2,955,735.00**.

2.  Survival Action-Pain and Suffering.

There is no evidence from which the Special Master can conclude that the Decedent endured bodily pain and suffering after the attack and prior to his death because medical records for David Dale Gay detailing his injuries after the bombing could not be located. Gail Black, Personal Representative of David Dale Gay, indicated that she wished to have judgment entered without an award for pain and suffering.

3.  Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the Decedent by the actions of the Defendants and/or their agents. The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the Decedent's comfort, support and society. The unexpected quality of death and its emotional impact may be taken into consideration in gauging the emotional impact to those left behind. In the present case, the impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). In accordance

with that guidance the Special Master concludes as a matter of law that the following amounts are appropriate compensation:

>Gail Black, widow of Decedent, **$8,000,000.00**;
>
>Timothy Gay, brother of Decedent **$2,500,000.00**;
>
>Ronald Gay, brother of Decedent **$2,500,000.00**;
>
>Rebecca Cordell, sister of Decedent, **$2,500,000.00**;
>
>Estate of Neva Jean Gay, mother of Decedent, **$5,000,000.00**; and
>
>Estate of David D. Gay, Sr., father of Decedent, **$5,000,000.00**.

**TOTAL DAMAGES:**                                                  **$28,455,735.00**

<u>November 30, 2011</u>                                             s/s Paul G. Griffin
Date                                                                 Paul G. Griffin, Esq.
                                                                     Special Master