UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
        Plaintiffs

    v.                        Civil No. 1:07-cv-01302
                                Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

**REPORT OF SPECIAL MASTER
PURSUANT TO ORDER OF REFERENCE
CONCERNING COUNTS V – VIII**

**Bailey, C. Keith (Deceased)**

      In accordance with the Order of Reference entered pursuant to the provisions of Fed.R.Civ.P. 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below. This is an action for wrongful death resulting from an act of state sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the Beirut, Lebanon United States Marine Barracks.

      The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

  1. C. Keith Bailey was born on January 22, 1964 in the United States of America and, as at birth, and so remained until his death, a citizen of the United States of America.

  2. Charles E. Bailey has been duly appointed the personal representatives of the estate of C. Keith Bailey, Decedent, for the purpose of this lawsuit.

3. On October 23, 1983, the Decedent was a member of the United States Marines having enlisted on September 22, 1982 and was stationed in Beirut, Lebanon.

4. On October 23, 1983, the Marine Barracks building housing the Decedent's Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel, including the Decedent.

5. As a result of the explosion, Decedent, C. Keith Bailey, suffered severe injuries which resulted in his death.

6. The official service death certificate (Report of Casualty), admitted as an official record and marked as exhibit "2" at the depositions held herein indicated that the death of the Decedent was due to a terrorist attack at Beirut, Lebanon on October 23, 1983.

7. There is no evidence from which the Special Master can make a finding that the Decedent suffered bodily pain or suffering as a result of his injuries.

8. As a result of the death of C. Keith Bailey, his estate suffered a loss of accretions to the estate which could have been expected to occur during the course of his anticipated life. The said losses are the subject of a report, submitted under oath from Dr. Jerome Paige, and are supported by Dr. Paige's testimony given in this matter by videotape. The report and the supporting calculations have been reduced by Dr. Paige to present value in accordance with *District of Columbia V. Barritaeu*, 399 A. 2d 563 (D.C. App. 1979). Based upon the foregoing, the amount of loss to the estate is in the amount of **$820,895.00** as reduced to present value.

9. As a result of the death of C. Keith Bailey, his family has suffered and will continue to suffer severe mental anguish and the loss of society. The testimony has clearly established that

they have never recovered from the shock of their loss.  The emotional trauma they sustained is permanent and significant.

## CHARLES E. BAILEY

Keith was a good student.  He could have done very well if he had had the chance to settle down and concentrate.  He played almost every sport offered to him and was well liked.  Keith enjoyed life.

Keith liked to do things that were difficult.  When Keith was a senior in high school, recruiters came to his high school and talked to his class.  Keith was impressed by their talk and decided that he wanted to join the Marine Corps.

Keith's graduation from basic training was one of the proudest moments of Charles's life.  He enjoyed watching Keith march in the parade.  Keith was supposed to go into an administrative field, but Keith was reassigned and was supposed to learn on the job instead of taking classes on what he was supposed to do.

Keith loved the Marine Corps.  Charles isn't sure whether Keith was going to make the Marine Corps a career.  Charles is confident that Keith wouldn't have had trouble going to college, if he had chosen to leave the Marine Corps.

Charles was concerned about Keith's going to Beirut because he understood that Lebanon was in the middle of a civil war and the Marines would be in the middle of it.  Charles followed the events in Lebanon on the news.  While Keith was in Beirut, Charles would receive weekly letters which he still has.  In those letters, Keith held back details that would have upset his parents and sister.  Keith was in an administrative role in Beirut.

Charles was working around his house when he heard about the bombing. He and his family hoped that Keith had been jogging or otherwise out of the barracks when the bomb went off. About three days after the bombing, Charles found out Keith had died. A Navy chaplain and a captain from the Marine Corps came to his house to inform them Keith was dead.

The time leading up to Keith's funeral was the roughest time of Charles's life. Keith was his only son and his death changed their entire family. They had always expected to have Keith around. Over time, the pain of not having Keith around has not gotten better. Charles has just learned to live with it. He thinks about Keith almost every day.

Charles and his wife still talk to the families of the other Marines. Now that some of the family members are passing away, he doesn't keep in touch as much as he used to.

Charles hopes that this litigation makes the people who perpetrated the bombing reflect on their actions. He can't understand why those people perpetrated the bombing and thinks they must not value life.

