UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
        Plaintiffs

    v.                                  Civil No. 1:07-cv-01302
                                          Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

**REPORT OF SPECIAL MASTER
PURSUANT TO ORDER OF REFERENCE
CONCERNING COUNTS LXXXVII**

**Hollis, Glenn**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional and physical damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. Glenn W. Hollis was born July 1, 1963, in the United States of America and has

been at all times throughout his life a citizen of the United States of America.

2. On October 23, 1983, Glenn W. Hollis was a member of the United States Marine Corps and was stationed in Beirut, Lebanon.

3. On October 23, 1983, the Marine Barracks housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4. The following testimony clearly establishes that the victim and his family have never recovered from the effects of the Marine Barracks Bombing on October 23, 1983. The emotional trauma they sustained, as well as the physical injury sustained by Glenn W. Hollis is permanent and significant.

### **TESTIMONY OF GLENN W. HOLLIS**

Glenn and his sister, Jane, grew up in Brockton, Massachusetts. Their father was a carpenter. They were a normal, churchgoing family. Glenn played baseball and football at Brockton High School. He was an average student. When he turned seventeen, he joined the Marine Corps. Glenn was a healthy, normal teenager.

Glenn had wanted to join the military growing up. Originally, he wanted to join the Coast Guard, but a Marine Corps recruiter convinced him that the Marines would be more exciting. Glenn joined the Marine Corps intending to make it a career.

Glenn graduated from basic training at Parris Island and went to truck-driving

school. Glenn was excited to be deployed to Beirut. It was his first deployment and he was excited to use his skills and not just be stuck on the base training all the time.

Glenn's family was apprehensive about his going to Beirut and were worried that he would be in danger. Glenn wrote home about once a week.

October 23, 1983, was a Sunday. Glenn and the other Marines were allowed to sleep in. The explosion from the truck bomb going off in the barracks threw Glenn out of his bed. Glenn had been sleeping in the motor pool, right beside the barracks. The scene there was chaos. The Marines were in shock and no one knew what was going on.

Glenn and the other Marines spent the next four days loading bodies onto trucks and taking them away. By the second day, they were being relieved by Navy personnel and could get a meal and a shower. One of the Medevac pilots took Glenn's information and let his parents know he was alive. Glenn didn't talk to his parents for six days after the bombing. Glenn's mother cried when she heard his voice on the other end of the phone.

Glenn still thinks about the bombing every day. He thinks he has fared better than many of the other Marines. The bombing changed how Glenn viewed the world. Glenn was more reckless after the bombing. When Glenn got back, he didn't feel like he fit in with his friends anymore. When he went home and played softball with them, he couldn't wait to get back to the base and be around other Marines again.

Regardless of Glenn's desire to be around other Marines, his desire to conform with the other Marines on base waned. He stopped shining his boots regularly and didn't make sure his uniform was always pressed and crisp. He, along with some other

Marines, collectively earned the title "shitbirds." Glenn was frozen in rank. Without the prospect of advancement, Glenn decided not to re-enlist. He was honorably discharged as a lance corporal.

Since leaving the Marine Corps, Glenn framed houses for several years. He then bought an inn and sold it seven years later when his wife got sick with cancer in 2003. He took a job as a property manager so he could spend more time with his family. He is still a property manager at an apartment complex.

Glenn's emotional problems have gotten worse over time, particularly in 1996, the year his father died. Glenn finally went to the doctor because he was having trouble sleeping and eating. His doctor told him that he had never let go of what happened in Beirut and that, plus his father's death, was contributing to his problems. Glenn doesn't feel like he has had a good night's sleep since the bombing. His sleep is restless and uncomfortable. He feels like he can't turn his mind off.

Glenn was very upset by the 9/11 attacks. The smells from Beirut came back to him. Since those attacks, he has been unable to talk to one of his friends, who was in Beirut with him.

Glenn will never forget the bombing. It has shaped how he sees the world. It has influenced his relationships with people. After the bombing, Glenn was a jerk to people. He couldn't focus on anything. He credits his wife with helping him change for the better. She provided support and understood Glenn, especially after meeting other Marines at a Beirut Veterans event. Glenn has had more trouble since his wife died of cancer. He could not bring himself to go to the 25th Anniversary ceremony at Camp

LeJeune alone.

Glenn still keeps in touch with his friends from the Marine Corps.  They surprised him by bringing a color guard to his wife's funeral.  They talk every few months and keep in touch on Facebook.  Glenn has also gotten back in touch with his childhood friend, to whom he had trouble relating in the years after the bombing.  Glenn does have trouble making new friends, though.

Glenn has refused any mental-health therapy as he fears it displays a sign of weakness.  He has found it difficult to put into words what happened in Beirut, at one time answering a question as follows: "[I'm] not sure how you express in words being a 20-year old – one day keeping peace – and the suddenly spending weeks digging out your 'brothers'' body parts!!!"

Glenn hopes this lawsuit punishes Iran and holds them responsible for bombing the Marines.  He wants Iran to understand that they have to be responsible and accountable for their actions.

## **TESTIMONY OF JANE COSTA**

Growing up, Jane and Glenn were close.  They enjoyed camping together and bicycling.  Glenn was a good student.  School came easily to him and he didn't have to study to get good grades.  Glenn had worked in a lumber yard and had helped his father with roofing jobs in the summer time.  Glenn graduated from Brockton High School and joined the Marine Corps that summer.

Glenn seemed to enjoy the Marine Corps.  Even when he had a long day, he never

talked about leaving the Marine Corps and he never said he wished he hadn't joined.

Jane didn't think of Glenn's deployment to Beirut the way she thinks of people going to Iraq now.  She didn't think of the danger.  She thought he would be over there for a short while and then come back.

On October 23, 1983, Jane had just gotten home from nursing.  Her mother had gotten a call about the bombing.  They knew the barracks where Glenn was staying had been bombed.  They didn't know if Glenn had been in the building when it was bombed.  They had to wait for three days before they found out Glenn had survived.  Jane couldn't take off of work because she was a nurse, but her parents stayed home and waited by the phone.  Glenn had been in his truck.

Glenn was much quieter when he came home.  He didn't want to talk about anything.  It seemed like Glenn was in a different place.  Glenn had trouble sleeping.  He seems to be better now than he was right after the bombing.  Glenn can function normally on a daily basis.

Jane thinks the bombing of the Marines in Beirut was particularly unfair because the Marines were there in the first place to try to help the people there.  Jane still thinks highly of Glenn and they still talk every day.

## CONCLUSIONS OF LAW

1.   Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Glenn Hollis suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents.  This court offered guidance in determining awards for pain and suffering in these cases

in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). In accordance with that guidance the Special Master concludes that Glenn Hollis is entitled to **$1,500,000** in compensatory damages due to the demonstrated emotional injury caused in the Marine Barracks Bombing.

3. Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the decedent by the actions of the Defendants and/or their agents.

The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is an item of damages which belongs to the individual heirs personally for the injuries to the feelings and the loss of the victim's comfort, support and society.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). In accordance with that guidance the Special Master concludes as a matter of law that the following amounts are appropriate compensation:

Jane Costa, sister of Glenn Hollis, **$2,500,000.00**; and

The estate of Ann Hollis, wife of Glenn Hollis, **$4,000,000.00**.

**TOTAL DAMAGES:**                              **$8,000,000.00**

December 8, 2011                                s/s Paul G. Griffin
Date                                            Paul G. Griffin, Esq.
                                                Special Master