**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
          Plaintiffs

      v.                                 Civil No. 1:07-cv-01302
                                          Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
          Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNTS LXI – LXIV**

**Bragg, Robert**

      In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional and physical damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

      The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. Robert D. Bragg was born February 24, 1964, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2. On October 23, 1983, Robert D. Bragg was a member of the United States Marines and

was stationed in Beirut, Lebanon.

3. On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4. The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983. The emotional trauma he sustained is permanent and significant.

## TESTIMONY OF ROBERT D. BRAGG

Robert Bragg was born in Wilmington, Ohio. His father was a truck driver and his mother was a homemaker. He has four brothers and two sisters. Robert spent most of his childhood in the mountains of West Virginia. He had a good childhood and nothing out of the ordinary happened to him. Robert was an average student. He played football and enjoyed hunting and fishing. He was always in good health.

Robert always wanted to be a Marine. His friends were enlisting in the Army or the Navy and he wanted to do something different. He enlisted August 8, 1981. His older brother was also a Marine.

Robert was a radio operator and a field wireman. Robert enjoyed being a Marine.

Robert was excited to deploy to Beirut. He wanted to use his skills and travel abroad. Robert's family wasn't very concerned before he left, but after he arrived in Beirut, they became concerned for his safety. Robert wrote home twice a week. Robert's family had been seeing news reports that the situation in Beirut was deteriorating and they wrote back, expressing their

concern. Robert's mother, specifically, was worried about the sniper fire. Robert tried not to worry his family with what he put in his letters.

Robert and fellow Marine Mark Bartholomew had been on duty from midnight until six in the morning on October 23, 1983. They had gotten off duty and were going to eat breakfast. The Marines had taken incoming mortars the night before and when the bomb detonated in the Marine Barracks, Robert thought it was a mortar round that had landed close by. He went outside and looked in the direction of the explosion. He saw that the barracks had been demolished.

Robert and the other Marines didn't know if that was the end of the attack. They grabbed their weapons and began moving to defensive positions. The Marines then moved up to the barracks and began digging through the rubble. Robert did that for four or five hours. The two communications vehicles that had been next to the building had been destroyed. They were the Marines' link to the rest of the world. Robert began rebuilding the communications systems on the trucks.

Robert and many of the other Marines who had survived were listed as missing in action for days because of poor communications following the bombing. Robert's family found out he was alive when the surviving Marines were allowed a two minute phone call home, several days after the bombing.

Robert got home in early December. He recalls eating Thanksgiving dinner aboard ship. Robert was deployed two more times, once to the Mediterranean and once to Norway. He left the Marine Corps in 1986.

Robert had been hit with shrapnel three times. He had it lodged in his boot and over his chest in his flak jacket. He considers himself one of the luckiest men in the field that day.

Robert developed post-traumatic stress disorder from the bombing, however. He was diagnosed at his local health clinic five years before the deposition and takes the medication Paxil daily. Robert can't be around crowds of people and can't walk around tall buildings. In fact Robert has trouble looking up at tall buildings.

Robert is constantly on the lookout for people abandoning briefcases or packages in public. One time, three months after Robert got out of the Marine Corps, he was working in a store and a man set down his briefcase and walked out. Robert thought he was trying to blow up the store and chased the man down with the brief case. Robert has trouble going far from home and especially taking vacations. He has made it to a couple of remembrances.

Robert can't be around fireworks displays. One night, during a fireworks display, he tried to drag one of his sister's friends under a car. Gunshots and car backfires that he's not expecting give him flashbacks. Other triggers for his flashbacks are smells. If Robert smells something that reminds him of Beirut, he is instantly back there. The smell of sewage or the explosive that he used while working construction have that effect.

The first bad flashback Robert had was about four years after the bombing, when he was working his construction. His crew hit an underground power cable and blew a transformer. Robert hit the ground, terrified. Robert had to take the rest of the day off.

Robert expected a terrorist bombing for years. He was surprised at the method al Qaeda used to bring down the World Trade Center, but he was not surprised that it happened. That bombing brought on flashbacks.

Robert feels guilty for making it back, when so many Marines who had wives and families didn't. He feels bad that those children had to grow up without fathers.

Robert still keeps in contact with his friend Mark Bartholomew. They call at least once a

week and get together a couple of times a year.  One of the first things they inevitably talk about is the bombing.  Robert thinks about the bombing every day.  Robert thinks he drinks a lot more than he otherwise would have.  His symptoms seem to have gotten worse since the bombing.  Robert was suffering from PTSD for years before he considered going to a doctor about it.

   Robert wishes there was a way to punish the people who carried out the attack on the barracks.  He would like to personally kill the person who gave the terrorists money to carry out the bombing.  He hopes the people who planned the attack go to hell.

## **CONCLUSIONS OF LAW**

1.   Pain and Suffering.

   The above testimony as well as other admitted evidence clearly indicates that Thomas Rutter suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents.  This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.).  The Special Master concludes that Robert Bragg is entitled to **$1,500,000** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

**TOTAL DAMAGES:**          **$1,500,000**

<u>December 13, 2011</u>                               s/s Paul G. Griffin
Date                                                  Paul G. Griffin, Esq.
                                                      Special Master

5