**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
    Plaintiffs

    v.          Civil No. 1:07-cv-01302
             Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
    Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNTS CCV – CCIX**

**Dudley, Richard**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1.   Richard Dudley was born Feb 21, 1938, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2.   On October 23 1983, Richard Dudley was a member of the United States Marine Corps, having enlisted in 1958, and was stationed in Beirut, Lebanon.

3.   On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut

was attacked by a suicide bomber who was driving a truck which penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4.   As a result of the explosion, Richard Dudley suffered emotional trauma which has consequently affected his emotional well being to this day.

5.   The following testimony clearly establishes that the victim and his family have never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma they sustained, as well as the physical injury sustained by Richard Dudley, is permanent and significant.

## **RICHARD DUDLEY**

Richard Dudley retired as a Sergeant Major from the Marine Corps after serving for 28 years.

Richard Dudley was born in Camden, New Jersey in 1938.  Richard graduated high school and attended one year of college at Rutgers and got a certificate from Fort Union College in Virginia before joining the Marine Corps in 1958.

Richard had not done very well in college.  He studied animal husbandry, but chemistry and biology were not his strong suits.  After leaving college, Richard and his older half brother went into business together running a dairy farm.  Richard discovered that he just didn't enjoy agriculture.  Richard's older half brother had been a Marine in WWII, and that influenced Richard's decision to join.  Richard's brother encouraged him to join the Marine Corps.  Richard looked into the Marine Corps and thought he would like it.

Richard didn't have a plan for his life.  As a result of his experiences at Fort Union

College he knew he functioned well in a military environment.  After Richard's first four years as a Marine he realized he was doing well and he wanted to make the Marine Corps his career.

Richard was an artilleryman, meteorologist, and surveyor in the Marine Corps.  He was also an operations NCO.  Richard served in Vietnam in 1966 as an advisor to Vietnamese forces. When he returned to the US in June of 1967, he was a drill instructor at Parris Island.  After a deployment to Okinawa, he was again a drill instructor, this time at Officer Candidate School in Quantico, Virginia.

Prior to Richard's deployment to Beirut in 1983, he had no psychological problems. Aside from mild hypertension, Richard was in excellent shape.  He ran regularly and met all the physical requirements of the Marine Corps.  He was already a Sergeant Major.

In November of 1982, the Second Marine Division Sergeant Major called Richard on the phone and told him that he needed a Sergeant Major as the permanent Sergeant Major with the 24th Marine Amphibious Unit, or MAU.  After a day of contemplation, Richard accepted the position.

Richard felt proud because he was being deployed and getting the chance to use his skills and his training.  Richard understood that his unit, the 24th MAU, was being deployed to Beirut to relieve the 22nd MAU.  The Marines were in Beirut on a peacekeeping mission.  The 24 MAU would be responsible for patrolling an area of Beirut and keeping the peace there.  The Marines knew they were only allowed to load their weapons when they left their compound.

As the Sergeant Major, Richard was responsible for the morale, discipline, and welfare of the enlisted Marines in the 24th MAU.  Richard oversaw the other NCOs and resolved any problems the First Sergeants encountered.  Richard's duties included the safety of the CO in Beirut, Col. Geraghty.  Richard rode with the Colonel to the U.S. Embassy and any other time

the Colonel left the compound.

On October 23, 1983, Richard woke up at 6:00 a.m., as was his habit, and went to the Combat Operations Center, which was next to the Battalion Landing Team Headquarters. He was drinking a cup of coffee and talking to the senior enlisted man on duty when the truck bomb went off in the BLT. The bomb blew out all the windows and most of the doors in the operations center. It even took out some of the door frames.

Richard's first thought was to find Col. Geraghty. Someone said they couldn't see the BLT. All the companies who were not on the perimeter had been in the BLT. The mess hall and the sick bay were also in the BLT. Richard ordered other Marines to grab sleeping bags and he got a jeep. He was using the jeep to take the wounded to the Marine Service Support Group (MSSG) building. Richard made many trips and cannot recall how many people he took from the remains of the barracks to the MSSG. The Marines had a charcoal cooker and used this to make stew from MRE's so the Marines digging out the wounded and dead would have something to eat. Richard recalls the Colonel was very upset.

Richard doesn't have a clear recollection of anything between the bombing and when then-Vice President George H.W. Bush and the Commandant of the Marine Corps arrived. The Marines toiled constantly, trying to free the wounded.

Richard recently applied to the VA for disability benefits. His wife and children talked him into it. He was constantly questioning whether he had done everything in his power to make sure the Marines in Beirut were protected. In Richard's view, he should have pressed the officers harder to allow the Marines to carry loaded weapons in the compound. Richard has feelings of inadequacy, especially at remembrances and ceremonies at the Beirut Memorial. He feels he let a lot of Marines die.

