UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Caroline Davis, et al.
    Plaintiffs

  v.           Civil No. 1:07-cv-01302
                Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
    Defendants

**REPORT OF SPECIAL MASTER
PURSUANT TO ORDER OF REFERENCE
CONCERNING COUNTS C – CIII**

**Lynch, Robert**

  In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below. This is an action for emotional damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

  The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

 1. Robert Lynch was born June 28, 1962, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

 2. On October 23, 1983, Robert Lynch was a member of the United States Marine Corps, having enlisted on June 25, 1981, and was stationed in Beirut, Lebanon.

 3. On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut

was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4. As a result of the explosion, Robert Lynch suffered psychological injuries which have consequently affected his emotional well being to this day.

5. The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983. The emotional trauma sustained by Robert Lynch is permanent and significant.

## **TESTIMONY OF ROBERT LYNCH**

Robert had a normal childhood and a good home life. He played football and baseball and like to hunt and fish as well. Robert describes himself as a poor student in high school, doing too many crazy things, but he settled down and changed his life when he entered the Marine Corps.

Robert had wanted to be a Marine for a long time and enlisted in the Marine Corps when he was still a junior in high school. He went to Parris Island in June of 1981. Robert had had many family members who had been in the Army, but none that had been in the Marine Corps. He viewed the Marines as elite and wanted to challenge himself. He thought he might eventually become a fireman.

Robert was a cook in the Marine Corps and was a member of the First Battalion, Eighth Marine Regiment (1/8) and went on two deployments with them, both to the Middle East and Lebanon. He was 21 when he deployed to Beirut. Robert was excited to deploy to Beirut and to get to do his job there. He wasn't very worried, but his parents were. His brother and sister were

worried as well.  Lebanon was the most dangerous place in the world at the time.

Beirut was not as chaotic as the Marines expected.  For the first couple of months, Robert and the other Marines trained with the Lebanese armed forces and did not encounter much resistance or hostility.  The only notable clashes happened between the Israeli Defense Forces and some of the local militias.  But all that changed in August when the Marines began taking sporadic fire from the Muslim militias.  Two Marines died when a mortar landed in their tent.  The Marines also regularly took small arms fire from then on.  Robert personally knew some of the Marines who died and they were good men.

Robert woke up at 5 a.m. on October 23, 1983.  He had to make a meal for the company.  Just after six in the morning, Robert felt the explosion go off.  Someone said they thought the BLT – the building in which most of the battalion landing team was quartered – had taken a direct hit.  Robert and the other Marines didn't know what was going on.  There was a lot of smoke and fire.  Their communications were down.  Most of the cooks were in the BLT when it was bombed.  All but one, Earl Guy, died.  Robert had been stationed in the BLT until he was transferred to Alpha Company.  Alpha was stationed by the American University.

In the aftermath of the bombing, Robert and the Marines in Alpha Company had no immediate way to get down to the barracks.  Their officer and their first sergeant went to the BLT to see what happened.  The city was difficult for the Marines to move through.  Robert and the rest of Alpha Company saw the remains of the BLT on the way to the ship.  They couldn't believe that the entire building had been destroyed.

Robert returned to the United States after a brief stop in Spain to clean all of the equipment on the ship.  He arrived home just before Christmas.

Robert didn't attend any of the memorial services.  He was upset and emotional when he

returned to the United States.  He began drinking heavily.  Robert has had bouts of depression since the bombing and has been to counseling.  He has had nightmares and trouble sleeping.  He has stopped drinking and has a 30% disability rating from the Veterans Administration (VA) for Post-Traumatic Stress Disorder (PTSD).  Robert's wife, who is a psychologist, has a lot of patience and helps him with his problems.  He has been married for twenty years.  He blames the strain on his marriage on the bombing.  Robert stopped going to counseling because his doctor left the VA but is considering going back.  He doesn't take any medications and admits to being scared to take psychiatric medications.

In the two years after the bombing, he didn't have much trouble, but his problems have gotten worse over time.  Robert was deployed one more time with the Marine Corps.  They stayed on ship in the Mediterranean.

After leaving the Marine Corps, Robert joined the Army National Guard and served for nineteen years.  Robert was a recruiter and was stationed in Albany and Troy, New York.  It was more low key than being active duty in the Marine Corps.

Robert doesn't think he will ever recover from the emotional problems he has developed as a result of Beirut.  He tries to stay focused on his goals and has gone back to school to study business accounting.

Robert's wife has a good understanding of what veterans go through when they return to the United States as a result of watching Robert.  She works for the post office and deals with a lot of veterans, especially Vietnam War veterans.

Robert has been able to work steadily and can focus when he is at work.  His recent lay off was not based on his performance.

Robert hopes this litigation exposes the Iranians as terrorists.  He thinks the world should

see this.  Robert wants them to know that we will get them in the end.

## CONCLUSIONS OF LAW

1. Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Robert Lynch suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents.  This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). The special master concludes that Robert Lynch is entitled to **$1,500,000.00** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

**TOTAL DAMAGES:**                               **$1,500,000.00**

December 21, 2011                                  s/s Paul G. Griffin
Date                                               Paul G. Griffin, Esq.
                                                    Special Master