**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
    Plaintiffs

   v.           Civil No. 1:07-cv-01302
                Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
    Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNTS CLXXX – CLXXXIV**

**Zilka, Michael (Survivor)**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below. This is an action for emotional damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. Michael Zilka was born January 26, 1957, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2. On October 23, 1983, Michael Zilka was a member of the United States Marine Corps, having enlisted in May of 1975, and was stationed in Beirut, Lebanon.

3.  On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4.  The following testimony clearly establishes that the victim and his wife have never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma they sustained is permanent and significant.

**MICHAEL ZILKA**

Michael was an average student.  He was in the chess club and enjoyed hunting and fishing.  Michael's older brother was in the Marine Corps when he was growing up.  He wanted to be a Marine like his brother.  Michael enlisted in the Marine Corps in May of 1975.  He shipped to basic training on December 28, 1975 and he planned to be a career Marine.  He served for over 8 years active duty and several in the reserves.

Michael and his wife Sue were married August 28, 1982.

Michael was *gung ho* to go to Beirut.  He loved the Marine Corps and looked forward to deployment.  Michael's wife was upset that he had to leave because they had recently been married.  Michael rarely got to call home, but mostly wrote letters.

Michael was a sergeant and the squad leader of the first squad of his platoon.  When they arrived in Beirut, the Marines landed on the beach and took up a position by the airport.  Beirut was hot and sandy.  Within the first couple of weeks, the Marines began taking small-arms fire.  Some of the Marines Michael knew were injured by the small-arms fire in the weeks leading up to the bombing.

On October 23, 1983, another Marine woke Michael up, screaming that the headquarters was gone.  Michael was in another structure.  He rose, manned his position and watched the perimeter.  Michael was on perimeter the first day.  Michael could see the Battalion Landing Team Headquarters in the distance, reduced to rubble.

Since the bombing, Michael has found himself living day-to-day and does not focus on what happens in the future.  Michael felt that the Marines should have fought back after the bombing.  He never viewed the Marine Corps the same way after the bombing.  Having to follow orders and maintain his position aggravated him.

It was four days before Michael could get word to his family that he was alive.  He returned to the United States in early December.  After he got back, Michael felt bewildered and lost.  He felt like the Marines who died in the bombing had died in vain.  He knows a lot of the other Marines felt the same way.  He feels as though he could have done something different and maybe those other Marines wouldn't have died in the bombing.

Michael is active in the Beirut Veterans Association.  He attends memorials and remembrances.  Making sergeant in the Marine Corps has been the highlight of Michael's professional life.

Michael hopes that the parties responsible for the bombing are held accountable.  He thinks the people in Iran who planned the bombing should know the pain they have inflicted on so many families.  He hopes there is eventually peace in the Middle East and he hopes the families of the wounded and dead Marines find some peace as well.

## **SUSAN ZILKA**

The Zilkas were married on August 28, 1982.  They have four children, born between 1984 and 1991.

Michael joined the Marines because he loved the Corps and wanted to serve his country.  Michael's MOS was infantry and he was a squad leader when he went to Beirut.  At that time, he intended to make the Marine Corps a career.  Michael was always in good health prior to going to Beirut.

Susan was concerned about Michael's going to Beirut.  When Michael was in Beirut she didn't hear from him often.  Michael called when he was able and wrote a few letters home.

On October 23, 1983, Susan was staying with her mother.  She woke up early and turned on the TV.  She was expecting to see her normal Sunday morning program, but Susan got a news report on the bombing.  Susan sat on the couch with a box of Kleenex, watching the news and crying until her mother woke up.

When Susan's mother woke up, Susan shared the news about the bombing.  Michael's parents picked Susan up shortly after that to take her to a news interview.

Susan didn't know whether Michael was alive or dead for five days.  She wondered if she would ever see Michael again and was very upset during this time.

Michael returned home shortly before Christmas.  He seemed different.  When a truck backfired, Michael jumped out of bed and began crawling around on the floor.  Susan asked what he was doing and he replied that he was looking for his weapon.  Susan had to calm him down and explain that it was just a truck backfire.  Michael still doesn't talk about his experience in Beirut.

Susan will never forget that time she spent waiting to find out if Michael was alive.

Going to memorial services is always difficult and brings back upsetting memories and emotions. Susan doesn't think Michael will ever fully recover from his experiences in Beirut.

Susan would like to see the people who perpetrated the bombing punished. She hopes this case pushes the need for peace in the region. She hopes the people over there stop killing each other. She wants the people in the Iranian government to know that bombing the Marines was wrong.

## **CONCLUSIONS OF LAW**

1.   Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Michael Zilka suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents. This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). The special master concludes that Michael Zilka is entitled to **$1,500,000.00** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

2.   Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of emotional injury inflicted upon persons other than the victim by the actions of the Defendants and/or their agents. The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is an item of damages which belongs to the individual family members personally for the injuries to the feelings and the loss of the victim's comfort, support and society. In the present case, the impact upon the surviving spouse was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). In accordance with that guidance the Special Master concludes as a matter of law that the following amounts are appropriate compensation:

    Susan Zilka, Spouse of Michael Zilka, **$4,000,000.00**.

TOTAL DAMAGES: **$5,500,000.00**

January 30, 2012                  s/s Paul G. Griffin
Date                                    Paul G. Griffin, Esq.
                                             Special Master