**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
              Plaintiffs

        v.                      Civil No. 1:07-cv-01302
                                   Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
              Defendants


## REPORT OF SPECIAL MASTER
## PURSUANT TO ORDER OF REFERENCE
## CONCERNING COUNTS CLXV – CLXIX

### (Walsh, Thomas)


In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below. This is an action for emotional and physical damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1.   Thomas A. Walsh was born January 23, 1963, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2.   On October 23, 1983, Mr. Walsh was a member of the United States Marines, having

enlisted in July of 1981, and was stationed in Beirut, Lebanon.

3.   On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4.   As a result of the explosion, Thomas A. Walsh suffered severe injuries which have consequently affected his emotional well being to this day.

5.   The following testimony clearly establishes that the victim and his family have never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma they sustained, as well as the physical injury sustained by Thomas A. Walsh is permanent and significant.

## THOMAS ANDREW WALSH

Thomas Walsh was born in Baltimore, Maryland.  His childhood was normal.  He didn't get into trouble.  He thought about joining the Marine Corps the first time he saw *The Sands of Iwo Jima* as a kid.  In high school, Thomas wasn't the best student.  Sometimes he didn't do his homework, but he always showed up and he graduated on time.  He planned on joining the Air Force after high school.  After Thomas graduated from high school he changed his mind and decided to join the Marine Corps.  He wanted to be tough and individualistic and "stand on his own two feet."

Thomas wasn't sure if he wanted to make the Marine Corps a career and left for three months in between his first and second enlistment, in the summer of 1985.  He ended up leaving the Marine Corps in 1989, after two tours.  Nothing was happening in the world in 1989 and

promotions were slow in coming.

Thomas was a five-ton-truck driver in the Marine Corps.  When he entered the Marine Corps, he was young and wanted to enjoy life.  He had no health or psychological problems. Thomas was a good Marine.

Thomas only found out he was going to Beirut about a week beforehand.  He was not apprehensive and wanted to go.  He did not know much about the Middle East then.  Thomas's family was concerned for his safety.  His mother wanted the family to stay together and was afraid that Thomas would get hurt.

The first time Thomas went to Beirut his deployment was uneventful.  He was there from August of 1982 until January of 1983.  Thomas and other Marines returned to the United States, regrouped, and went back to Beirut.  Beirut still seemed pretty calm until August of 1983.  Then all hell broke loose.  The different factions in the city resumed fighting each other and the Marines were caught in the middle and drawn into the fighting.  The first day the Marines got shelled, Thomas and another truck driver were en route to the BLT to pick up Marines.  One day Thomas was hit by a car bomb while on duty.

When Thomas wrote home to his family he withheld information that he thought might upset them.  He didn't tell them about being shelled or shot at.  He didn't tell them he sometimes had to hide from mortars and rocket propelled grenades in a bunker.

The Marines in Beirut largely stayed in position during the deployment, so Thomas was mostly driving the trucks to resupply the Marines at the airport.

The Marines were trapped in a combat zone in which they couldn't return fire because of their rules of engagement.  The Marines couldn't return fire unless they could positively identify the shooters, so if the shooters were concealed the Marines were defenseless.  The average day

became very stressful and every day Thomas wondered if he would be shelled or shot.

On October 23, 1983, Thomas was asleep in his tent, about 75 yards from the BLT.  He had been hit by a car bomb the previous Wednesday and his eardrums were perforated and he was partially deaf.  When the bomb went off in the BLT, his tent was leveled and he was showered with debris.  His hearing was further aggravated by the blast.  Some of the Marines were thrown out of the tent by the blast.  Thomas thought something had hit right outside the tent.

Thomas got together with the other Marines from his tent and they headed to their bunker.  They tried to figure out who was injured and where the shell had landed.  All they could see were ripped up tents and dust.  About ten minutes later, someone came into their bunker and told them the BLT was gone.

They ran out of the bunker and realized they couldn't see the BLT.  They ran to the remains of the BLT and realized that the building had been razed by a bomb.

