**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAROLYN DAVIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 07-cv-1302 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER FOR PAYMENT OF SPECIAL MASTER**

The Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330, 1602 *et seq.*, provides that courts may appoint special masters to hear damages claims brought under the "state-sponsored terrorism" exception to the rule of sovereign immunity for foreign states, and that those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." *Id.* at § 1605A(e)(1)–(2). This provision ensures that special masters who have worked on cases brought under the § 1605A, unlike their predecessors working under the previous exception, codified at 28 U.S.C. § 1605(a)(7), will be compensated for their invaluable assistance. *In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (2009) (noting that special masters' work "is extraordinarily tedious and time-consuming" and that "the new terrorism exception now provides that special masters should be reimbursed for their work").

The Court appointed Alan L. Balaran as a special master in this case on April 9, 2010. Order Appointing Special Master [34]. Though the Order was issued in April 2010, Mr. Balaran actually began his work on this case in the Spring of 2008. Voucher of Special Master Alan

Balaran, Feb. 13, 2012 [103-2].  This Court has previously found just cause that his appointment be *nunc pro tunc* "from the date on which he began performing the duties of" a special master and sees no reason to modify its previous position.  *Valore v. Islamic Republic of Iran*, No. 93-cv-1959 (RCL) [55], Order Appointing Special Master (D.D.C. Mar. 18, 2010).

The plaintiffs in this action obtained retroactive application of § 1605A when they filed their Amended Complaint in early 2008.  Am. Compl., Mar. 25, 2008 [4].  Mr. Balaran did not began serving as a special master in the case prior to the Amended Complaint being filed.  Therefore, no retroactivity problem exists because no work was performed prior to the enactment of National Defense Authorization Act for Fiscal Year 2008.  *See* Pub. L. No. 110-181, 122 Stat. 3 (Jan. 28, 2008).

Mr. Balaran, having completed his work in this case, has moved for payment, Motion for Payment to Special Master, Feb. 13, 2012 [103], and has provided a catalogued receipt of his work.  Voucher of Special Master at 1–3.  Upon review the Court determines that Mr. Balaran is entitled to reimbursement for work done in this case pursuant to the Court's specified plan, Amended Administrative Plan Governing Appointed Special Masters, Feb. 4, 2010 [29-1], and is satisfied that the value of such reimbursement should be $113,000.

Finally, the FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending.  28 U.S.C. § 1605A(e)(2).  The Administrator of this District Court is the Clerk, Angela D. Ceasar.

Accordingly, it is hereby

ORDERED that within 14 days of this Order, the U.S. Department of Justice Office for Victims of Crime ("OVC") shall transfer $113,000 to the Clerk through the Intra-Governmental Payment and Collections system; it is furthermore

ORDERED that after receipt of such funds, the Clerk shall promptly disburse them to Mr. Balaran at 1111 19th St., N.W., Washington, D.C., 20036; and it is furthermore

ORDERED that the Clerk shall immediately provide to OVC one copy of

1. this Order;

2. the Motion for Payment of Special Master, Feb. 13, 2012 [103], as well as the Voucher of Special Master, Nov. 1, 2010 [103-1] and the Invoice [103-2] attached thereto;

3. the Order Appointing Special Master, Apr. 9, 2010 [34]; and

4. the Amended Administrative Plan Governing Appointed Special Masters, Feb. 4, 2010 [29-1]

These copies should be sent to U.S. Department of Justice, Office for Victims of Crime, 810 Seventh Street NW., Eighth Floor, Washington, DC 20531 (Phone: 202-307-5983; Fax: 202-514-6383).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on February 29, 2012.