**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
        Plaintiffs

        v.                                  Civil No. 1:07-cv-01302
                                        Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

**REPORT OF SPECIAL MASTER
PURSUANT TO ORDER OF REFERENCE
CONCERNING COUNTS CXVII – CXX**

**Puckett, James**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to October 23, 1983 at the United States Marine Barracks in Beirut, Lebanon.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1. James M. Puckett was born September 8, 1961, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2. On October 23, 1983, James M. Puckett was a member of the United States Marine Corps, having enlisted on June 25,1981, and was stationed in Beirut, Lebanon.

3. On October 23, 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated,

collapsing the building resulting in the deaths of 241 American personnel.

4. The following testimony clearly establishes that the victim has never recovered from the effects of the Marine Barracks Bombing on October 23, 1983. The physical injury and emotional trauma sustained by James M. Puckett is permanent and significant.

## **TESTIMONY OF JAMES M. PUCKETT**

James's childhood was normal. He grew up in a middle-class household. Both of his parents worked when he was growing up. James graduated high school and went to college for a year and a half. James was a C student in high school and didn't know what he wanted to do with his life. He thought he might want to be an engineer. He enlisted in the Marine Corps after he left college.

James enlisted in the Marine Corps in 1981. In June, he graduated from boot camp. He was a heavy-equipment operator in the Marine Corps. He worked with all the tactical equipment. James liked being a Marine but he planned on leaving the Marine Corps after four years and intended to return to college where he hoped to study to become a landscape engineer.

James was in the middle of his first Med cruise when he found out he was going to Beirut. Tensions had escalated and the Marines were being deployed to stabilize the situation. James's family was nervous about his being deployed. James was with the 24th MAU both times he deployed to Beirut.

James wrote home a couple of times a month to his parents, brother, and girlfriend. James's first tour in Beirut was fine. James and the other Marines performed their normal day-to-day tasks with minimal interference from skirmishes in the city. During his second tour, the violence escalated and the Marines were in the middle of it. The Marines received mortar fire and took round through their tents. They had to make regular ammo runs to resupply. James

brought the ammo and food from ship to shore, both to the Marine base and the embassy.

James was living in a tent outside the Battalion Landing Team Headquarters on October 23, 1983.  When the truck bomb went off in the BLT, James and the other Marines were blown out of their tents and showered with pieces of concrete.  The dust was so thick they couldn't see.  They could hear people trying to get to the bunkers.

After a few minutes, the dust started to settle and James and the other Marines could see a mushroom cloud in the sky.  They thought maybe an incoming mortar round had hit their motor pool and blown up trucks full of ammunition.  As the dust kept clearing, they realized that the BLT had been razed.  They were all the same color, the same color as the gray dust.  James couldn't hear anything for three days after the bombing.  He still gets ringing in his ears and has received a 10% disability rating from the Veterans Administration for his hearing injury and tinnitus.

James and the other Marines went to the remains of the BLT to recover bodies.  They participated in recovering bodies for eight days.  There were rocks and debris strewn outside the BLT.  Marines had been blown as far as 60 yards out of the building.  Some of them were caught in trees and fences.  James accidentally stepped on another Marine and didn't realize it until the man screamed.  James and another Marine put the injured man in a truck.

By this time, the Marines were setting up a triage center to deal with survivors.  They were bringing in heavy equipment to cut through the remains of the BLT looking for survivors.  The heat was doing strange things to the bodies.  Five days in, they stopped finding survivors and kept pulling the bodies out.

The bombing destroyed James's hearing in higher frequency.  In 1984, James sought treatment for alcoholism at Camp Lejeune.  He had had several drunken episodes and the Marine

Corps made him go to treatment. In 2005, James entered treatment at the local VA for Post-Traumatic Stress Disorder. He has taken anger-management classes. He attends AA meetings. James has learned about survivor's guilt and recognizes that he has suffered from it since the bombing. James was running late on the morning of the bombing and would have been in the barracks when the bomb went off, but for his tardiness.

James's relationship with his wife and children has been strained as a result of his emotional problems and outbursts. He has had trouble holding down jobs sometimes. James has trouble working in groups and gets frustrated easily. He works by himself now managing a self-storage facility.

James is a different person as a result of the bombing. He sees the world differently and worries about things going on like nuclear threats. He worries about things most people don't worry about. He has trouble letting them go. 9/11 and the Oklahoma City bombing were major stressors in his life. He saw it as proof that they can get us any time they want to. James feels alert all the time. He has nightmares and flashbacks still. They have gotten worse over the years, but they are not constant. Things that remind him of the bombing, including seeing his friends from the Marine Corps, exacerbate the problem.

James attended college for a semester after he left the Marine Corps but never finished.

James would like to see justice, but doesn't know that money can bring justice. If Iran develops a nuclear capacity, they will have even more ability to reach us. James hopes this case alerts the rest of the country that Iran is a terrorist state. James wants the terrorists in Tehran to know that they can't scare us and that we're watching them. There are people in the United States who will stand up and defend the country. James loves the United States and considers it to be great because of the liberties that our Armed Forces safeguard.

## **CONCLUSIONS OF LAW**

1.      Pain and Suffering

The above testimony as well as other admitted evidence clearly indicates that James M. Puckett suffered emotional injury as a result of the actions of the Islamic Republic of Iran and its agents. This court offered guidance in determining awards for pain and suffering in these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010). The special master concludes that James M. Puckett is entitled to **$1,500,000.00** in compensatory damages due to the demonstrated injury caused in the Marine Barracks Bombing.

**TOTAL DAMAGES:**                                                              **$1,500,000.00**


Date                                                                                                    Paul G. Griffin, Esq.
March 6, 2012                                                                                   Special Master