**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Caroline Davis, et al.
        Plaintiffs

      v.                  Civil No. 1:07-cv-01302
                              Judge Royce C. Lamberth

The Islamic Republic of Iran, et al.
        Defendants

**REPORT OF SPECIAL MASTER**
**PURSUANT TO ORDER OF REFERENCE**
**CONCERNING COUNTS CXII – CXVI**

**Nash, John. W**

In accordance with the Order of Reference entered pursuant to the provisions of Federal Rule 53, the Special Master has received evidence with regard to all issues of compensatory damages from witnesses as set forth below.  This is an action for emotional damage resulting from an act of state-sponsored terrorism on the part of the Defendants and their agents occurring on and prior to the 23rd day of October 1983 at the Beirut, Lebanon United States Marine Barracks.

The following findings of fact are based upon the sworn testimony and documents entered into evidence in accordance with the Federal Rules of Evidence and have been established by clear-and-convincing documentary evidence and testimony.

1.   John Wayne Nash was born September 2, 1964, in the United States of America and has been at all times throughout his life a citizen of the United States of America.

2.   On October 23 1983, John W. Nash was a member of the United States Marines, having enlisted February of 1982, and was stationed in Beirut, Lebanon.

3.   On October 23 1983, the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber who was driving a truck that penetrated to the center of the building where the truck, which was carrying a large quantity of explosives, detonated, collapsing the building resulting in the deaths of 241 American personnel.

4.   The following testimony clearly establishes that the victim and his family have never recovered from the effects of the Marine Barracks Bombing on October 23, 1983.  The emotional trauma they sustained, as well as the physical injury sustained by John W. Nash is permanent and significant.

## JOHN W. NASH

John Wayne Nash was born September 2, 1964 in Pontiac, Michigan.  When John's parents got married, his mother had two daughters and his father had two sons.  After they were married, John's parents had three more boys.  John never knew his half brothers well when he was growing up and both of his half sisters were pregnant at the age of fifteen and moved out of the house.

John spent his childhood with his parents and his brothers, Bill and Mark.  He had a good childhood.  The boys often went hunting and fishing with their father.  John's father had bought a cabin north of where the family lived, at Skidway Lake, so that he and the boys could go on hunting and fishing trips.  John bought that cabin from his father the day before his father died. A few years, John's father dropped him off with his brothers for the whole summer and John and his brothers lived off the land, eating squirrels and fish and bathing in the stream nearby.  They all really enjoyed the experience.  John will never give up that cabin.

John was the first person in the Nash family to graduate from high school.  John moved

from school to school a lot.  This was because of the bussing policies in place at the time to desegregate the schools.  As a result of the racial tension sports were eliminated and John never had the opportunity to play organized sports.  John was jumped several times by African American students and recalls other students bringing handguns to school.  He made it his goal to get out of that school as quickly as possible.  John took enough classes to graduate a semester early.  John was on active duty February of his senior year and was in Twenty Nine Palms when he would have been at graduation.

Growing up, John always wanted to be like the screen persona of his namesake John Wayne.  He always wanted to join the Marine Corps and knew he would be a Marine after he graduated from high school.  During school, John found work modeling and used the money he made working for Vogue to get a modeling degree.  He acknowledges many of the other Marines raised an eyebrow upon finding out "the gunny" had been a model, but John says he enjoyed the work and it allowed him to pay for school.

John had started lifting weights in high school because he wanted to be rough and tough.  Boot camp was not much of a physical challenge for John.  He was in good shape as a teenager.  John was always one of the top performers on physical challenges.  Until his recent retirement, John would challenge his young Marines, telling them that any of them who beat him on the annual PFT would have lunch paid for by him.  John retired undefeated.

John enjoyed basic training.  Once his instructors found out he was named after John Wayne, the jokes began.  It didn't help that John's mother addressed letters to him "To Private John Wayne Nash, The Duke."  John's instructors used to demand he impersonate John Wayne.  John though this was fun and everyone was entertained.

John thinks the movies The D.I. and Full Metal Jacket are fairly representative of boot

camp in the Marine Corps.  John went to communications school after he graduated.  John didn't think his ASFAB score was very high and was surprised he was selected for that school.  John did well in communications school and got several awards.  After school was over, John left California for Camp LeJeune on September 2, 1982, his birthday.

Four months after arriving at Camp Lejeune, John was assigned to Camp Geiger and the 24th Marine Amphibious Unit.  John was told his new unit was going to Beirut, Lebanon.  He had never heard of Lebanon before.  John was assigned to the Battalion Landing Team Headquarters in Beirut, along with about 35 other communications specialists.  They worked out of a long trailer behind the building.

In the early 1980s, the concept of terrorism was new to the United States.  The Marines deployed to Beirut had no counter-terrorism training.  The Marines were told they were going to Beirut as peacekeepers, along with the British, the Italians, and units from other UN member nations.  Their job was to help stabilize a government that had lost control of its country and whose military had been defeated.

The Marines were motivated to act in Beirut because they had not had anything to do since the Vietnam War.  The Marines of the 24th MAU felt lucky that they were the unit selected to go to Beirut and help the government there.

Prior to landing in Beirut, the Marines were issued their standard complement of 225 rounds of ammunition for their M-16 rifles, but they were not allowed to insert magazines into their rifles unless authorized by a commanding officer.  The Marines were upset because they felt the rules of engagement they were given left them defenseless.  The Marines were afraid to shoot at their attackers for fear of a court martial.

When the Marines arrived in Beirut, they conducted an amphibious beach landing.  Their

4

boats took them close to the shore.  The bulkhead on the front of the boat dropped and the Marines stormed the beach and took defensive positions.  It felt awkward, though, without any ammunition loaded in their weapons.  John doesn't doubt that if the Marines had faced resistance on the beach, they would have all been killed.

The Marines rose from their defensive positions and formed two single file lines.  They walked down a dirt road to the BLT Headquarters at the airport.  The buildings at the airport were skeletized.  There were no windows and there was no electricity.  The buildings had pock marks from taking fire over the years.  The Marines built doors and fixed the building up as best they could.  They were their own handymen.

John and the other Marines were very close.  His friends called his mother "Mom."  John still has over a hundred cassette tapes that he sent his family while he was in Beirut.  In the background, shooting is audible.  John and his friends made some of these tapes while they were on Alert 1, the Marines' highest level of alert, and taking fire.  John's family sent him care packages containing food and cassettes.  John's family was on the tapes, along with his neighbors.  John's mother knew his friends by name.  The tapes cheered everyone up.  John's platoon used to follow him to mail call because they knew he would have a lot of packages with stuff to share.  Some of the packages were the size of a grocery cart.  The Marines loved John's mom and told her so on the tapes John sent back to his family.

