UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CAROLYN DAVIS,** *et al.,*            )<br>                                                          )<br>              **Plaintiffs,**                   )<br>                                                          )<br>       v.                                               )       Civil No. 07-1302 (RCL)<br>                                                          )<br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*  )<br>                                                          )<br>              **Defendants.**                 )<br>                                                          ) | |

## ORDER

Before this Court is Plaintiffs' Motion for an Order pursuant to 28 U.S.C. § 1610(c), ECF No. 136.  The Court will GRANT that motion.

Section 1610(c) of Title 28 of the U.S. Code provides that "[n]o attachment or execution . . . shall be permitted until the court has ordered such attachment and execution after having determined that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice required under section 1608(e) of this chapter."  28 U.S.C. § 1610(c).  This Court entered judgment in favor of plaintiffs on March 30, 2012, ECF Nos. 123 & 124.  Post-judgment service was effectuated on defendants Iran and the Iranian Ministry of Information and Security via diplomatic channels on October 16, 2012.  *See* Affidavit of Service, Nov. 21, 2012, ECF. No. 135.

This Court finds that a reasonable period of time has passed sufficient for entry of an order pursuant to § 1610(c).  *See, e.g.*, *Ned Chartering & Trading, Inc. v. Republic of Pak.*, 130 F. Supp. 2d 64, 67 (D.D.C. 2001) (collecting cases to conclude "that other courts have found

periods such as two or three months sufficient to satisfy section 1610(c)'s requirements" and separately determining that six weeks was acceptable). Accordingly, it is hereby

**ORDERED** that plaintiffs' Motion for an Entry of an Order pursuant to 28 U.S.C. § 1610(c) is GRANTED; and it is further

**ORDERED** that a reasonable period of time has elapsed following the entry of the March 30, 2012 Judgment and the giving of notice of such Judgment under 28 U.S.C. § 1608(e), which occurred on October 16, 2012; and it is further

**ORDERED** that plaintiffs, now judgment creditors, are authorized to pursue attachment in aid of execution of the March 30, 2012 Judgment as permitted by 28 U.S.C. § 1610.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on January 17, 2013.