# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAROLYN DAVIS, et al.
    Plaintiffs

v.                                       Civil Action No. 07-1302(RCL)
                                           Judge Royce C. Lamberth

THE ISLAMIC REPUBLIC OF IRAN, et al.
    Defendants

## ORDER GRANTING LEAVE
## TO FILE UNDER SEAL

Upon the Motion of the Plaintiffs, Carolyn Davis, et al., it is by the Court, this _23rd_ day of October, 2015

**ORDERED**, that leave be and it is granted to Plaintiffs to file the attached Motion For Order To Issue Writ Of Attachment On Judgment and accompanying documents under seal, and it is further

**ORDERED**, that the Clerk of this Court accept for filing under seal the attached documents.

                                                              _____
                                                               Royce C. Lamberth
                                                               **United States District Senior Judge**

COPY TO:

                                Thomas Fortune Fay, Esq.
                                FAY LAW, PA
                                777 Sixth Street, NW
                                Suite 410
                                Washington, DC 20001