## **VINA BAILEY**

Vina Bailey is the mother of Decedent Keith Bailey. She describes Keith as a fun-loving child. He made everyone around him happy. He had a great smile. If Vina had a bad day at work, Keith could always cheer her up. Keith was a good student from kindergarten through the tenth grade. He lost interest in school around then and wanted to get a car. Keith's counselor told Vina in the eleventh grade that Keith was having problems in school. Keith told his parents that he had gotten himself into trouble and he would get himself out. Keith drove to summer school and then to work every day and made up the difference so he could graduate with his class.

When Keith wasn't working, he was at a ballgame, or surfing or playing tennis. He didn't want to waste a moment of his time. He had a paper route by the age of eleven. He had a job at a garage at age fourteen and met a lot of state troopers. He seemed to get along with everyone well. Some of those state troopers had been Marines. Vina thinks that Keith's interest in joining the Marine Corps came partly from talking to those state troopers.

Going into Keith's senior year of high school, his parents put pressure on him to decide what he wanted to do after high school. They wanted him to go to college or at least have a plan. Vina wanted him to look at colleges. Around the middle of the school year, Keith started talking seriously about joining the Marine Corps. Keith started receiving information from recruiters around that time as well. One of those state troopers Keith knew told Vina that he hoped he hadn't influenced Keith too much, but he was proud that Keith was going to join the Marine Corps. Vina had nephews and other relatives who had been in the Navy and she would have preferred Keith join the Navy.

The recruiter had told Keith that he could be picked up from his parents' house, but Keith didn't want to do that. He asked Vina if she would drive him to the recruiter on the morning he was supposed to leave. Vina and the rest of a family went to Keith's graduation and Vina was very proud watching Keith march on the parade deck.

Not long after Keith graduated from basic training, he went to Beirut. Keith had deferred his date of entry into the Marine Corps until the end of the summer. He had entered the Marine Corps in September of 1982 and left for Beirut in February 1983. Keith's orders to go to administration school had been mixed up and he was sent to infantry school. He wanted his parents to find out what had happened. Vina called a family friend and explained the problem.

Someone from the Pentagon called Vina back and said the problem was corrected. Keith was sent back to Parris Island.

By that time, Keith had missed his enrollment and was sent to another battalion to begin training with them. They promised him that he would go to the administration school the next time around. A few weeks later, Keith called and told Vina that he was shipping out and going on a deployment in the Mediterranean, called a Med Cruise. Keith was supposed to get on-the-job training while he was over there. Three of Vina's relatives had been on Med Cruises and had talked about how nice they were. She wasn't worried until she found out he was going to Beirut.

Vina had not been following events in Beirut. As she learned more, she became more apprehensive. Keith had been in Beirut for only a couple of months before the situation started to deteriorate. Keith did get to go to France on leave. Keith called his parents and they wired him some money because he was short. One of the Marines drowned while Keith was on leave in France.

Once back in Beirut, Keith started sending his family letters detailing how the situation was deteriorating. One time on guard duty, an artillery round landed near him but didn't explode. Keith also told his parents that the Marines were not allowed to shoot back. Keith told his parents that he thought their mail was being monitored.

Vina remembers seeing a bulletin on the TV that the Marine Barracks in Beirut had been bombed. Vina got her husband, Charlie, and Vina's mother drove over a half-hour later. From 6:30 A.M. until three days later, they didn't know if Keith had survived. They knew that the administration of the Marine Amphibious Unit was in the barracks and that if he had been in the barracks, Keith would have been killed but they hoped Keith had been packing things and taking them to the ship or otherwise out of the barracks when the bomb went off. Keith had detailed the

**6**

things he would do to try to get out of the barracks as much as he could. He would jog, do laundry, or take any excuse to go back to the ship.

The days between the bombing and when Vina found out Keith was dead were very long. Waiting with no news was very difficult. Vina and Charlie called the 1-800 number to try to find out what happened to Keith, but they couldn't get any information. Vina knew that if Keith wasn't hurt, that he would have called to let his parents know he was alright.

The Marines sent a chaplain and a bereavement officer to help the Baileys make arrangements. Keith had been one of the first bodies found. The officer took the Baileys to Dover Air Force Base to claim their son's body.

It has been over twenty-five years and Vina still can't talk about it without crying. She remembers how fun loving Keith was and how good he was with children. Keith would have been a great father and a great uncle.

Vina has stayed in contact with the families of other Marines through the Beirut Veterans of America and the Root Group. She has been to Jacksonville, North Carolina to ceremonies for the Marines. They have lost contact with some families because some of the family members are getting older and passing away.

Vina wants to know why the Marines' lives were taken. They were in Beirut on a peacekeeping mission, to try to stop the bloodshed in Lebanon. Vina doesn't see the point in the violence. She thinks someone should answer for the Marines' deaths.