4

After the bombing, Richard heard negative comments about Col. Geraghty.  He feels that if other Marines believed Col. Geraghty was partially responsible for the bombing of the BLT, they must think he is to blame as well.  Richard feels that all the Marines were let down by their government.

Richard retired from the Marine Corps in 1986, on the same day as Col. Geraghty. Richard's mother-in-law was very ill and his wife had to take care of her.  Richard had just been assigned to Camp Lejeune and he knew that much of his life would be taken up by travel if he accepted his orders.

After his retirement, Richard worked for the county he lived in, coordinating veterans' services with the VA.  He worked in a similar capacity at Camp Lejeune at the same time.

Richard would have gone to Iraq if he could have.  His age and poor eyesight prevented him from doing this, but he would have accepted a position with Blackwater if he had been capable.  He would have done it out of a sense of retribution.  Richard has brought this claim because he feels someone should pay for the deaths of the Marines in Beirut in 1983.  Richard hopes someone will hold Iran accountable for their actions in Lebanon.

Richard wants the Iranians to know that payback is hell.

## **GINGER TUTON**

Ginger is Richard Dudley's youngest daughter.  She was born in 1965 and was in high school when Richard was in Beirut.  Ginger is a CPA/MBA and an instructor at Coastal Carolina College.

Ginger's family was close knit when she was growing up.  She doesn't remember being disciplined as a child.  She and her siblings wanted to please their parents.  They had dinner every night together at six o'clock.  From the time Ginger was in middle school, her family lived

off base.  She thinks her father wanted her to have as normal a life as possible.

Ginger went to a specialized boarding school in high school for kids who are good at science and math.  She was having problems with her physics instructors one time and her mother was going to come visit her.  Ginger remembers her father calling home from Beirut to discuss the problem.

When Richard deployed to Beirut, Ginger understood that he was going on a peacekeeping mission and believed that he would be safe there.  If the Marines weren't allowed to carry loaded weapons, it couldn't be that dangerous she reasoned.

Ginger talked to Richard on the phone while he was in Beirut.  Richard wrote home as well.  He described people he met in Beirut.  He never gave his family the impression that he was in danger.

Ginger was asleep in her dorm in Durham, North Carolina on the morning of October 23, 1983.  Someone knocked on her door and told her that she had an emergency phone call from her mother.  Her mother told her that she was going to hear some scary stuff when she turned on the news.  Her mother already knew that Richard was alive.

Ginger did see the news and thought the coverage of the bombing was very scary.  Not knowing exactly what had happened was the worst part.

Ginger talked to her mother several times after that.  Richard didn't return home for almost a year after the bombing.  Richard doesn't talk about the bombing.

One of the other instructors at Ginger's school taught a course in terrorism recently and had one of the Beirut survivors speak to the class.  Ginger attended because she felt she should know what happened that day.  She didn't want to ask Richard about it because she knows it is not something he wants to talk about.

Hearing that Marine describe the rescue efforts – specifically, pulling Marines out of the building – was difficult for Ginger.  She doesn't want to think about her father's doing that.

When Richard does talk about the bombing and the other Marines who were there, he gets defensive.  Ginger thinks he believes he is being blamed for the bombing and the deaths of the other Marines.  Richard feels responsible for the deaths of the other Marines.  He thinks he could have done something to keeps the truck bomb from getting into the BLT.

Ginger wishes her father could talk about what happened in Beirut.  She knows her son would love to hear stories about Beirut from his grandfather.  She has told her son that there are some things grandpa doesn't want to talk about.

Ginger thinks her dad survives and deals with everything as well as he does because of her mother.  Her parents are best friends.

Ginger hopes this litigation holds someone accountable.  She hopes her father finds some closure.  She wants the people in Iran to know that the bombing has caused a lot of suffering and that they should stop undertaking acts of terrorism.  They are stealing happiness, peace and safety from the survivors, apart from the lives they take.


**SHERRY LATOZ**

Sherry Latoz is the daughter of Richard Dudley.  Sherry was born in 1960 at Camp Lejeune.  When Sherry was growing up, she remembers her father being gone often during the Vietnam War.  Sherry stayed home with her family in Jacksonville, North Carolina.  After Vietnam, the family moved to South Carolina, abroad for a tour of duty, and to Quantico.  Sherry went to college and lived in Georgia.  She was living in Albany, Georgia at the time of the attack on the BLT Headquarter.  She eventually moved back to North Carolina with her husband.