Thomas and the other Marines spent the rest of the day digging through the rubble for survivors.  They realized that they would recover mostly bodies.  Around eight o'clock at night, a sergeant told Thomas to drive a dump truck and take rubble away to the airport.  He wasn't relieved until five o'clock in the morning.  He sat with five other Marines, ate some food, and slept for a few hours.  He woke up between eight and nine o'clock the next morning and resumed driving the dump truck.  When he was relieved during the day, he dug through the rubble.  A gunnery sergeant grabbed him to help clean up what was left of the mess hall.  The food there was already starting to go bad.

Thomas was assigned to guard duty for four hours after the mess hall was cleaned up.  He ate some cereal and went to sleep.  The next morning, he went back to looking for bodies.  The

rescue effort went on like this for five days.  The FBI sent a team to investigate, which had arrived by that point.

The Marines had to keep guard to keep looters and vandals away.  Thomas was there until a few days before Thanksgiving.  On the way back, the Marines stopped in Spain to wash down their vehicles.  From there, they went to Camp Geiger, North Carolina, where Thomas stayed for three months.  The Marines began experiencing nightmares and other symptoms when they began filtering back to their normal companies.  Thomas has had problems with his hands shaking since the bombing.  Sometimes he can't hold a cup of coffee since the bombing.

Thomas was still able to perform normally until his second enlistment.  He was married in 1985 and during his second enlistment, his wife noticed the effects of the bombing.  Thomas was deployed to Okinawa with an artillery unit in his second enlistment.  The constant artillery firing upset Thomas and he felt like a different person when he returned to the United States.  He was experiencing uncontrollable rage.  He would get so mad that sometimes he would hit things and sometimes he would scream.  He would throw things.  He would destroy equipment if it wasn't working properly.  He also developed an intense hatred of Muslims.  Thomas was also suffering intense sadness and depression.

Thomas's condition got progressively worse until 1992.  He had to get mental-health counseling.  His marriage was close to breaking up, even though his wife supported him.  He strongly felt that his wife deserved better than to deal with his extreme anger and lack of value for his own life.  At one point, Thomas had planned to kill himself and had gone so far as to dig his own grave.  He decided to go to a veteran's center.  They told him that what he was experiencing was normal, given what he had been through in Beirut.  He has been diagnosed with post-traumatic syndrome disorder and has received a 50% disability rating from the

Veterans Administration for the PTSD.  Because of his hearing injuries both before and during the blast he has received a 10% disability rating from the VA for permanent hearing injury and tinnitus.  To date he continues to get treatment from the veteran's center and the local VA.

After four years of experimenting with medications, Thomas is on medications that help him consistently.  They are not a cure, and at the time of the deposition, Thomas had a cast on his arm because he broke his hand punching a refrigerator.  He takes Wellbutrin and Paxil each once a day.  He takes Quetiapine (also known as Seroquel) to sleep at night and avoid nightmares.  He also takes a mood enhancer to counteract the negative effects of the antidepressants.  The VA says Thomas is stable, but things still set him off, like certain smells or things on TV.  Reading things in the paper can also upset him.  Thomas refers to these episodes as "The Funk."  When these episodes occur, Thomas loses interest in everything around him.

Thomas has been able to hold a job since he has been out.  His difficulties have limited him in the workplace.  He keeps to himself and avoids his coworkers.  His work nicknames are "Bad Tom" and "The Iceman."

Thomas joined in this litigation because he wants people to remember what happened on October 23, 1983 in Beirut.  He wants the people who were responsible to be identified for the terrorists they are.  He also wants the Marines deployed to Beirut to be remembered as peacekeepers.

Thomas tried to get back into the Marine Corps during the first Gulf War because he wanted to get back to the Middle East and get some revenge on the people who were responsible for the bombing.  He would still take the opportunity, if it was offered.

## CHARLES WALSH

Charles is Thomas Walsh's father.  Mr. Walsh had five children total, two of whom are deceased.