Around three weeks after the Marines arrived, they began taking enemy fire.  John was assigned to Observation Posts and Listening Posts, as were all the Marines.  From these OPs and LPs, the Marines tracked enemy movement and fire on their base.  The Marines were also assigned to the main gate.

During nighttime guard duty, the Marines observed firefights between local combatant

groups.  The multiple illumination rounds lit the landscape like it was daytime and the Marines could watch the tracer rounds between the groups.  The Marines were often in the middle of these fights and rounds would go over their heads.  Rounds would go astray and kill Marines during these fights.  John has pictures of Marines who were hit and killed by 81mm rockets and 122mm mortars.  Trips to the bathroom and the shower were perilous and many times John was shot at while making the trip.  These incidents scared John, of course, and he was glad the people shooting at him weren't very good at it.  John was wounded by incoming mortar fire while he was taking a shower one day and receive the Purple Heart for his wound.

John had his rifle and ammunition and he reported every time he was shot at on his way to the bathrooms.  Every time, he was told he was not allowed to shoot back.  His commanding officers passed off these attacks as stray rounds from outside the Marines' compound.  John thinks 26 Marines were killed prior to the bombing of the BLT Headquarters from the combination of small arms, mortars, and driving over mines.

John was on the first floor of the BLT Headquarters, in the front left corner when the attack happened on October 23, 1983.  The building was made of concrete, reinforced with rebar.  Roughly 20 other Marines were in the room with John.  There was one other Marine in that room who survived the attack, Cpl. Hill, whom John has never been able to find, despite repeated efforts.

The Marines looked forward to Sundays because it was the only day of the week they got to sleep in.  On any other morning, they would have woken up and eaten breakfast in the basement of the BLT Headquarters.  At 6:22am, John was awake and discussing with Cpl. Hill whether they should walk downstairs and get breakfast.  Still laying in their cots, oblivious to the truck ramming its way through the gate and into the barracks, John and Cpl. Hill heard the blast

as the truck bomb detonated.  It seemed like everything disappeared and the room went gray.

John lay quietly.  No one else talked for a few minutes.  Then John started yelling out the names

of other Marines.  Cpl. Hill was the only one who responded.  All the other Marines in the room

had been killed.  Cpl. Cook, LCpl. Gordon, LCpl. Albright and SSgt. Hildreth, John's friends

who had helped him make the tapes he sent home to his mother, had all been killed as well.

They thought they had taken a direct hit from a rocket.

  John and Cpl. Hill were covered in cuts and bruises by the blast, and coated in gray dust

and debris from the building but were otherwise unharmed.  The corpsman cleaned John up after

he got out of the building and he was fit to go back and find other Marines.

  John could occasionally hear voices outside, but couldn't tell whether they were

American or not.  John and Cpl. Hill managed to find some M-16's and cartridge belts.  After 45

minutes trapped in the building, John could hear one of the company gunnery sergeants yelling

from the outside for survivors to make noise and move around to let the Marines on the outside

know where they were.  John and Cpl. Hill began yelling and digging themselves out.  They had

been trapped inside a space that was roughly six feet by eight feet.

  Once John and Cpl. Hill dug themselves out, they saw the wounded.  Other Marines

needed to be carried to the Marine Service Support Group (MSSG) Headquarters to the medic.

John spent hours carrying injured Marines, some of them missing body parts, from the collapsed

BLT to the MSSG HQ.  Sometimes Marines died while they were being carried to the MSSG.

John and the others would leave them and go back to try to find more injured Marines.

  John began looking for people he knew just by instinct.  The only one John found that he

actually knew was SSgt. Hildreth.  SSgt. Hildreth was gruesomely wounded but still alive.  The

left side of his face and his legs and lower torso were crushed.  He died shortly after he was

found.  John believes it was a blessing that he died quickly, given how much pain he was in.

The Marines spent the next two or three weeks excavating the remains of the building, looking for survivors and recovering bodies.  The Marines got barely any sleep; they felt they didn't need any.  After the first hour of digging, the Marines had found most of the survivors.  Most of those Marines they did find who were alive after that, died of their injuries.  When John and the other Marines found a badly injured comrade, it seemed that the more they freed the man, the more pain he was in.

Some of the Marines had been sleeping in their vehicles when the bomb went off.  John and the other Marines had to peel back the metal from the crushed vehicles until they could get the bodies out.  Sometimes, when the bodies had been in the vehicles for days, the arms and legs would come off.

The Marines also had to collect body parts that had been blown out of the building.  Sometimes, they had to climb trees to get them.  The Lebanese children took them to body parts.  Some of the body parts had gone as far as a half mile away and landed in the city.  Despite the danger, the Marines followed the children into the city to retrieve the body parts.  Lebanese people occasionally brought body parts to the main gate.  At one point, John was kneeling down by the BLT HQ, crying, and he realized his pants were wet.  He looked down and his pants were covered in blood; he was kneeling in intestines.

Immediately following the bombing, John felt a tremendous sense of loss.  So many of the men he had been deployed with – teenagers themselves – were gone.  In the previous months, being with these men all the time, John had gotten to know them well and liked all of them.  John knew the younger Marines had girlfriends and the older Marines had wives and children.  That these Marines would never see their families again and their families had been stripped of their

8

company and support upset John greatly.  It upset John as well that the Marines, Army, and Navy

had gone there to help the Lebanese people and had been murdered for their troubles.

John wondered why he had survived, but came to the conclusion that he would never

know the answer and stopped thinking about it.  John talks about the bombing because he wants

to preserve the legacy of the men who died in Beirut.  He wants other people to know that these

men were proud of their accomplishments and their families.  One of the most heart wrenching

things for John to see in the immediate aftermath of the bombing was that all the Marines'

photos that had been blown out of the building.  Most of the Marines brought photo albums to

Beirut with them.  The Marines were also paid in cash and this money had been blown out of the

building.  The photos and money littered the remains of the BLT Headquarters.

John has experienced survivor's guilt since the bombing.  John kept his problems from

everyone but his wife out of fear that his problems would hurt his career.  John felt differently

when he had twenty years in the Marine Corps.  He felt it was time to pass on the legacy of the

men who died in Beirut and he started talking about his experiences there.  John's wife has

talked him into counseling.  He goes twice a week and this has helped him.  John goes to a

psychiatrist and a psychologist once a week, respectively.  John looks forward to his

appointments.  He has been diagnosed with Post-Traumatic Stress Disorder.