## **KAREN LYNN COOPER**

Karen Lynn Cooper is the brother of Decedent Keith Bailey.  She is a full-time nursing student.  she is married and has two children Emylee and Andrew who never had the opportunity to meet their Uncle Keith.

Karen remembers that Keith was very popular in school.  He was involved in sports and music and liked trying new thing.  Keith had had a job since he was fourteen years old.  Keith's grades suffered because he had so many extracurricular interests.  He joined the Marine Corps after high school.  His family thought he was kidding when he came home one day and told them he was enlisting.  It was very unexpected.  He had not mentioned to his family that he wanted to join the Marine Corps or any other branch of the service.

Keith wouldn't have had a problem getting a job.  Karen believes Keith didn't know what he wanted to do with his life.  Keith wanted to get college credits while in the Marine Corps to get an idea of whether he wanted to go to college.

Karen and her parents and grandmother drove to Parris Island for Keith's graduation from basic training in the summer of 1982.  Keith was positive and upbeat about being a Marine.  He liked what he was doing.  He was also enthusiastic about his deployment to Beirut.

Keith was in communications.  Karen remembers that Keith was supposed to be in communications during his deployment.

Keith probably would have gotten out of the Marine Corps after four years.  Karen thinks he would have liked to have a family.  He would have gone to college after getting out of the Marine Corps.

Karen found out Keith was going to Beirut about six months after Keith's graduation from basic training.  Karen was only fifteen months younger than Keith and was seventeen at the

time.  She and her parents were apprehensive about Keith's going to Beirut.  Karen grew more fearful when she watched the news while Keith was in Beirut.  They could see the situation deteriorating.  They also knew that Keith wasn't totally forthcoming in his letters home.  He would rewrite sentences in his letters to put a more positive spin on events in Beirut.  They knew Keith was dedicated to his job.  Karen thinks she talked to Keith once on the phone.

The mail from Beirut was delayed.  Sometimes Karen and her parents would get a few letters at a time.  He routinely wrote to them at least once a week.

Karen found out about the bombing when she woke up on October 23, 1983.  She was still living at home with her parents.  For three or four days, Karen and her parents hoped that Keith was alive.  They knew that he jogged in the mornings and they hoped that he was out running when the bombing happened.  They found out later that he had not gone jogging that morning.

Keith was one of the first fourteen bodies found and brought back to Dover Air Force Base.  A chaplain drove to Karen's parents' house and told them Keith had been killed in action.

Karen and her parents get letters from an organizations of Beirut families.

Karen thinks about her brother every day.  She thinks about how her brother would interact with her children and wishes he could have had a family of his own.  Keith's death has changed Karen's life.  Keith always did what he wanted and Karen is sure that he would have been successful with whatever he decided he wanted to do with his life.

Keith is irreplaceable to Karen and her family.  She wants to know why the terrorists in Iran felt they had to bomb the Marines who were there on a peacekeeping mission.

## **CONCLUSIONS OF LAW**

1.     Wrongful Death.

The Plaintiffs have provided comprehensive testimony from the expert, Dr. Jerome Paige, clearly detailing the loss of accretions to the estate of each person.  These calculations are detailed and supported by the evidence set forth in the report whose summary page is annexed to this report and have been established pursuant to sound guidelines without question.  The Special Master concludes as a matter of law that judgment should be entered for this element of damages for the estate of C. Keith Bailey in the amount of **$820,895.00**.

2.     Survival Action-Pain and Suffering.

There is no evidence from which the Special Master can conclude that the Decedent endured bodily pain and suffering after the attack and prior to his death because medical records for C. Keith Bailey detailing his injuries after the bombing could not be located.  Charles E. Bailey, Personal Representative of C. Keith Bailey, indicated that he wished to have judgment entered without an award for pain and suffering.

3.     Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the Decedent by the actions of the Defendants and/or their agents.  The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the Decedent's comfort, support and society.  The unexpected quality of death and its emotional impact may be taken into consideration in gauging the emotional impact to those left behind.  In the present case, the impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010).  In accordance with that guidance the Special Master concludes as a matter of law that the following amounts are appropriate compensation:

Charles E. Bailey, father of the Decedent, **$5,000,000**;

Vina Bailey, mother of the Decedent, **$5,000,000**; and

Karen Lynn Cooper, sister of Decedent, **$2,500,000.00.**

**TOTAL DAMAGES:**                                              **$13,320,895.00**

December 8, 2011                                                s/s Paul G. Griffin
Date                                                            Paul G. Griffin, Esq.
                                                                 Special Master