Sherry never considered her life abnormal when she was growing up.  Moving was part of her routine.  She grew up in areas with lots of other kids from military families who also switched schools often.  She didn't think it was out of the ordinary that her father was often gone when he was on deployment.

Sherry's family was very close when she was growing up.  Her father insisted on the family eating dinner together and discussing the day.  Even when Richard was gone on deployment, his presence was felt around the dinner table.

Sherry attended UNC Chapel Hill and graduated with a degree in economics.  She took a summer job in Georgia framing pictures and has been framing pictures ever since.  She owns her own framing business.

The Marine Corps was Richard Dudley's world.  He enjoyed the camaraderie and the teamwork.  He is a natural leader.  He always spoke highly of his men and he was very proud of them.  Richard saw the Marine Corps as a brotherhood.

Sherry was in college when Richard was deployed to Beirut.  Her sister had just gotten married and she was married just prior to the bombing.  Richard had been deployed many times, including multiple deployments to Vietnam.  Sherry wasn't very apprehensive about Richard's going to Beirut.  He had been on many deployments to the Mediterranean.  Sherry knew there was some violence in the region but she didn't think Richard was in danger.

Richard wrote to his family while he was in Beirut and Sherry got most of the news about Richard from her mother.  Sherry knew Richard was a Sergeant Major and knew he had a great deal of responsibility in Beirut.  Richard took his professional duties very seriously.

On October 23, 1983, Sherry and her husband slept in.  Around noon, Sherry and her husband still had not turned on the television.  Her mother called and told her about the bombing.

The first words Sherry's mother said were "Your dad's ok."  Sherry's mother had to explain that the BLT had been bombed in Beirut and told Sherry she needed to turn on the news.

When Richard returned from Beirut, he didn't discuss what had happened there.  He had not discussed his experiences in Vietnam either.  Sherry and the rest of the family accepted that he didn't want to talk about those topics and didn't bring them up.  If Richard heard other people discussing Beirut, though, or if he saw it on the news, he would become upset.  Sherry thinks part of the reason Richard didn't want to discuss his experience in Beirut was because he wanted to protect the privacy of other Marines and not expose the decision making of other Marines in the field to scrutiny.

Talking about the bombing is still not easy for Richard.  Richard still doesn't share a lot about his deployments with his daughters.

Richard did tell Sherry that if he hadn't have gotten up to get a cup of coffee with a friend, he would have been in the BLT when it was bombed.  That detail affects Sherry the most, knowing that, but for one small decision, Richard would almost certainly have died on that morning.

Sherry hopes her father gets some closure out of this case.  Richard feels that someone should pay for the bombing.  Sherry hopes that the terrorists learn from this case that Americans believe that people should be held responsible for terrorist acts and we don't let people get away with bombing Americans.


### CYNTHIA BLANKENSHIP

Cynthia Blankenship is the daughter of Richard Dudley.  Cynthia was born in Camp Lejeune in 1962.  Cynthia recalls thinking her childhood was normal.  Her parents had rules and

she learned to push herself in school.  She always had a great deal of self-discipline.  She remembers family vacations fondly.  Cynthia felt that college wasn't pushing her and she wanted a challenge.  Cynthia joined the Air Force in 1982.  She spent almost six years in the Air Force as a computer operator.

Cynthia remembers her father telling her mother that he would be deployed to Beirut at some time in 1983.  Deployments were normal and Richard had been deployed many times.  While Richard was gone on deployment, the rest of the family went about their lives.  Beirut was supposed to be a peacekeeping mission and Cynthia didn't think that sounded very dangerous.  Indeed, Richard didn't seem apprehensive.

Cynthia knew Richard was the senior enlisted man in Beirut, but didn't know what that meant at the time.

Cynthia was stationed at Seymour Johnson Air Force Base on October 23, 1983.  Cynthia woke up at 6:30 a.m. to get ready for work and heard a news report about the bombing.  She went to the kitchen and called her mother.  Her mother had not heard about the report yet.  Cynthia couldn't get any more information, so she showered and went to work.  Her squadron leader met her at work and asked her if she was alright.  She said she needed to work.  Cynthia worked her Sunday shift and talked to her mother in the afternoon.  By that time, her father had gotten word to her mother through a reporter that he was alright.

Cynthia felt numb until she found out her father was alive.  She began to feel a great deal of concern once she sat down and thought about the bombing.  Cynthia didn't understand how bad the bombing had been until she saw pictures.

Richard has said very little about the bombing.  He did say that he was not in the building, but was sitting on a cot, drinking coffee in a tent.  The blast threw him across the tent.