Thomas was a nice kid.  He was an easy child to raise.  He gave his parents less trouble than some of his siblings.  Two of Thomas's older siblings joined different branches of the armed forces prior to Thomas's joining the Marine Corps.  Joining the armed forces became normal in the family, with the Walsh children joking that their parents needed their beds.

Thomas walked by a Marine recruiting office every day on his way to and from school.  One day, while he was in high school, Thomas came home and told his parents he had joined the Marines.  Thomas joined the Marines because he believed they are the best and since he joined, he has always said "Once a Marine, always a Marine."

Charles doesn't remember Thomas's graduation from basic training being a very big deal.  With three children in the service, it became normal.  He doesn't have a clear recollection of when Thomas found out he was going to Beirut.  Charles and his family were concerned about Thomas's going.  They knew that Marines were getting killed when Thomas was over there.  They were very concerned when Thomas was injured by a car bomb about ten days before the barracks were bombed.  That car bomb left Thomas with permanent hearing damage.  He was supposed to be inside the barracks after being injured, but for some reason was sleeping outside the barracks when the bomb went off.  Because he was outside, but so close, he was one of the first Marines to reach the barracks after the truck bomb brought it down.

On October 23, 1983, Charles received a call from a neighbor telling him to turn on the television.  When he turned it on, he saw news reports about the bombing in Beirut.  Charles felt like the things he was seeing weren't registering and he was operating on autopilot, not thinking

about anything.  He believed Thomas was in the barracks.

In the days following the bombing, television stations were calling Charles's house, asking to come out and interview him.  Charles told them to come out.  Charles's wife, Ruth, got a call from a Congresswoman before the news crew conducted their interview.  The Congresswoman said that she had been in Beirut and had just talked to a Marine "with the prettiest green eyes."  She had been talking to Thomas.  That was how the family found out Thomas was alive.

Thomas had apparently passed up his chance at a call home because he didn't want to stop digging out the barracks and had asked the Congresswoman to relay the message for him.  Upon hearing that Thomas was alive, Charles felt like everything had changed.  He thanked God that Thomas was alive.

Since the bombing, Thomas has always had problems with his nerves and is jumpy.  One time a car backfired when he was going to church and he dove onto the ground.  Thomas never moved back to Maryland after the bombing.  He settled in South Carolina with his wife, who was also a Marine, and has been there ever since.

Thomas briefly left the Marines after his first enlistment, but re-enlisted a few months later.  He currently works for a grocery chain in South Carolina.

It's difficult to say what Thomas would be like today, if he had not been through the bombing and the aftermath.  Thomas was always more subdued than his brothers and he is still more quiet than they are.

The bombing in Beirut was the first tragedy that the Walshes faced.  Three months after that bombing, Thomas's oldest brother died in a car accident.  His youngest brother died in the hospital three months prior to the deposition.

Charles doesn't know what the terrorists were thinking when they bombed the Marines. He realizes that the world is not black and white and thinks many of the people in that part of the world probably didn't see the Marines as peacekeepers, but thinks they were still wrong.

## RUTH WALSH

Ruth Walsh is the mother of Thomas Walsh.

Daughter, Mary Rachel Walsh, is profoundly mentally retarded.

Thomas was a quiet, content, happy child.  He was a normal boy.  He had stitches and busted his chin a few times growing up.  Ruth missed him when he started school.  Thomas was his grandmother's favorite.  Thomas enjoyed spending time with his grandmother.

Thomas was an average student, but not headed to college.  Thomas was interested in things outside of school and didn't study too hard.  Ruth sometimes wondered if he would graduate from high school, but he did graduate.

Thomas' older brothers had joined the Air Force and the Navy.  Thomas joined the Marines and he loved it.  He enjoyed the challenges and was very proud.  Thomas went from being a quiet child into being full grown and looking like he was seven feet tall.  Ruth was very proud of Thomas.  Thomas' older brothers had not enjoyed the service.  They did not get the training they wanted and did not stay past their first enlistments.  Thomas enjoyed his experience in the Marine Corps and liked the other Marines.  Thomas told Ruth that he enjoyed her letters when he was in basic training.  Two of his friends in basic training killed themselves.  Thomas clung to support from his family.  He brought his wife's brother home with him and Ruth liked him.  He had southern charm.