John speaks publicly, sometimes to audiences of as many as 1500 people.  For years, he

kept his criticisms of the Marine Corps and the American system of government to himself, but

now he feels it is time to share his experiences and observations.  He thinks people need to know

what happened in Beirut.  The more John talks about his experiences in Beirut, the better he

feels.

John has had trouble sleeping since the bombing and he thinks about the people who

were killed in the bombing.  John dreams about the time he spent with those guys in Beirut and about their family asking him about them at the Beirut Memorial.  John spends time by himself, golfing and sitting in his two deer blinds, examining his thoughts.  John is glad he thinks about those guys who never made it back.  Sometimes he kicks and yells in his sleep.  John has accidentally struck his wife in his sleep.  He doesn't look forward to the 4th of July.  John's neighbors let him know if they are going to do anything noisy and he stays at the other end of the house with music playing.  John is generally ok with noise as long as he knows it is coming.  He has had flashbacks and has been startled by lightning.

When John runs into the families of the other Marines from time to time and sometimes the parents of the Marines who died ask John if he knew their son.  John never wants to say no. He normally tells them that their son was a great Marine and he died doing what he wanted to do. It is hard for John to talk to them because he doesn't want to tell them that he didn't know their son and he knows they are looking for hope.  John stays in the back of the audience now when he goes to the memorial and he only walks up to the wall when he's by himself.  He wants his time at the wall to be quiet, just him and the Marines on the wall.  Members of the media still recognize him at events.  He knows they all mean well.

John would like to see some justice for the victims of the bombing.  The survivors and the families have all been suffering quietly since the bombing and they should get emotional and financial assistance.  Their sacrifices should be compensated.  Collecting on this case will demonstrate respect for the Marines and their families.  Iran also needs to pay for perpetrating the bombing.  John wants the Iranians to know that they haven't gotten away with the bombing. John likes to know that, partially because of this case, the bombing will not be forgotten and Iran will be punished.

## **SALVATION VILLAROSA NASH**

Salvation Villarosa Nash is the wife of John Nash.  Salvation, or Sally, and John were married in June of 1985.  They had met in February of that year.  When the BLT Headquarters in Beirut was bombed, Sally was staying with a woman whose husband was killed in the incident. When Sally first met John, she thought he was good looking and very fit.  She though he was typical of the Marines.  She recalls John told her that he liked her and she told him that he was too young for her.

Sally and John did not have any biological children together.  John raised Sally's son, who was three when they met, as his own and was a specialist in the Army at the time of the deposition.  Sally also adopted two girls from the Philippines, one at age fourteen and one as an infant.

John never mentioned his experience in Beirut before he and Sally were married.  In the first year they were married, John didn't talk about it either, but Sally wondered why John had nightmares and night sweats.  John would spasm and jerk in his sleep, occasionally hitting Sally. Sally would wake him up and give him water.  John didn't explain what the nightmares were from.

Sally had a friend in the Philippines whose husband had PTSD when he returned from Vietnam and that man suffered from severe flashbacks.  Sally had seen these flashbacks, and figured out what was wrong with John, but was not familiar with the term Post-Traumatic Stress Disorder, or that it was a disorder at all.

John eventually went to see a doctor at Sally's urging, but kept his problems secret from everyone else.  Military reporters used to interview John on October 23 every year, asking him

questions about the bombing.  He was guarded about his answers.  John never acted right on the anniversary of the bombing.  Sally has always avoided bothering him with anything on that day.

The one time Sally saw John discuss his experiences in Beirut, she realized how upset he was by it.  John was speaking to 600 young Marines.  Many of them were crying.  John's descriptions were vivid and graphic.  Sally had a sense, for the first time, of what had happened in Beirut.  John was crying talking about Beirut and Sally began to cry listening to the stories.

John was telling the Marines how, for days, he didn't have clothes and he was continually picking bits of flesh off of his body.  John was talking about being an eighteen-year old and spending days picking up body parts.  Sally understood what John's nightmares were about.

John is startled by loud noises, including thunder.  One time, when John and Sally were living in Okinawa, there was a particularly loud thunderclap while John was in the bathtub.  John jumped out of the tub and ran out of the house naked.  Sally had to chase him with a towel and calm him down.  John started crying in the middle of the street.

John can be short tempered sometimes.  When this happens, Sally takes the kids and goes shopping or out for a bite to eat.

John's symptoms seemed to become worse after he returned from Kuwait in 1991.  He had gone to the Persian Gulf to set up communications during the first Gulf War.  Sally thinks John has gotten worse as he has gotten older.  John goes to counseling now to deal with PTSD.  John sees a counselor on base and another one off base.  Sally and John found out recently that John was diagnosed with PTSD shortly after returning from Beirut, but this had been lost in John's voluminous medical records.  John also suffers from severe headaches.  Sometimes he will have them all day.  When these headaches strike, Sally has to take care of John.  She treats them with massages.

Sally goes to counseling to deal with the stress John's condition puts in their marriage. This helps her run the household.  Sally find it comforting that someone is trying to hold Iran accountable and that John will be compensated for what happened to him.

John's condition creates a lot of stress for Sally.  She has gone to school to learn more about John's condition and has taken psychology classes.

Despite John's problems with PTSD, he is a good husband and a good provider.  John is very close with his brother, Mark.  When John and Sally were first married, Mark lived with them.  Mark suffers from anxiety.  He still lives close to John and Sally and spends a lot of time with them.  John, Mark, and their brother Bill have always been close and Mark and Bill have been very affected by John's injury in Beirut.  They don't like to be out of touch with John for very long.

John's sisters also worried about John when he joined the Marine Corps and continue to worry about the lasting effect of his injuries suffered in Beirut.

Sally would like to see justice for the people who have suffered as a result of the bombing.  She thinks of the families she has met at the wall.  She corresponded with the mother of one of the deceased Marines for years after the bombing.

Sally wants the Iranians to compensate the people who were injured by the attack and to stop perpetrating such attacks.  She wants them to know that she has become a caretaker for her family as a result of the bombing.  She also wants them to know how badly John's family has been hurt by the bombing.


## **FRANK NASH, JR.**

Frank Edison Nash, Jr. is the brother of John W. Nash.  Frank grew up in Pontiac,

Michigan.  His mother died when he was ten years old, in 1966, and his father married Rose Ann

Nash.  They had John W. Nash and two other sons.  Frank is eight years older than John.

John graduated high school early and got an award.  He immediately entered the Marine

Corps.