He got up and ran to check on the Colonel.  Then he got a jeep and when he looked up, he realized he could see the airport, which should have been blocked from view by the BLT.

Richard realized that he was vulnerable as a result of the bombing.  That he couldn't fight back bothered him.  Being shot at and shooting back would not have bothered him.  Being bombed was different.

Cynthia hopes her father gets peace of mind out of this case.

## SCOTT DUDLEY

Scott Dudley is the son of Richard Dudley.  Richard was a Marine when Scott was born. Scott thinks his father wanted to serve his country and probably also liked the lifestyle in the Marines.  Richard intended to be a career Marine.  Scott is in the Army himself.

On October 23, 1983, Scott was thirteen years old.  Scott is old enough that he remembers the Beirut bombing and knew something was wrong at that time.  He remembers his mother's reaction and hearing about it on the news.  Richard was the highest ranking enlisted man in Beirut.  Scott remembers that for some time after the bombing, he didn't know whether his father was alive.

Scott watched news about the bombing constantly in the days after.  It was a constant reminder that his father might not be alright.  Scott had a sense that something was wrong.

Scott's sisters were out of the house in 1983.  Scott's mother tried to keep everything normal in the home.  She was obviously scared and thinking about Richard.

Scott's mother got a call from Richard.  He said he was alright.  He returned home soon after that.  Seeing him in person was the only thing that put Scott at ease.

Richard was relieved to be home with his family.  He tried to put his experience in Beirut behind him.  He tried to think about other things.  Scott has never talked to his father at length

about what happened in Beirut because he knows it is better to forget some things and not constantly relive them.

Scott still doesn't talk to his parents about the bombing.  The experience was hard for him because he didn't know if his father had been killed and because he had to watch his mother's reactions.  Richard has always been Scott's hero.  Wondering if he had been killed was very difficult.  Scott still wonders what he would have done if Richard had been killed.

Scott still thinks about the bombing every time he sees his father.  He thanks god that his father survived.  Scott wonders if his father realizes how much he would have been missed if he had not come back.

Scott doesn't think anyone ever fully recovers from an experience like the bombing. Knowing that so many of the people you have worked closely with have been killed and knowing the effect it has had on their families is too much to completely overcome.

For Scott, this case is about acknowledging that what happened in Beirut should never have happened.  It should certainly never happen again.  Scott wishes for all the families that the bombing had never happened.  Scott wants someone to be held accountable as well.

## TOLEDO DUDLEY

Toledo Dudley is the wife of Richard Dudley.  Toledo is from Jacksonville, North Carolina.  She met Richard Dudley when he was a Corporal.  She was working in a restaurant in Jacksonville.  Richard was a nice guy and they started dating.  At the time of the deposition, she had been married to Richard Dudley for 47 years.  Richard was gone on deployments often when the couple's children were growing up.  Richard used to joke that he would get Toledo pregnant and then leave.  Despite Richard's absences, the family had a good home life and Richard has always been close to his children.  Richard wrote home often when he was deployed, sometimes

every day.  He wanted to know everything that was happening at home.  Toledo wrote back.

When Richard was home, he left early in the morning and usually got home late.  The family ate dinner together and the children cleaned up afterwards.  Toledo has always been happy with Richard and her marriage.

Richard was deployed to Vietnam several times.  Toledo was very worried when he was there.  Toledo was not very worried when Richard went to Beirut.  The way Richard explained it, the Marines were going to go over, present the flag, be present as a peacekeeping force, and he would be back in six months.

Richard was absorbed in his duties and would do anything for his men, often putting them first.  Toledo recalls at one point, when Richard was a drill instructor, he was telling Toledo about the scores his men had gotten on the rifle range and she asked him what grades his children were in.  He couldn't recall.  Richard arranged a transfer to Drill Instructor School after that so he could spend more time with his family.

Richard went to Beirut in April of 1983.  Richard called Toledo often from the embassy.  He talked about the Marines' day-to-day activities and what he was eating.  Richard was the Sergeant Major of the entire MAU.  He was the senior enlisted man and was responsible for all the enlisted men in the unit, which numbered roughly 1,200 men.

Toledo was at home on October 23, 1983.  It was a cold, rainy day in Jacksonville.  Her daughter Cindy called her and told her to turn on the news.  The news program was showing the remains of the headquarters building in Beirut.  Looking at what was left of the building, Toledo thought Richard must have been killed.  Toledo called her preacher who said that when a Marine was killed, the family would be notified within two hours.  Toledo waited.  She turned off the news because she couldn't stand to hear more about the Marines' wounds and the blood dripping

out of the collapsed BLT.