When Ruth found out that Thomas was going to Beirut, she just accepted that that's

where the Marines were sending him.  Ruth believes that, when someone is in the service, they go where they are sent and make the best of it.

Thomas apparently was thrown in the brig when he was in Turkey because he interjected when a man started beating a woman in a bar.  He was thrown in the brig because the Marine Corps told him that he could have started an international incident.

In Beirut, Thomas was hit with a roadside bomb.  He had some wounds from being hit with broken glass and his ears were injured.  When Ruth found out he had been wounded, she burned the pork chops on the stove.  After Thomas was injured, he was supposed to be recovering in the barracks, but luckily was outside, sleeping in a tent, when the truck bomb detonated.  His friends had gotten him out of the barracks and taken him back outside to his normal station.

The Walshes didn't have the television on much in their house.  The children played outside.  On October 23, 1983, the youngest two Walsh children were playing outside when Ruth turned on the television.  The news broadcast featured constant reports about a building being blown up in Beirut.  A lot of Marines had been killed.  Ruth was wondering if Thomas was alright.  She sat on the couch and stared at the TV.  She felt cold.  The Walshes still thought that Thomas had been in the barracks.  In the days following the bombing, the Walshes saw Thomas' name on a list of those killed in action.  They thought he was dead.  Around the third day, Thomas' status was changed to "Alive."  Shortly after that, Ruth received a phone call from a Congresswoman who was in Beirut.  She said she had been talking with a Marine who had the prettiest green eyes she had ever seen.  She had been talking to Thomas and said he was alright.

Ruth and her family prayed for the Marines who had died.

Thomas was different when he came back.  Ruth thinks he reached a breaking point when

he was putting bodies in body bags.  When Thomas came home on leave, he was going to church with Ruth when a car backfired.  Thomas dove on the ground.  He looked up at Ruth and got up.  He apologized to his mother and they went into church, but he was still shaking.

Thomas was more introverted when he came back from Beirut.  He's proud of his son, who is a Marine.  Thomas gave his purple heart to his son.  He loves his wife and his family.

Thomas still has headaches.  He doesn't feel good some days.  War movies upset him. Thomas is a lovable person and he treats people well.

Ruth is grateful that Thomas was not killed or maimed.  She would have taken him any way she could get him, though.  She feels sorry for the servicemen who are wounded overseas. She believes that if Thomas had been injured, he would have worked hard at rehabilitation.  He is not the type to pity himself.

Ruth hopes that Thomas will get medical care for the rest of his life without being reliant on the VA.  His legs and his head bother him and Ruth would like to see him get enough money out of this case that he can take care of these things himself.  She hopes the headaches that he gets don't shorten his life.

Ruth is sorry that the terrorists felt the needs to bomb the Marines.  She wonders what effect murdering the Marines has had on them.  Ruth is sure some of them are just following orders, but she is also sure that some of them enjoyed killing the Marines.  She is sure Thomas is different and would not enjoy killing anyone.

Ruth thinks the people who planned and carried out the bombing should be held accountable.  Because of their actions, there are a lot of families who were left without fathers. She is still angry at the terrorists.

## PAT CAMPBELL

Pat Campbell is the sister of Thomas Walsh and is eight years older than Thomas.

Thomas got along with everyone while he was growing up.  Thomas joined the Marine Corps right after he graduated from high school in 1981.  Pat wrote to Thomas every week or two while he was in basic training.  In his heart, Thomas is still a Marine.  Pat supported Thomas and sent him care packages while he was in the Marine Corps.

When Thomas was in Beirut, Pat wrote to him about what their family members were doing.  Pat also wrote about her children.  When Thomas wrote back, he avoided specifics about what the Marines were dealing with over there.