Frank had left home when John entered the Marine Corps.  He was living in Tennessee at

the time.  Frank's father and step-mother kept him informed of John's progress throughout basic

training.  When John came home after basic training, Frank was home visiting.  John was happy

with the choices he had made in his life.

John was training in communications.  John intended to make the Marine Corps a career.

There was nothing positive that John could do with his life at home in Michigan and he loved the

Marine Corps.

The next time Frank called home and asked about John, John was already in Beirut.

Frank didn't fully understand what was happening in Beirut.  He knew John was on a

peacekeeping mission, but Frank and the rest of the family also knew that Lebanon was

embroiled in a civil war.  They were on edge and hoped that John would return safely.

John wrote and called home to his parents.  Frank's step-mother told him that John was

scared at one point.  From that point on, the family was more apprehensive.

Frank was in Morristown, Tennessee, when the BLT Headquarters was bombed on

October 23, 1983.  Frank kept his television on the news channel all the time.  He recalls talking

to his step-mother when he found out about the bombing.  They thought John must have been

killed until his mother spotted him on the news in a single shot from John's back, walking

around with a camera.  Frank can't remember whether it was four days or as long as two weeks

before the Marine Corps confirmed that John was alive and alright.

14

Frank had been told that John had a head injury and that a building had fallen on him.  He had no accurate knowledge of how injured John was.

John didn't return home for about a month after the bombing.  Frank was still in Tennessee and didn't get to see John.  Frank didn't see John for three or four years, by which time John was married to Sally.

John doesn't talk about the bombing much, but he has told Frank about finding one of his friends on what had been the roof of the BLT, trapped under debris.  John has problems with his memory when he is recalling events from Beirut.  He tends to take long pauses and often repeats things he has just said.

When Frank had initially heard about the bombing, he thought he had lost his brother.  Since then, every time John was deployed, Frank was consumed with feelings of dread, believing that John would be killed.  When 9/11 happened, Frank was in Rochester and thought he was going to die.  He thought the attacks would be widespread.  He wondered where his brothers were and if they were alright.

Frank had tended to lose touch with his family, but has been in contact with them since the year before the deposition.

John's mental state changed after Beirut.  He was more nervous afterwards.

Frank would at least like to see John, Sally and his step-mother get some compensation, since they have suffered worse than anyone else in the family.  John's father committed suicide on October 24, in the late 1990's.  Frank cannot absolutely say why his father killed himself, but he had no other reason to kill himself but the bombing and John's injuries had put a great deal of stress on him.

Frank would like this case to send a message to the Iranians that they can't keep

committing acts of terrorism.  They can't push the U.S. around.

Frank and the rest of his family still worry about John.  They know his mental state is still not the same as it was before the bombing.  Frank is proud of his brother's service.

## CAPT. WILLIAM H. NASH

William H. Nash is the brother of John W. Nash.  William grew up in Pontiac, Michigan. His father was a career employee of Pontiac Motors.  His father died in 1997.  William is the youngest of his siblings.  Of all the siblings, John and William were the closest.  John has always been a father figure to William.  William earned a degree in psychology while in school at Park University's satellite campus in Buford, South Carolina.

John Nash joined the Marine Corps in February of 1982.  John told William that he wanted to join because he respected the pride and honor the Marines had.  John also wanted to emulate his uncle, who was a Marine.  William joined the Marine Corps because John had joined before him.

William attended John's graduation from basic training at San Diego.  William was eleven years old at the time.  John's MOS was communications.  He handled incoming and outgoing messages from the command center.

Though everyone in their family was apprehensive about John's going to Beirut, John himself was motivated and excited to be part of a peacekeeping force.  John frequently wrote letters and sent cassette tapes with his voice and the voices of other Marines home to his family. John wrote and talked about the Marines taking fire.  John and his friends would sing on the tapes.  In the background on the cassette tapes, Marines were screaming and William could hear the mortar rounds exploding.  As time went on, the background noises in the tapes indicated that

the Marines were in more danger.

On October 23, 1983, William found out the BLT Headquarters had been bombed from watching the news.  As the day went on, the news station listed more Marines as dead.  John's family didn't know if he was alive for a week.  They assumed he had been killed.  One night, they were watching the news and John's mother saw John huddled with other Marines, carrying a distinctive camera.  Eight days after the bombing, John called home.

John has told William about what happened in Beirut.  John talked about gathering body parts and how his boss was crushed in the bombing.  John talked about finding his boss alive and talking to him, then his boss died.  William had met a lot of the Marines who died in Beirut before they left.

Since John returned from Beirut, he has been very forgetful.  He can't remember birthdays and much of the childhood experiences he shared with William.  John went from mild mannered to short tempered.

William saw John in North Carolina about 4 or 6 months after the bombing.  William and his mother saw the bus coming and followed it to Camp Geiger.  William ran up to John and hugged him.  One of the Marines let William hold his M-16.  They all went to the parade grounds at Camp LeJeune.  The Commandant of the Marine Corps was there.  The general gave a speech and purple hearts were awarded.  The Marines were dismissed and John went home with William and their mother.  John stayed in Pontiac as a Marine recruiter for a time.

John's experiences in Beirut reinforced his loyalty to the Marine Corps.  He served for 26 years before retiring.

William is not sure why his father committed suicide in 1997, but he believes John's experiences in Beirut and the resulting stress played a part.  William's father never had any

mental problems and was a man with a solid constitution.  The only time William ever saw him cry was when John returned from Beirut.  William's father shot himself through the head, with William's rifle, barrel in mouth, on October 24, 14 years and one day after the bombing of the BLT Headquarters.

John did well in the Marine Corps, despite being short tempered and forgetful since the bombing.  John and William have drifted apart, but still talk regularly.  William sees cases of PTSD coming back from Iraq and believes that John suffers from the condition.

William joined the Marine Corps in 1988.  He wanted to be like his brother.  He went to electrical equipment repair school and learned to repair generators.  He was stationed at Camp Lejeune and then served in Operation Desert Storm.  He went to Drill Instructor School and was an instructor for two-and-a-half years.  John was his boss for part of that time.  William earned an Associates Degree while stationed in Hawaii and the Marine Corps accepted him into Officer Candidates' School.  After OCS, William went to logistics school.  He earned his Bachelors Degree while stationed at Buford, SC.  William was then stationed in Japan and deployed to Afghanistan for seven months.  He has returned to Parris Island, SC.

William believes the period immediately following the bombing had the worst effect on his mother.  Both William and his mother have become more emotional as a result of the bombing.  William's mother was very close with the other Marines and their deaths were like losing children of the own.  She had sent them large care packages to share.