Toledo's son, Scott was home at the time.  He was thirteen.

Later in the morning, Toledo got a phone call from the Associated Press bureau in Washington, D.C.  Their reporter in Lebanon had run into Richard, alive and well in Beirut. Toledo was very relieved.

Toledo was a Key Wife.  Key Wives passed messages from the chain of command to the families of Marines and tried to address problems at home.  Toledo had gotten word that all the people on the headquarters staff were fine.  She called the other Key Wives on her list.  A couple of days later, one of those women called Toledo and said that the casualty people were at her door.  Toledo reported this news to Karen Geraghty, the Colonel's wife, who by that time had a Lieutenant answering her phone.  The message was passed up the chain of command and eventually to Richard in Beirut.  Eventually, Richard and Toledo figured out that bad information had been passed to Toledo but Toledo still felt very bad for accidentally passing bad information on to the other wives.  She paced in the atrium of their house for a long time, until she started acting like herself and then called her preacher.  He came to the house and prayed with her.

When Richard returned from Beirut, he was much more nervous than before.  He had been this way when he had returned from Vietnam, but he was worse this time.  Richard couldn't sleep.  He would get up and move around.  One time, he was in the front yard fiddling with something.  Richard never talked to Toledo about the bombing.

He tried to talk to the Discovery Channel once, but couldn't bring himself to do it. Toledo knows that he had to carry bodies during the rescue efforts, but doesn't know what exactly happened there.  All the 241 Marines who died in Beirut were Richard's men and Richard felt responsible for their deaths.  One of his best friends, Sergeant Major Davis, was

killed.  Toledo believes Richard retired from the Marine Corps after 28 years instead of 30 because of the bombing in Beirut.

Richard was redeployed two months later, back to Beirut.  He was better when he returned from that deployment.  Richard did not seek treatment for post-traumatic stress disorder or anything else in the years following the bombing.  He believed that, since he wasn't physically injured, seeking treatment would be a sign of weakness.  Only recently has he gotten any counseling.  Richard has trouble watching movies with disturbing subject matter.  He only reads books that are westerns.  He has developed a quick temper.  His temper has improved over time.

Toledo think Richard got treatment because he just wanted to feel better.  He has seen a psychiatrist, but did not tell Toledo anything about his visit and has not been back.  Toledo thinks it would do Richard a great deal of good to talk to someone.  She is sure he suffers from survivor's guilt.  Toledo and Richard still wake up sometimes at night with a feeling like it's all happening again.  They keep a spare bedroom for Richard to go to when this is happening.

Toledo testified that every morning for the last 25 years, Richard will hold a private vigil – usually in that spare bedroom – from between 6:00 am and 6:30 am for his Marines lost in the bombing.  Richard has done this everyday for the last 25 years because his sense of duty for and guilt for what happened to his men are so strong that he believes it is the least that he can do.  Simply put, Richard feels that the responsibility for what happened to the Marines on October 23, 1983 was his.

Toledo and Richard have had a solid marriage through Richard's difficulties after Beirut.  She doesn't think she could have done it without faith in God.

Toledo hopes that this case results in something happening to Iran.  She recalls Ronald Reagan saying something would be done, but nothing has been done.  She hopes the Iranians

who planned the attack look at their families and think about how a bombing would affect them.

## CONCLUSIONS OF LAW

1.      Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Thomas

Rutter suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its

agents.  This court offered guidance in determining awards for pain and suffering in these cases

in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.). The

Special Master concludes that Richard Dudley is entitled to **$1,500,000** in compensatory

damages due to the demonstrated injury caused in the Marine Barracks Bombing.

2.      Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of

emotional injury inflicted upon persons other than the victim by the actions of the Defendants

and/or their agents.  The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is

an item of damages which belongs to the individual heirs personally for the injuries to the

feelings and the loss of the victim's comfort, support and society.  In the present case, the impact

upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore

v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010).  In accordance

with that guidance the Special Master concludes as a matter of law that the following amounts

are appropriate compensation:

>    Toledo Dudley, wife of Richard Dudley, **$4,000,000.00**;
>
>    Sherry Latoz, daughter of Richard Dudley, **$2,500,000.00**;
>
>    Chynthia Blankenship, daughter of Richard Dudley **$2,500,000.00**;

Ginger Tuton, daughter of Richard Dudley **$2,500,000.00**; and

Scott Dudley, son of Richard Dudley **$2,500,000.00**.

**TOTAL DAMAGES:**                                    **$15,500,000.00**

<u>December 13, 2011</u>                                    <u>s/s Paul G. Griffin</u>
Date                                                  Paul G. Griffin, Esq.
                                                      Special Master