Pat found out about the bombing in church.  The priest announced that everyone should pray for the Marines in Beirut.  He said that there had been a bombing.  Pat's body felt like rubber.  She thought she was going to fall over in the pew.  She wanted to run out of the church and call her parents.  She started crying.  When she did call her parents, they had no idea whether Thomas was alive or not.

Thomas was listed as killed in action and later listed as alive.  Thinking about Thomas digging through the remains of the building for alive Marines was deeply disturbing for Pat.

Thomas has never talked to Pat about what happened in Beirut.  When Thomas returned from Beirut, his entire family gathered at his parents' house to see him.  Thomas was different when he came back.  Beirut had been a horrifying experience for him.  Pat's mother has told her stories of how Thomas has been affected.  Car backfires terrify him.  At a wake, Thomas had to leave because of a car backfire outside.

Pat still talks to Thomas often and was planning a trip to see him in South Carolina at the time of the deposition.  Pat will always be thankful that Thomas came home from Beirut alive.

Pat hopes that whatever happens in this litigation, it will make Thomas' life better. She wonders what type of person would perpetrate the bombing on the Marines and how those people were raised. She doesn't know what she would say to them given the chance.

## MARY RACHEL WALSH

Mary Rachel Walsh is the sister of Thomas Walsh. She is mentally retarded and was not deposed in this action. However, the Special Master finds that she too lost the comfort and support of her brother Thomas as a result of the bombing. As set forth at the conclusion of this report the Special Master recommends damages in accord with those of any other sibling of a service member.

## TIMOTHY WALSH

Timothy Walsh is the brother Thomas Walsh. Timothy is six years younger than Thomas. Growing up, the boys played together. They had some sibling rivals. Thomas played baseball. Thomas was patriotic. His brothers had also joined the Navy and Air Force. In Timothy's family, joining the military was viewed as a way to get an education as well.

As Thomas got older, he had more of his own interests.

The Marine Corps defines Thomas. Michael retired from the Air Force after 22 years, but it doesn't seem to define him. Thomas's entire personality seems to be about the Marine Corps. He was on active duty for eight years.

Timothy was 12 when Thomas went to Beirut. He doesn't recall being afraid about his brother's safety. His father didn't show a whole lot of emotion and he remembers his mother as being nervous about the deployment.

Thomas wrote from Beirut and sent his family pictures.  Timothy was awed by the pictures.  In some of them, you could see a nice beach, and the Marines, and then nothing else but rubble.  The destruction in those photos was intense.  Lebanon looked dirty and rough.

Timothy doesn't remember how he learned of the bombing.  His parents told him about it and he saw it on the news, but everything from the days after the bombing ran together.  He recalls family members coming to his house and the phone constantly ringing.

When Thomas came back from Beirut he was different.  He seemed weak and vulnerable.  He was jumpy and got startled by things in everyday life.  Thomas doesn't seem to have gotten any better.  He still exhibits anxiety when he hears sirens.  He behaves like he's still in a war.  His hands shake and he panics and looks around when he hears loud noises.  The most difficult thing has been watching Thomas change from being easy going to being intense and having to struggle with emotional problems.  Thomas has struggled in his marriage and his children have had to observe his behavior.

The hardest part for Timothy was the panic in the couple of days after the bombing when he thought Thomas might be dead.  It was the first time Timothy considered that his older brothers could get hurt or die.

Timothy hasn't had any quality time with Thomas since the bombing and the bombing has put distance between them.  Even when they're together, they really can't discuss things at length.  When their youngest brother Sean died in March of 2008, Thomas came to his family's home in Maryland.  They were all sitting around a fire talking when a police car went by.  Thomas pulled up the hood in his sweatshirt and walked inside the house.  He was headed to the front door to leave.  Thomas had to leave the house because he was panicking because of the siren.  Timothy needed support that night.

Timothy wants this litigation to be a reminder to Americans about what happens to people who are injured overseas.  Timothy wants his brother to know that he isn't going through his problems alone.  He wants his brother and other servicemen to get the treatment they need to have normal, productive lives.  Timothy hopes his brother can accomplish this.