William would like this case to send the message that terrorism will not be tolerated.

William hates thinking about the bombing in Beirut and wishes he could erase it from his mind.  He is a company commander and has a hard time talking about it in front of his troops.  He doesn't like being emotional in front of them.

## ROSE ANN NASH

Rose Ann Nash is the mother of John W. Nash.  She was married to Frank E. Nash Sr., John's father.  Rose Ann has two other sons from that marriage, two daughters from a previous marriage, and Frank had two sons from a previous marriage.

John Nash was born in Pontiac, Michigan.  John was a good student.  All of Rose Ann's children were religious growing up and were raised Catholic.  John always went to the army men in the toy store when he was growing up and always liked things of a military nature.  John started lifting weights at home when he was ten-years old.  Rose Ann knew that John was going to be a Marine or a soldier when he grew up.  John told his mother that he wanted to join the Marine Corps when he was in high school.  She was supportive.  All of Rose Ann's brothers had been in the service.  Rose Ann was happy that John knew what he wanted to do and signed for him to enter the service at age 17.

Rose Ann attended John's graduation at Camp Lejeune.  John went to communications school after basic training.

John deployed to Beirut right after communications school.  Rose Ann made a trip to the base to see him before he left.  John was proud and brave about going to a dangerous place. Rose Ann was constantly worried about John.  John and his parents exchanged cassette tapes of themselves talking while John was deployed.  The tapes John made had the sounds of gunfire in the background.  Those sounds scared Rose Ann.  John sounded more nervous on the tapes as time went on.  John always told his family not to worry.  He told his mother that she had named him John Wayne Nash because she wanted him to be tough and to be someone to be proud of, just like John Wayne.  He told his family that he would be fine.

John was wounded by incoming mortar fire while he was taking a shower one day and received a Purple Heart.  John's parents were upset by the news John had been injured, especially John's father.

Rose Ann found out about the bombing on October 23, 1983 because it was on the news.  Frank heard the news first.  He broke down and cried when he told Rose Ann about the bombing.  They knew that John had been in the BLT Headquarters working and living.  The rest of the family thought John must have been killed, but Rose Ann believed he was alive.  The reporters that came to their house insensitively told her that they doubted John could have survived.

While Rose Ann was talking to the reporters one day, she spotted John on TV.  At the time, he was picking up someone's head off the ground.  The reporter was incredulous because the shot only showed the Marine from the Back, but they waited and eventually Rose Ann and the reporter could see John's face.  Rose Ann was relieved and told the reporters that a mother knows her children.

Eventually, John was able to call home.  He told his mother that he was alive and well and she was right to name him after John Wayne.  When John got back, though, it was obvious to Rose Ann that he was not alright.  Even now, Rose Ann will bring up things from John's childhood that he knew before the bombing, and he has no recollection of them now.  His memory has never been the same.

Rose Ann knew a lot of the Marines who had been killed in Beirut and she was saddened for their families.  She has developed tremors as a result of the stress of the Marines' deaths and her husband's suicide.

Rose Ann went to Camp LeJeune to pick John up when he got back from Beirut.  She hugged John when she saw him.  He said he was tough like John Wayne.  She brought him

home.  A store around the corner from their home had pictures of John up on display inside.
They threw a party for John when he got back.  They put signs out on the streets.  John's family
was surprised by the welcoming from the community.

When John got home, he was happy, but still shaky and nervous.  John tried to talk about
Beirut, but every time he tried, he would break down and cry.  Rose Ann told him that he didn't
have to say any more.  John's father, Frank, was so upset that he had to be medicated.  Rose Ann
sent them all to the family's cabin in northern Michigan to go fishing.  All of them loved hunting
and fishing together.

Rose Ann always wanted John and William to make the Marine Corps into a career.  She
felt that way after Beirut.  She is not surprised at all that John attained the rank of Master
Gunnery Sergeant.

In the years since John returned from Beirut, John has been plagued by memory
problems.  Several years ago on the 4th of July, Rose Ann's neighbors set off fireworks and John
almost lost his mind.  The neighbors apologized later.  When John doesn't expect loud noises,
they upset him.

Frank was different after John was injured.  He developed a sense of dread that was
heightened by Rose Ann's taking in and caring for sick family members.  Frank and Rose Ann
had taken care of a number of sick relatives and Frank became fixated on the idea that Rose Ann
was going to have to care for him during a protracted illness unless he killed himself.  He had
told her things to this effect many times.  Around 1995, Frank developed heart problems and
refused to accept treatment.  The few times Rose Ann talked him into seeing a doctor, Frank
rejected the doctor's advice that he might need heart surgery.

Frank badly injured his foot fishing with one of his sons.  His injury worsened and the

doctor told him that the foot may need to be amputated if it continued to deteriorate.  That worried him more and increased the sense of dread that he felt.  Rose Ann told him that if he lost his foot, so be it.

The morning Frank killed himself, he, Rose Ann, and some family members had plans to go to their new cabin.  Frank was excited about getting a new cabin.  Frank woke up Rose Ann.  He was already dressed and clean shaven.  Rose Ann went to the bathroom.  She stopped to tell her grandson to tell Frank that she would make coffee before they left for the cabin.  Rose Ann's grandson, Larry, shouted from downstairs for her to come down.  Frank had put a rifle barrel in his mouth and shot himself.  There was blood everywhere.  Rose Ann asked a doctor later why she had not heard the shot, and the doctor told her it was because Frank's mouth had caught the gas escaping from the rifle and muffled the sound.

Rose Ann still gets upset when she thinks about the bombing.  She thinks about the families of the Marines who were killed and hopes other families don't have to go through that.  When she visits John, she tests him by asking him about things to see if he can remember doing them.  Before the bombing, John remembered everything.  Rose Ann things John's brain was somehow damaged in the bombing.

Rose Ann wishes that the people who perpetrated the bombing would disappear.  She wants to reiterate how proud she is of John.

## **MARK S. NASH**

Mark S. Nash is the brother of John W. Nash.  Mark was born in Pontiac, Michigan in 1963.  His father was a career employee of Pontiac Motors.  Mark is one year older than John and the two of them did everything together when they were growing up.  John was a great

brother.  Whatever one of them would think to do, both of them would go do it.

John was a great student.  John loved hunting and fishing and he, his brothers, and his father went hunting and fishing together.  John always loved the military.  As a teenager, John wanted to be a model.  He lifted weights and worked on his physique.  John went to Vogue modeling school and did some modeling.  Mark doesn't know why, but John went to the Marine Corps recruiter's office one day and talked to them about being a Marine.  John talked to his parents after he came back.  John's parents were supportive.  They just made sure that he really wanted to join.