Timothy wants the terrorists to know that they are cowardly.  The way they conduct themselves and pick their targets is evidence of this.


### MICHAEL WALSH

Michael Walsh is the older brother of Thomas Walsh.

Thomas was an average-to-above-average student.  He graduated from Loch Raven Senior High.  He joined the Marine Corps after graduation.  Michael didn't have the financial ability to go to college right away.  Thomas was more trade oriented, anyway.  He may not have been interested in college.

Michael was in the Air Force when Thomas enlisted in the Marine Corps.  Michael had enlisted in 1977 and enjoyed his time in the Air Force.  He thinks Thomas enlisted in 1980.  Michael and Thomas teased each other about who was more fatigued: Michael being mentally worn out with his desk job or Thomas being physically worn out from training and being in the field.  Their older brother, Dutch, had been in the Navy for a few years as well.  Thomas's friend, Jack, was a Marine as well.

Thomas changed when he became a Marine.  He became more rigid.  He thinks his brother would have stayed in the Marine Corps longer if not for the bombing in Beirut.  He thinks Thomas didn't like moving as often as he had to, though.  Thomas also didn't like being away from his family.

Michael wasn't around his family when Thomas went to Beirut.  They talk more now than they did then.  He imagines his mother must have been very nervous when Thomas went to Beirut.  Michael was stationed in Okinawa, Japan when the Marines were attacked in Beirut.

Michael didn't hear about the bombing until Monday morning, October 24, 1983.  He has always been active in his church and had been on a retreat from Thursday through Sunday.  One of his coworkers knocked on his door Monday morning and told him about the bombing.  Between Monday and Friday afternoon, Michael didn't know whether Thomas was alive.  He was asked not to call, and to wait for information.  Some of the families had received incorrect information.  Waiting and not knowing was painful and stressful for Michael.  Michael couldn't focus on work or his surroundings.  He was restless and irritable.  He tried to distract himself with work.  His office was busy.  He was working in the legal department and overseeing non-court punishments.

Michael's mother found out Thomas was alive from a local politician who called her and relayed the news that she had talked to Thomas.  Michael then got a call from his mother about the good news.  Michael's mother was upset and traumatized by the bombing and Thomas's injuries.  His parents have always been guarded with their emotions.  All of Michael's siblings were likewise affected.

Michael came back to Maryland in the summer of 1984.  He brought his new wife to meet his parents.  He recalls the first couple of times he saw Thomas after Beirut, he was relieved to see his brother in one piece.  He thanked God that Thomas had come home.  Whenever someone in his family has come close to death, it has drawn them all closer.  Michael thinks God must have had some purpose in sparing his brother.

In 1986 Michael's oldest brother, Dutch, died.  The funeral was the next time Michael

was with his entire family.  Michael was divorced by that time.  Michael was very busy with work as well.

Thomas seemed like a different person after the bombing.  He had always been fearless before the bombing.  When he was six-years old, he rode a plastic horse down the basement steps.  Among other injuries he broke his nose, but it didn't deter him from taking risks.  Michael remembers himself as being the one who was risk averse.  Since Beirut, Thomas has been moody and reclusive and can't stand loud noises.

After their brother Sean's funeral there was a family get together.  All the surviving siblings and their parents were there.  There was a loud noise outside, like a firecracker.  Thomas came through the living room and into the basement.  He stayed there for an hour.  Another time, a car backfire sent Thomas diving into a prone position on the ground.

When Michael has visited Thomas in South Carolina, he has looked for signs of improvement.  He knows Thomas has post-traumatic syndrome disorder and was getting treatment at the VA.  Michael met his counselor, Dave.  Dave is a good guy who has helped Thomas out.  Dave also has suffered from PTSD and can relate do Thomas's problems.  Thomas has made progress but a recent change in his medication has caused a setback.