John graduated from high school early and went to boot camp so fast that he wasn't around for his graduation.  John later told Mark that he joined because he wanted to be a tough man and the Marines were the toughest.

John loved basic training.  While he was there, he and Mark sent each other letters three or four times a week.  After basic training, John went to Camp Geiger.  John was quickly deployed to Beirut with his unit.  John called his family and told them that he was going to Lebanon.  He told them that he was going as part of a peacekeeping force and that they didn't have anything to worry about.  John wanted his family to stay in touch and said he would write home and give them an address where they could reach him.

John enjoyed Beirut when he first got there.  Mark and John traded cassette tapes while John was in Beirut.  John told his family that he was safe and to ignore the sounds of rockets and explosions in the background.  One such tape was sent two days before the bombing.  John encouraged Mark and their mother to send more care packages.  John's family sent him lots of food.  Mark made sure to send one care package every week.

It didn't seem like Beirut was getting worse to Mark.  In fact it seemed like the situation

was the same in the weeks preceding the bombing.

Mark was on a fishing trip in St. Claire Shores, Michigan on October 23, 1983.  Mark and his friend Danny had caught a lot of fish the day before and were fatigued when they got back, so they went to bed.  Danny's father woke Mark up the next morning and asked him if John was in Lebanon.  Mark woke up and saw the news of the bombing on the TV.  He recalls specifically seeing the remains of the barracks.  Mark started crying.  He thought his brother was dead.  He didn't think anyone could have lived through the bombing.  Danny's father drove him home.

Mark never saw as many cars as were parked at his parents' house when he got back.  It reminded him of a funeral.  The cars belonged to relatives and reporters.  Reporters from all the networks were lined up.  Danny's father told him to be strong as he got out of the truck.  When Mark saw everyone gathered in the house, he began crying.  Mark went to the bedroom he and John had shared growing up and cried.  Looking around in the room made him think of John more.  Mark's father walked into the room and asked Mark if he would be alright.  Mark's father hugged him and said "What am I going to do?  I lost a son."  Mark looked at his father and said "He's not dead."  Mark's father replied "I don't know how I'm going to deal with one of my sons being dead.  I'm better off dead."  When they began to calm down, Mark said that the best thing to do was keep a positive outlook.  His father agreed but questioned whether he could do it.

That was the first time Mark had seen his father cry and he never returned to normal.  He never shook the depression he experienced after the bombing.  Three days after the bombing, Mark's father reiterated that John was dead.  Mark said that he didn't think so and he had a feeling John was alive.  Mark's father was silent for days at a time after the bombing.  When spoken to directly, he would reply in clipped phrases and repeat that he would be better off dead.

About a week after the bombing, John called home to let his family know that he was alive. They had seen a picture of him a few days earlier from the back, holding his 35mm camera with its distinctive candy striped sling. Channel 7 News had brought a tape to their house so they could watch it again with their neighbors. The day Mark got that phone call from John and knew that he was definitely alive was the happiest day of his life.

The bombing will never leave Mark's mind. Every day when he thinks about it, it's like the bombing happened yesterday. Mark can't talk about the bombing without being overcome with emotion. Mark gets so upset thinking about it, it's like he was there too. Mark went to the 20th Anniversary of the bombing because John was speaking. He was there for less than two minutes before he was crying. Mark wasn't just thinking about John, but about all the Marines who died as well. Mark made a cross over every name on the wall and prayed for their families. Mark has done this before he goes to work but couldn't help but cry when he did so. He has stopped going to the wall because it is so upsetting for him. He will only go back if John asks him to go along.

Since the bombing, John gets excruciating headaches. He is very forgetful where he had a good memory before. John has been short tempered since the bombing. There is a noticeable effect in John's demeanor when he can hear live-fire exercises on the base.

Mark is certain that the bombing and the effect it had on his father is the main reason his father committed suicide on October 24, 1997. His father never recovered from the depression he felt following the bombing. Mark's parents were getting ready to move upstate when he killed himself. John had bought the family's summer cabin from their father the day before, on the anniversary of the bombing. Mark was away, but his parents and aunt and uncle were going to look at the site of their new home. Mark's father said he had something to do before they left.

He went downstairs in the morning and shot himself in the head with a rifle.  Mark's mother called him and told him that he needed to come home because his father had a problem.  When Mark showed up, the house was packed with people, just like after the bombing.

Mark's uncle took him into the back and explained what had happened.  Mark demanded to see where his father had killed himself.  Mark went downstairs.  The room had not been cleaned and blood was pooled on the floor and all over the walls.  Mark began crying and cleaning the room.

Mark is glad every day that John survived the bombing.  John said one time that the worst part of the bombing was when he found his staff sergeant, crushed and near death.

John would tell the terrorists to go to hell if he could speak to them directly.


## ROSE MARIE VLIET

Rose Marie Vliet is the sister of John W. Nash.  Rose Ann Nash was her mother and Frank Nash Sr., was her step-father.  He raised her from the time she was six months old.  She always considered Frank to be her father.

John was a wonderful kid growing up.  He was well behaved and did well in school. From an early age, he had his own ideas about what he wanted to do with his life.  He always stayed out of trouble.  He was a very good brother.  John spent a lot of time studying and took up modeling as a hobby.  He also enjoyed fishing.

John decided that he wanted to leave high school early and join the Marine Corps and he made that happen.  He graduated a semester early.  John left immediately after he graduated. John cared deeply about helping people.  Rose Marie thinks this was a major reason why he joined the Marine Corps.  She thinks John also wanted to be a part of something.

John loves the Marine Corps.  Even though he's retired, he still works for the Marine Corps.  John was in communications when he was in the Marine Corps.

John was ready to go to Beirut.  He was proud that he was being given the opportunity to serve overseas.

John's family was proud of him and happy for him.

After the bombing, Rose Marie's family was very upset.  They didn't know whether John was alive or dead.  Rose Marie recalls seeing her mother on the news and talk shows.  The family prayed that John would be alright.

Physically, John was fine when he returned from Beirut, but his state of mind has never been the same.  John continues to have emotional problems as a result of the bombing and what he saw afterwards.  John has explained to Rose Marie what happened after the bombing.  He had to pick up his friends' bodies and often only pieces of their bodies.  John still talks about collecting pieces of his friends' bodies.  John has had nightmares about this since the bombing.

John was a different person when he got back from Beirut.  His opinions on everything were stronger when he returned.