Michael recently spent time with Thomas and they talked about Thomas's treatment and meds.  Thomas isn't as patient as he used to be.  He gets upset easily and he never used to be like that.  Michael is saddened to think that Thomas may never get over his emotional injuries.

Michael thinks it's ironic that everyone in the family has been able to move on from the deaths of two brothers, but Thomas hasn't been able to move on from his experiences in Beirut.

Michael thinks about what happened to his brother often.  Whenever people he works with deploy, he thinks about the bombing.  Michael's sons are teenagers now.  He is glad that his

older son hasn't considered a military career.  He doesn't like to think about his children being in harm's way.

Michael isn't very hopeful about this litigation resolving anything.  He doesn't think Iran will pay or settle.  If Thomas recovers money, Michael hopes his brother will have the financial ability to get whatever treatment he deems best for himself.  As Michael gets older, he has more time to reflect on his life.  He hopes Thomas can enter old age at peace with himself.  The bombing has robbed Thomas of joy in his life.  Michael's heart aches for Thomas.  He's sad about how Thomas's life has changed because of the bombing.

Michael wanted to go to a concert with his sons and Thomas.  Thomas didn't want to go. Michael wishes that Thomas could go to concerts and other events of that nature.  Thomas is missing out on those experiences because of the problems he has as a result of the bombing.  He can't deal with crowds and noise.

Michael thinks he will have to wait until he gets to heaven to get really enjoy being with his brother.

Sean Walsh died in March of 2008 from a blood clot in his heart that lodged in his brain and caused a massive stroke.  He had aspirated a shrimp at a restaurant and went to the hospital to have it removed.

Sean was an accountant.  He was good at his job.  He was married.  Sean had one daughter and one step-daughter.  Sean was closer to Thomas than Michael.  When Thomas was in Maryland, he would stay with Sean and his wife, Jackie.  Sean, like his father, wasn't very expressive and didn't let on how Thomas' injuries affected him.  It was obvious that spending time with Thomas meant a lot to him.  Especially after their brother Dutch died, the brothers were closer and made an effort to get together more.  They made the time.  Michael misses Sean.

Michael likes speaking publicly.  He feels like the spokesman for his family sometimes.
He is sure that Sean would agree with everything he has said about the bombing and the effect it
has had on his family members.

### SEAN WALSH

Sean Walsh was the brother of Thomas Walsh.  Sean died two months prior to the
depositions of his surviving family members.  As set forth above, brother Michael has provided
information concerning Sean.

### CONCLUSIONS OF LAW

1.      Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that Kevin
Jiggetts suffered physical and emotional injury as a result of the actions of the Islamic Republic
of Iran and its agents.  This court offered guidance in determining awards for pain and suffering
in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84
(D.D.C.).  The special master concludes that Thomas Walsh is entitled to **$5,000,000.00** in
compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

2.      Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of
emotional injury inflicted upon persons other than the victim by the actions of the Defendants
and/or their agents.  The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998), stated that this is
an item of damages which belongs to the individual family members personally for the injuries
to the feelings and the loss of the victim's comfort, support and society.  In the present case, the
impact upon the surviving family was profound and is permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010).  In accordance with that guidance the Special Master concludes as a matter of law that the following amounts are appropriate compensation:

Charles Walsh, father of Thomas Walsh, **$2,500,000.00**;

Ruth Walsh, mother of Thomas Walsh, **$2,500,000.00**;

Pat Campbell, sister of Thomas Walsh, **$1,250,000.00**;

Mary Rachel Walsh, sister of Thomas Walsh, **$1,250,000.00**;

Timothy Walsh, brother of Thomas Walsh, **$1,250,000.00**;

Michael Walsh, brother of Thomas Walsh, **$1,250,000.00**; and

The Estate of Sean Walsh, brother of Thomas Walsh, **$1,250,000.00**.

**TOTAL DAMAGES:**                                **$16,250,000.00**

21 February 2012                                      s/s Paul G. Griffin
Date                                                          Paul G. Griffin, Esq.
                                                                  Special Master