Rose Marie believes John has survivor's guilt.  She thinks this is why he volunteered to go back to the Middle East.  She thinks John believes he didn't do his job in 1983 and feels responsible for the deaths of the other Marines.

Rose Marie is proud of John and his success in the Marine Corps, especially given the emotional problems he has had to overcome.

Rose Marie lost the support that she had from her family as a result of the bombing.  John's deteriorated mental state robbed her of the care she enjoyed prior to the bombing.  She also lost her step-father as a result of the bombing.

Frank Nash Sr., had a lot of trouble dealing with John's injuries.  He was depressed constantly after John was injured in Beirut and had frequent nightmares.  John's emotional problems, in particular, bothered him.  Frank killed himself in 1997, largely as a result of the stress brought on by John's injuries.

Rose Marie thinks the killings carried out by the terrorists are unnecessary.  She thinks they should try to work with other people.


## JACKLYN MILLIKEN

Jacklyn Milliken is the brother of John W. Nash and is the oldest of the Nash siblings.  Growing up, she spent a lot of her time taking care of John.  When John was a little kid, he loved bugs.  He has always had a great sense of humor.  He put all his effort into whatever he was doing.  First, it was being a model.  Later, it was being a Marine.

John was a good student.  He loved history.  John set a goal for himself to finish school early, so he could leave and join the Marine Corps as soon as possible.  John had all the paperwork ready before he graduated and left for basic training right after graduation.

Jacklyn's mother always loved John Wayne, so, naturally, she named her second son after him.  From a young age, John wanted to be tough.  John was always undersized as a child and he got picked on in the sixth grade.  Some of the older boys taught him how to lift weights and John developed an interest in physical fitness that has stayed with him all his life.

John knew he wanted to be a Marine and he has loved being a Marine.  It suited him perfectly.  John went from basic training to Camp LeJeune.  Shortly after, John was deployed to Beirut with his unit.  John was very excited to go.  His family held back any apprehension because he was so excited.  They wanted John to carry his enthusiasm to Beirut with him.

John's mother was worried about John's safety.  She prayed for John.  John's father was not the type to show much, but Jacklyn could tell he was worried.

Like his father, John was not the type to show if he was injured or scared.  He didn't want his family to know he was in danger in Beirut, so he always told them he was fine.  John made Beirut sound like a party.  John was scheduled to rotate home shortly after the bombing took place and his family was looking forward to seeing him.

Jacklyn was at her house on the morning of October 23, 1983.  She had not seen the news.  The first she heard of the bombing was when her father called her.  Jacklyn's mother was too upset to talk.  Her father said John had probably been killed in the bombing.  She went to their house upon hearing the news.

That morning was the first time Jacklyn saw her father cry.  Jacklyn's mother was inconsolable.  Jacklyn spent most of her time trying to calm her mother down, but it was harder for her to see her father cry.  Before that day, she didn't think her father could cry.  Jacklyn's mother, Rose Ann, wished aloud that John had lived.  Looking at the footage of the collapsed barracks, they weren't sure anyone could have survived.  When the Marine Corps told them that John was missing, they were sure he was dead.

Rose Ann was watching footage from Beirut in the week after the bombing and she exclaimed "That's Johnny!"  The Marines all looked alike to Jacklyn, and they wanted to agree but they didn't know.  Rose Ann was absolutely sure that John was on that tape.

The stress from the bombing changed Jacklyn's father permanently.  It seemed like the bombing had knocked something loose in his mind.  He fixated on the anniversary of the bombing, eventually committing suicide on October 24, 1997.

Jacklyn, likewise, feels that something inside of her has changed.  She feels blessed that

John is alive, and wishes that that was all she took away from the bombing, but it is not. She is much more protective of her own children as a result.

William, John's younger brother, was only twelve-years old when the bombing happened. The bombing has determined the course of his adult life. He is a Major in the Marine Corps, and his choice to join the Marine Corps was heavily influenced by the bombing and the aftermath, particularly how it affected his family and John. John was always William's idol.

Rose Ann has been on edge since the bombing. She thinks about it and talks about it frequently. She brings it up unrelated to anything else in a given conversation.

Rose Marie usually cannot talk about the bombing. She suffers from depression. She locked herself in her bedroom from time to time after the bombing in an effort to insulate herself from it.

Frank Nash Sr., had always been close to the boys. Frank and the three younger boys went hunting and fishing on every break from school and work. After the bombing, Frank was different. He shut down and spoke less. Nothing was fun for him anymore. Jacklyn believes that the bombing was the trigger of Frank's emotional problems that eventually led him to kill himself.

Jacklyn wants the Iranians who perpetrated the attack to understand how much pain and suffering they have caused. They need to be taken out of their positions in the government in Iran. She wishes they could be in her shoes and experiences the loss that she and her family members have experienced.

## CONCLUSIONS OF LAW

1.     Pain and Suffering.

The above testimony as well as other admitted evidence clearly indicates that John W.

Nash suffered physical and emotional injury as a result of the actions of the Islamic Republic of

Iran and its agents.  This court offered guidance in determining awards for pain and suffering in

these cases in *Valore v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C.

2010). The special master concludes that John W. Nash is entitled **$5,000,000.00** compensatory

damages due to the demonstrated injury caused in the Marine Barracks Bombing.

2.     Solatium

The Foreign Sovereign Immunities Act provides for an award for solatium consisting of

emotional injury inflicted upon persons other than the victim by the actions of the Defendants

and/or their agents.  The Court in *Flatow v. Iran*, 999 F. Supp. 1 (D.D.C. 1998) stated that this is

an item of damages which belongs to the individual family members personally for the injuries

to the feelings and the loss of the victim's comfort, support, and society.  The unexpected type of

injury and its emotional impact may be taken into consideration in gauging the emotional impact

to those family members.  In the present case, the impact upon the family was profound and is

permanent.

This court offered guidance in determining awards for solatium in these cases in *Valore*

*v. Iran*, 03-cv-1959, 06-cv-516, 2010 U.S. Dist. LEXIS 31259, 84 (D.D.C. 2010).

However, the Court has yet to examine the standing of children born after the date of the

bombing and spouses who married after the date of the bombing who have brought solatium or

intentional infliction of emotional distress claims against the Defendants under the terrorism

exception to foreign sovereign immunity, 28 U.S.C. §1605A.  Issues relating to Plaintiffs'

standing in litigation arising out of the terrorist bombing of the Marine Barracks go back to this Court's opinion dismissing those plaintiffs who were domiciled in Pennsylvania and Louisiana. *See Peterson v. Islamic Republic of Iran*, 515 F.Supp.2d 25 (D.D.C. 2007) [hereinafter *Peterson II*]. Those Plaintiffs' claims were dismissed because no state law cause of action was available under the predecessor statute, 28 U.S.C. §1605(a)(7). *Id*.

Prior to the passage of 28 USC 1605A (and subsequent to the Court of Appeals' decisions in *Acree v. Iraq*, 370 F.3d 41, 361 U.S. App. D.C. 410 (2004) and *Ciccippio-Puleo v. Iran* 353 F.3d 1024; 359 U.S. App. D.C. 299 (2004), this Court was constrained to apply state law causes of action to those cases brought under the terrorism exception to the Foreign Sovereign Immunities Act. *Peterson II*. The forerunner of §1605A, 1605(a)(7), provided only the jurisdiction to sue a foreign nation. *Id*. Under this rubric, the Court was looked to the restatement of torts and state law to fashion causes of action under which plaintiffs could collect. *In re Terrorism Litigation*, 659 F.Supp. 2d 31, 96 (D.D.C. 2009).

Even so, the court recognized an almost universal exception to the presence requirement in intentional infliction of emotional distress claims where state law left any ambiguity. *Jenco v. Islamic Republic of Iran*, 154 F.Supp. 2d 27, 36 (2001 D.D.C.). The Court did this because the Defendants' conduct was "sufficiently outrageous and intended to inflict severe emotional harm" on the plaintiffs. *Id*.

Relying in disparate state law causes of action resulted in inconsistent results. *In re Terrorism Litigation*, 659 F.Supp. 2d at 96. Congress sought to remedy this disparity by enacting a federal cause of action, which removed reliance on state law causes of action and the "pass-through" problem. *Gates v. Syrian Arab Republic*, 580 F.Supp. 2d 53 (2008). The new statute did not stop there, however. Where, previously, non-adoptive step parents had been

dismissed from suits under 1605(a)(7), they had standing to sue under the new statute, 28 U.S.C.

§1605A.  Compare *Peterson II* with *Heiser v. Islamic Republic of Iran*, 659 F.Supp. 2d 20

(D.D.C. 2009).  Thus, §46 of the Second Restatement of Torts ceased to bound the limitations of

intentional infliction of emotional distress.  Where previously, 28 U.S.C. §1606 placed severe

limits on the scope of causes of action under the old statute, this Court noted that it is doubtful

that §1606 continues to have this effect:

> In cautioning against the use of federal common law, the Court of Appeals
> in *Bettis* relied heavily on § 1606 of the FSIA. That provision provides in relevant
> part: "As to any claim for relief with respect to which a foreign state is not
> entitled to immunity under section 1605 or section 1607 of this chapter, the
> foreign state shall be liable in the same manner and to the same extent as a private
> individual under like circumstances." The Court reasoned that § 1606 "in effect
> instructs federal judges to find relevant law, not to make it." 315 F.3d at 333. At
> this juncture, however, it is unclear whether § 1606 should even apply in cases
> that rely on the new federal cause of action in § 1605A. For starters, § 1606 by its
> plain terms applies only to sections § 1605 and § 1607 of the FSIA. Moreover, §
> 1606 conflicts with § 1605A because it provides that punitive damages are not
> available in actions against foreign states, whereas § 1605A expressly authorizes
> punitive damages in cases against state sponsors of terrorism. Notably, Congress
> did not make any changes or updates to § 1606 when it repealed § 1605(a)(7) in
> the 2008 NDAA, and yet Congress did include a lengthy list of "Conforming
> Amendments" in § 1083(b) to ensure that both § 1605A and other reforms
> relating to terrorism actions, such as § 1610(g), were properly integrated into the
> larger statutory scheme of the FSIA. Thus, this Court can reasonably infer that
> Congress' failure to update § 1606 to include a reference to § 1605A evinces
> Congress intent that those standards pertaining to the scope of foreign state
> liability in § 1606 do not apply in actions against state sponsors of terrorism
> under § 1605A.

*In re Terrorism Litigation*, 659 F.Supp. 2d 31, n.20 (D.D.C. 2009).

Here, the Special Master can draw no meaningful distinction between the life lived by the

children here – who were born after the date of the bombing – and those children who were born

before the bombing and who were too young to have remembered the incident themselves.  All

the children of survivors were clearly denied an attentive father who was capable of meeting

their emotional needs – that is, all were equally damaged by the terrorist attack.  The actions of

the Defendants were of such a nature that their effect continued beyond the immediacy of the October 1983 bombing.

Further, while one could argue that no damages should be awarded a wife who married a Marine after the bombing – under the theory that she knew what she was getting into when she married him – it would have been impossible for Salvation Villarosa Nash, the wife of John W. Nash, to have grasped just what she was in for when she married her husband.[1]  No person could have expected that the amount of damage her new husband had endured would have been so severe that he would have denied their children the attentiveness that each child needs and would have denied her the stability she reasonably had expected when marrying him.

Given those facts, and consistent with §1605A and the reasoning in the *Jenco* opinion, the Special Master finds that after-born children and spouses who married after the date of the bombing have the same standing to assert a claim for intentional infliction of emotional distress or solatium as those children born and spouses married before the bombing.

Accordingly, the Special Master concludes as a matter of law that Defendants are jointly and severally liable to Plaintiffs in the following amounts:

Salvation Villarosa Nash, wife of John W. Nash, **$4,000,000.00**

Rose Ann Nash, mother of John W. Nash, **$2,500,000.00**;

the Estate of Frank E. Nash, Sr., father of John W. Nash, **$2,500,000.00**;

William H. Nash, brother of John W. Nash, **$1,250,000.00**;

Mark S. Nash, brother of John W. Nash, **$1,250,000.00**;

Frank E. Nash, Jr., brother of John W. Nash, **$1,250,000.00**;

---

[1] *See Revised Clinical & Forensic Expert Witness Evaluation/Consultation: John Santos and Family Members* by Plaintiffs' expert Dr. Glen D. Skoler, attached to Report of Special Master Pursuant To Order of Reference Concerning Counts XLIX – LII (Santos, John) at 15 (filed under seal).

Jacklyn Milliken, sister of John W. Nash, **$1,250,000.00**; and

Rose Marie Vliet, sister of John W. Nash, **$1,250,000.00.**

TOTAL DAMAGES:                                 **$20,250,000.00**

<u>February 20, 2012</u>                                      <u> s/s Paul G. Griffin</u>
Date                                                Paul G. Griffin, Esq.
                                                    Special Master